UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS WILSON, et al<br>Plaintiffs<br>vs.<br><br>CHARLES D. MOREAU, et al<br>Defendants | : | C.A. No. 03-575L |

DEFENDANTS' RULE 12.1 STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AS TO CLAIMS RAISED BY PLAINTIFFS DONALD P. TWOHIG, DONALD D. TWOHIG AND THOMAS SHANNAHAN

NOW COME Defendants and, in accordance with Rule 12.1 of the R.I. District Court Local Rules, hereby submit the within Statement of Undisputed Facts in support of their Motion for Summary Judgment.

1. Plaintiff Donald P. was not a City employee but had been hired as an independent contractor performing construction work at the Central Falls Library.
2. Donald P. did not have an employment contract with the City or the Library.
3. Although he did not always get paid in the early 1990s for his work, beginning in and around 1993, he began collecting a weekly paycheck for hourly work. Although he was not an employee of the Library, this weekly pay started off at $500 a week and eventually rose to approximately $650. According to Donald P., the weekly amount was based on the hours he worked a week as he submitted to Mr. Shannahan.

4. In a six (6) year time frame, DDD Restoration, a company formed and run by Donald P., was paid just under $400,000 of grant money for library construction work.

5. Donald P. did not carry his own workers' compensation or other insurance for either himself or DDD Restoration.

6. In early 2004, City Solicitor Raymond Cooney advised the City Library Board and the Adams Board that Donald P. should not be performing work at the Library because he lacked the proper insurance. *Deposition of Raymond Cooney, (March 18, 2005), at 10.* It was a concern that this lack of insurance would give rise to liability on the part of the City. *Id.*

7. Prior to 2004, the library staff did not obtain bids for jobs under $10,000.

8. Mayor Moreau directed that all city jobs in excess of $500 must be put out to competitive bidding.

9. Donald P. only submitted one bid to perform an electrical job at the Central Falls Library after Mayor Moreau took office.

10. The construction projects overseen by Donald P. that had been funded by the grants and planned by the Library over the last decade were essentially completed by the early part of 2004. *Deposition of Thomas Shannahan, (April 18, 2005) at 74.*

11. Donald P. supported former Mayor Matthews during the 2003 campaign by putting up signs on the former mayor's behalf, contributing $100 to him and generally speaking well of Mayor Matthews. *Donald P.'s Deposition, at 40.*

12. Plaintiff Shannahan served as the Director of Library Services from November 1988 to April 2004. On April 12, 2004, Mr. Shannahan announced to the City Council that he was resigning from his position as Director of the Central Falls Library effective the end of the month.

13. The reason Mr. Shannahan decided to leave his position were:

- The Mayor questioned Donald P.'s lack of insurance and registration and refused to continue paying Mr. Twohig until he acquired the appropriate insurance. Shannahan Deposition, *at 28.*

- Donald D. did not receive tuition reimbursement from the City because he allegedly was not part of the union. *Id. at 30.*

- City claimed Donald D. was not a member of the union. *Id. at 32.*

- City allegedly refused to transfer the remaining $20,000 of grant funds deposited in the City's general account to the Adams Trust. *Id.*

- Mayor Moreau appointed one of his supporters, John Burns to the City Board, which oversaw the everyday operations of the Central Falls Library. *Id. at 32.*

14. In the fall of 2003, Mayor Moreau asked him for his support in the race for mayor. According to Mr. Shannahan, he informed Mayor Moreau that he would support whoever was elected mayor but could not voice support during the election.

15. Mr. Shannahan attended some fundraisers for former Mayor Matthews and contributed $100 to Mayor Matthews' campaign.

16. Donald D. started working at the Central Falls Library in 1996.

17. Mr. Shannahan, who initially hired him, was Donald D.'s supervisor until Mr. Shannahan's resignation in April, 2004. From May 1, 2004 until May 21, 2004, defendant Albert Cardona served as the interim Library Director. On or about

May 21, 2004, Julia Iacono, who is not a defendant in this matter, was appointed Library Director.

18. In August, 2004, Ms. Iacono served Donald D. with a Notice of Termination. Donald D. filed the appropriate grievance to challenge his termination pursuant to the Collective Bargaining Agreement.

19. This termination notice is currently being litigated through the grievance process and according to the City Personnel ordinances.

20. Although Donald D. testified that he did not otherwise support former Mayor Matthews or Mayor Moreau during the 2003 election, he was hired by former Mayor Matthews in the fall of 2003 to create a website for the Mayor's reelection bid. *Id. at 25.*

21. On April 20, 2004, Robert Luke ran a search on the Library computers seeking files on the server containing the name "Lee" "Matthews" and "mayor." *Luke Deposition, at 10.*

22. Later that day, Mr. Luke informed Officers Brayall and Guindon that some of the documents he had found earlier in the day on the server were now missing.

Defendants, City of Central Falls,
Charles D. Moreau, John P. Kuzmiski,
Richard B. Bessette, Martin Joyce,
Alberto Cardona, Kevin Guindon and
Mark Brayall
By their Attorney,

Defendant,
Raymond Cooney,
By His Attorney,

Marc DeSisto, Esq., No. 2757
DESISTO LAW
211 Angell Street
Providence, RI 02906
(401) 272-4442
(401) 272-9937 facsimile
marc@desistolaw.com

Elizabeth McDonough Noonan (#4226)
Michael D. Chittick (#5967)
Adler Pollock and Sheehan, P.C.
2300 Financial Plaza
Providence, Rhode Island 02903
(401) 274-7200
(401) 351-4607 facsimile
Bnoonan@apslaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 31st day of May 2005 to the following:

Sarah Quinn
Quinn & Quinn, LLP
260 West Exchange Street, Suite 310
Providence, Rhode Island 02903

Leon A. Blais, Esq.
Blais & Parent
Cabot Business Park
20 Cabot Boulevard
Mansfield, MA 02048