COPY

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS WILSON, DONALD P. TWOHIG, DONALD D. TWOHIG and THOMAS SHANNAHAN, Plaintiffs | : | |
| vs. | : | C.A. No. 03-575L |
| CHARLES D. MOREAU, in his individual capacity and in his capacity as agent for the City of Central Falls; JOHN P. KUZMISKI, in his capacity as finance director and treasurer of the City of Central Falls; RICHARD B BESSETTE, individually and in his capacity as agent for the City of Central Falls; MARTIN JOYCE, Individually and in his capacity as Acting Personnel Specialist of the City of Central Falls; RAYMOND COONEY, individually and in his capacity as City Solicitor of the City of Central Falls; ALBERTO CARDONA, individually and in his capacity as agent for the City of Central Falls; KEVIN GUINDON, individually and in his capacity as a Central Falls Police Officer; MARK BRAYALL, individually and in his capacity as a Central Falls Police officer, Defendants | : | |

**PLAINTIFF THOMAS WILSON'S MOTION TO CONTINUE HEARING DATE AFTER THE COMPLETION OF DEPOSITION OF DEFENDANT MOREAU**

Plaintiff Thomas Wilson hereby moves to continue the date for hearing of Defendants' Motion for Summary Judgment until the completion of two (2) hours of additional deposition of Defendant Moreau, as allowed by the Court. In support hereof, Plaintiff submits his Memorandum of Law concurrently.

Granted: Ronald R. Lagueux
Sr. USDJ 6/1/05