UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THOMAS WILSON, DONALD P. TWOHIG, DONALD D. TWOHIG and THOMAS SHANNAHAN, Plaintiffs : | |
| vs. : | C.A. No. 03-575L |
| CHARLES D. MOREAU, in his individual capacity and in his capacity as agent for the City of Central Falls; JOHN P. KUZMISKI, in his capacity as finance director and treasurer of the City of Central Falls; RICHARD B BESSETTE, individually and in his capacity as agent for the City of Central Falls; MARTIN JOYCE, Individually and in his capacity as Acting Personnel Specialist of the City of Central Falls; RAYMOND COONEY, individually and in his capacity as City Solicitor of the City of Central Falls; ALBERTO CARDONA, individually and in his capacity as agent for the City of Central Falls; KEVIN GUINDON, individually and in his capacity as a Central Falls Police Officer; MARK BRAYALL, individually and in his capacity as a Central Falls Police officer, Defendants : | |

**PLAINTIFF THOMAS WILSON'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT IN FILING SUR-REPLY AFTER THE COMPLETION OF DEPOSITION OF DEFENDANT MOREAU**

Plaintiff Thomas Wilson hereby moves for leave to exceed the page limitation established by General Order #2002-01 for the United States District Court for the District of Rhode Island in filing sur-reply to the reply brief filed by Defendants following the continued deposition of Defendant Charles Moreau

In support hereof, Plaintiff submits his Memorandum of Law concurrently.

DATE: June 2, 2005

RESPECTFULLY SUBMITTED,

PLAINTIFF
By His Attorneys,

Sara M. Quinn

Sara M. Quinn, Esq. #2798
QUINN & QUINN, L.L.P.
260 West Exchange Street
Suite 310
Providence, Rhode Island 02903
(401) 274-3000
(401) 274-3074 (fax)

Leon A. Blais (SMQ)

Leon A. Blais, Esq.
Blais & Parent
20 Cabot Boulevard
Mansfield, MA 02048
(508) 618-1280
(617) 812-0459 (fax)