COPY

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS WILSON, DONALD P. TWOHIG, DONALD D. TWOHIG and THOMAS SHANNAHAN, Plaintiffs | : | |
| vs. | : | C.A. No. 03-575L |
| CHARLES D. MOREAU, in his individual capacity and in his capacity as agent for the City of Central Falls; JOHN P. KUZMISKI, in his capacity as finance director and treasurer of the City of Central Falls; RICHARD B BESSETTE, individually and in his capacity as agent for the City of Central Falls; MARTIN JOYCE, Individually and in his capacity as Acting Personnel Specialist of the City of Central Falls; RAYMOND COONEY, individually and in his capacity as City Solicitor of the City of Central Falls; ALBERTO CARDONA, individually and in his capacity as agent for the City of Central Falls; KEVIN GUINDON, individually and in his capacity as a Central Falls Police Officer; MARK BRAYALL, individually and in his capacity as a Central Falls Police officer, Defendants | : | |

**PLAINTIFF THOMAS WILSON'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT IN FILING SUR-REPLY AFTER THE COMPLETION OF DEPOSITION OF DEFENDANT MOREAU**

Plaintiff Thomas Wilson hereby moves for leave to exceed the page limitation established by General Order #2002-01 for the United States District Court for the District of Rhode Island in filing sur-reply to the reply brief filed by Defendants following the continued deposition of Defendant Charles Moreau

Granted: Ronald R. Lagueux
Sr. USDJ 6/7/05