UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THOMAS WILSON, DONALD P. TWOHIG, DONALD D. TWOHIG and THOMAS SHANNAHAN,
Plaintiffs

vs. C.A. No. 03-575L

CHARLES D. MOREAU, in his individual capacity and in his capacity as agent for the City of Central Falls; JOHN P. KUZMISKI, in his capacity as finance director and treasurer of the City of Central Falls; RICHARD B BESSETTE, individually and in his capacity as agent for the City of Central Falls; MARTIN JOYCE, Individually and in his capacity as Acting Personnel Specialist of the City of Central Falls; RAYMOND COONEY, individually and in his capacity as City Solicitor of the City of Central Falls; ALBERTO CARDONA, individually and in his capacity as agent for the City of Central Falls; KEVIN GUINDON, individually and in his capacity as a Central Falls Police Officer; MARK BRAYALL, individually and in his capacity as a Central Falls Police officer,
Defendants

**PLAINTIFF THOMAS WILSON'S MOTION TO ALLOW SUR-REPLY (LEAVE TO EXCEED PAGE LIMIT) AFTER THE COMPLETION OF DEPOSITION OF DEFENDANT MOREAU**

Plaintiff Thomas Wilson hereby moves for leave to file a sur-reply to the reply brief filed by Defendants following the continued deposition of Defendant Charles Moreau. In order to file such sur-reply, Plaintiff also hereby requests to exceed page limitation established by General Order #2002-01 for the United States District Court for the District of Rhode Island.



Granted: Ronald R. Lagueux
Sr. USDJ 6/14/05