UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THOMAS WILSON, DONALD P. TWOHIG, DONALD D. TWOHIG and THOMAS SHANNAHAN, Plaintiffs | |
| Vs | C.A. No. 03-575L |
| CHARLES D. MOREAU, in his individual capacity and in his capacity as agent for the City of Central Falls; JOHN P. KUZMISKI, in his capacity as finance director and treasurer of the City of Central Falls; RICHARD B BESSETTE, individually and in his capacity as agent for the City of Central Falls; MARTIN JOYCE, Individually and in his capacity as Acting Personnel Specialist of the City of Central Falls; RAYMOND COONEY, individually and in his capacity as City Solicitor of the City of Central Falls; ALBERTO CARDONA, individually and in his capacity as agent for the City of Central Falls; KEVIN GUINDON, individually and in his capacity as a Central Falls Police Officer; MARK BRAYALL, Individually and in his capacity as a Central Falls Police officer | |
| Defendants | |

**ASSENTED MOTION FOR ENLARGEMENT OF TIME TO FILE OBJECTIONS TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

Plaintiffs move for enlargement of time to file their objection and memorandum of law in response to Defendants' Motion for Summary Judgment regarding the claims of Donald P. Twohig, Donald D. Twohig and Thomas Shannahan until Friday, July 1, 2005.

Defendants herein assent to this motion.

June 8, 2005

RESPECTFULLY SUBMITTED,
PLAINTIFFS
By Their Attorneys,

Sara M. Quinn, Esq. #2798
QUINN & QUINN, L.L.P.
260 West Exchange Street
Suite 310
Providence, Rhode Island 02903
(401) 274-3000
(401) 274-3074 (fax)

Leon A. Blais, Esq.
Blais & Parent
20 Cabot Blvd
Cabot Business Park
Mansfield, MA 02048
(508) 618-1280
(617) 812-0459 (fax)

ASSENTED:

DEFENDANT RAYMOND COONEY
By His Attorney

Elizabeth Noonan, Esq. 4226
Adler, Pollock and Sheehan 8th Fl
One Citizens Plaza
Providence, RI 02903
401 274-7200
401 351-4607 (fax)

ALL OTHER DEFENDANTS
By Their Attorney

Michael DeSisto, Esq.
DeSisto Law Offices
211 Angell Street
Providence, RI 02906
401 272-4442
401 272-9937 (fax)