UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS WILSON, DONALD P. TWOHIG, DONALD D. TWOHIG and THOMAS SHANNAHAN, Plaintiffs | : | |
| Vs | : | C.A. No. 03-575L |
| CHARLES D. MOREAU, in his individual capacity and in his capacity as agent for the City of Central Falls; JOHN P. KUZMISKI, in his capacity as finance director and treasurer of the City of Central Falls; RICHARD B BESSETTE, individually and in his capacity as agent for the City of Central Falls; MARTIN JOYCE, Individually and in his capacity as Acting Personnel Specialist of the City of Central Falls; RAYMOND COONEY, individually and in his capacity as City Solicitor of the City of Central Falls; ALBERTO CARDONA, individually and in his capacity as agent for the City of Central Falls; KEVIN GUINDON, individually and in his capacity as a Central Falls Police Officer; MARK BRAYALL, Individually and in his capacity as a Central Falls Police officer | : | |
| Defendants | : | |

**ASSENTED MOTION FOR ENLARGEMENT OF TIME TO FILE OBJECTIONS TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

Plaintiffs move for enlargement of time to file their objection and memorandum of law in response to Defendants' Motion for Summary Judgment regarding the claims of Donald P. Twohig, Donald D. Twohig and Thomas Shannahan until Friday, July 1, 2005.

Defendants herein assent to this motion.

Granted: Ronald R. Lagueux SR. USDJ 6/15/05