Referred to U.S.M.J. Martin
☐ for findings & recommendations
☑ for determination
☐
FILED
Ronald R. Lagueux, Senior U.S. District Judge
Date: 6/27/2005
JUN 27 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THOMAS WILSON, et al

Plaintiffs

vs.

C.A. No. 03-575L

CHARLES D. MOREAU, et al

Defendants

RECEIVED
JUN 27 2005
DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT. DISTRICT OF RHODE ISLAND

**DEFENDANTS' MOTION TO EXCEED THE EXHIBIT PAGE LIMIT**

Now come Defendants hereby move for leave of Court to exceed the exhibit page limit as established by the United States District Court for the District of Rhode Island's General Order # 2002-01 (the "Order") in their *Memorandum in Support of Defendants' Motion to Compel Answers to Discovery*. In support thereof, Defendants state that the additional pages are necessary to attach the discovery requests, namely, one set of the Interrogatories and Request for Production of Documents.

WHEREFORE, Defendants respectfully request leave of Court to exceed the exhibit page limit by no more than 20 pages.

GRANTED.

David L. Martin
United States Magistrate Judge
June 28, 2005

Defendants, City of Central Falls, Charles D. Moreau, John P. Kuzmiski, Richard B. Bessette, Martin Joyce, Alberto Cardona, Kevin Guindon and Mark Brayall
By their Attorney,

Michael A. DeSisto (#2444)
DESISTO LAW
211 Angell Street
Providence, RI 02906
(401) 272-4442
(401) 272-9937 facsimile
michael@desistolaw.com

Defendant,
Raymond Cooney,
By His Attorney,

Elizabeth McDonough Noonan (#4226)
Michael D. Chittick (#5967)
Adler Pollock and Sheehan, P.C.
2300 Financial Plaza
Providence, Rhode Island 02903
(401) 274-7200
(401) 351-4607 facsimile
Bnoonan@apslaw.com

SCANNED