UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS WILSON, DONALD P. TWOHIG, DONALD D. TWOHIG and THOMAS SHANNAHAN, Plaintiffs | : | |
| Vs | : | C.A. No. 03-575L |
| CHARLES D. MOREAU, in his individual capacity and in his capacity as agent for the City of Central Falls; JOHN P. KUZMISKI, in his capacity as finance director and treasurer of the City of Central Falls; RICHARD B BESSETTE, individually and in his capacity as agent for the City of Central Falls; MARTIN JOYCE, Individually and in his capacity as Acting Personnel Specialist of the City of Central Falls; RAYMOND COONEY, individually and in his capacity as City Solicitor of the City of Central Falls; ALBERTO CARDONA, individually and in his capacity as agent for the City of Central Falls; IT SYSTEMS, LTD, a Rhode Island corporation and ROBERT LUKE, Individually and in his capacity as an employee of IT SYSTEMS, LTD.; KEVIN GUINDON, individually and in his capacity as a Central Falls Police Officer; MARK BRAYALL, Individually and in his capacity as a Central Falls Police officer | : | |
| Defendants | : | |

**PLAINTIFFS' MOTION TO EXCEED PAGE LIMIT IN MOTION FOR JUDICIAL NOTICE**

Plaintiffs herewith seek leave to exceed the Court's page limitation in filing a Motion for Judicial Notice of Adjudicative Facts. Plaintiffs herewith file their Memorandum of Law concurrently.

July 29, 2005

RESPECTFULLY SUBMITTED,
PLAINTIFFS
By Their Attorneys,

Sara M. Quinn, Esq. #2798
QUINN & QUINN, L.L.P.
260 West Exchange Street
Suite 310
Providence, Rhode Island 02903
(401) 274-3000
(401) 274-3074 (fax)

Leon A. Blais, Esq.
Blais & Parent
Cabot Business Park
20 Cabot Boulevard
Suite 300
(508) 618-1280
(617) 812-0459 (fax)

**Certificate of Service**

I, Leon Blais, herewith certify that on July 29, 2005 I mailed a copy of this document to counsel indicated below by first class mail:

Elizabeth Noonan, Esq.
2300 Financial Plaza
Providence, RI 02903

Marc DeSisto, Esq.
211 Angell Street
Providence, RI 02906

Leon Blais

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THOMAS WILSON, DONALD P. TWOHIG, DONALD D. TWOHIG and THOMAS SHANNAHAN,
Plaintiffs

Vs C.A. No. 03-575L

CHARLES D. MOREAU, in his individual capacity and in his capacity as agent for the City of Central Falls; JOHN P. KUZMISKI, in his capacity as finance director and treasurer of the City of Central Falls; RICHARD B BESSETTE, individually and in his capacity as agent for the City of Central Falls; MARTIN JOYCE, Individually and in his capacity as Acting Personnel Specialist of the City of Central Falls; RAYMOND COONEY, individually and in his capacity as City Solicitor of the City of Central Falls; ALBERTO CARDONA, individually and in his capacity as agent for the City of Central Falls; IT SYSTEMS, LTD, a Rhode Island corporation and ROBERT LUKE, Individually and in his capacity as an employee of IT SYSTEMS, LTD.; KEVIN GUINDON, individually and in his capacity as a Central Falls Police Officer; MARK BRAYALL, Individually and in his capacity as a Central Falls Police officer

Defendants

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION TO EXCEED PAGE LIMIT IN MOTION FOR JUDICIAL NOTICE**

Plaintiffs herewith seek leave to exceed the Court's page limitation in filing a Motion for Judicial Notice of Adjudicative Facts pursuant to FRE 201.

Such excess pages will consist of opinions rendered in a Rhode Island District

Court adjudication between Defendant City and Plaintiff Wilson and in arbitration involving Defendant City and Plaintiff Donald D. Twohig.

Plaintiffs seek leave to exceed the limitation by no more than thirty (30) pages.

July 29, 2005

RESPECTFULLY SUBMITTED,
PLAINTIFFS
By Their Attorneys,

Sara M. Quinn, Esq. #2798
QUINN & QUINN, L.L.P.
260 West Exchange Street
Suite 310
Providence, Rhode Island 02903
(401) 274-3000
(401) 274-3074 (fax)

Leon A. Blais, Esq.
Blais & Parent
Cabot Business Park
20 Cabot Boulevard
Suite 300
(508) 618-1280
(617) 812-0459 (fax)

**Certificate of Service**

I, Leon Blais, herewith certify that on July 29, 2005 I mailed a copy of this document to counsel indicated below by first class mail:

Elizabeth Noonan, Esq.
2300 Financial Plaza
Providence, RI 02903

Marc DeSisto, Esq.
211 Angell Street
Providence, RI 02906

Leon Blais