UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THOMAS WILSON, DONALD P. TWOHIG, DONALD D. TWOHIG and THOMAS SHANNAHAN,
Plaintiffs

Vs C.A. No. 03-575L

CHARLES D. MOREAU, in his individual capacity and in his capacity as agent for the City of Central Falls; JOHN P. KUZMISKI, in his capacity as finance director and treasurer of the City of Central Falls; RICHARD B BESSETTE, individually and in his capacity as agent for the City of Central Falls; MARTIN JOYCE, Individually and in his capacity as Acting Personnel Specialist of the City of Central Falls; RAYMOND COONEY, individually and in his capacity as City Solicitor of the City of Central Falls; ALBERTO CARDONA, individually and in his capacity as agent for the City of Central Falls; IT SYSTEMS, LTD, a Rhode Island corporation and ROBERT LUKE, Individually and in his capacity as an employee of IT SYSTEMS, LTD.; KEVIN GUINDON, individually and in his capacity as a Central Falls Police Officer; MARK BRAYALL, Individually and in his capacity as a Central Falls Police officer

Defendants

COPY

**PLAINTIFFS' MOTION TO EXCEED PAGE LIMIT IN MOTION FOR JUDICIAL NOTICE**

Plaintiffs herewith seek leave to exceed the Court's page limitation in filing a Motion for Judicial Notice of Adjudicative Facts. Plaintiffs herewith file their Memorandum of Law concurrently.

Granted: Ronald R. Lagueux
Sr. USDJ 8/3/05