No objection having been timely filed pursuant to the Local Rules for the District of Rhode Island, the within motion is hereby granted.

Deputy Clerk
Date: 9/9/05

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THOMAS WILSON, et al

Plaintiffs

vs.

CHARLES D. MOREAU, et al

Defendants

C.A. No. 03-575L

**DEFENDANTS' MOTION TO EXTEND TIME TO FILE MOTION TO COMPEL**

Now come Defendants, City of Central Falls, Charles D. Moreau, John P. Kuzmiski, Richard B. Bessette, Martin Joyce, Alberto Cardona, Raymond Cooney, Kevin Guindon and Mark Brayall and hereby move to extend the time within which to file a motion to compel Plaintiffs to respond to Defendants' discovery requests. In support thereof, Defendants rely upon the Memorandum of Law filed contemporaneously herewith.

Defendants, City of Central Falls, Charles D. Moreau, John P. Kuzmiski, Richard B. Bessette, Martin Joyce, Alberto Cardona, Kevin Guindon and Mark Brayall
By their Attorney,

Michael A. DeSisto (#2444)
DESISTO LAW
211 Angell Street
Providence, RI 02906
(401) 272-4442
(401) 272-9937 facsimile
michael@desistolaw.com

Defendant,
Raymond Cooney,
By His Attorney,

Elizabeth McDonough Noonan (#4226)
Michael D. Chittick (#5967)
Adler Pollock and Sheehan, P.C.
2300 Financial Plaza
Providence, Rhode Island 02903
(401) 274-7200
(401) 351-4607 facsimile
Bnoonan@apslaw.com

114