UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THOMAS WILSON, DONALD P. TWOHIG, DONALD D. TWOHIG and THOMAS SHANNAHAN,
Plaintiffs

vs. C.A. No. 03-575L

CHARLES D. MOREAU, in his individual capacity and in his capacity as agent for the City of Central Falls; JOHN P. KUZMISKI, in his capacity as finance director and treasurer of the City of Central Falls; RICHARD B BESSETTE, individually and in his capacity as agent for the City of Central Falls; MARTIN JOYCE, Individually and in his capacity as Acting Personnel Specialist of the City of Central Falls; RAYMOND COONEY, individually and in his capacity as City Solicitor of the City of Central Falls; ALBERTO CARDONA, individually and in his capacity as agent for the City of Central Falls; KEVIN GUINDON, individually and in his capacity as a Central Falls Police Officer; MARK BRAYALL, Individually and in his capacity as a Central Falls Police officer
Defendants

**PLAINTIFFS' OBJECTION TO DEFENDANTS' MOTION TO EXTEND TIME TO FILE MOTION TO COMPEL**

Plaintiffs herewith file their objection to Defendants' Motion to Extend Time to File Motion to Compel and file their Memorandum of Law concurrent herewith.

RESPECTFULLY SUBMITTED,
PLAINTIFFS
By Their Attorneys,

Sara M. Quinn, Esq. #2798
QUINN & QUINN, L.L.P.
260 West Exchange Street
Suite 310
Providence, Rhode Island 02903
(401) 274-3000
(401) 274-3074 (fax)

Leon A. Blais, Esq.
Blais & Parent
Cabot Business Park
20 Cabot Boulevard
Mansfield, MA 02048
(508) 618-1280
(617) 812-0459 (fax

**Certificate of Service**

I, Leon Blais, herewith certify that on July 8, 2005 I mailed a copy of this document to counsel indicated below by first class mail:

Elizabeth Noonan, Esq.
Adler, Pollack and Sheehan
8th Floor
One Citizens Plaza
Providence, RI 02903

Marc DeSisto, Esq.
211 Angell Street
Providence, RI 02906

Leon Blais

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THOMAS WILSON, DONALD P. TWOHIG, DONALD D. TWOHIG and THOMAS SHANNAHAN,
Plaintiffs

vs. C.A. No. 03-575L

CHARLES D. MOREAU, in his individual capacity and in his capacity as agent for the City of Central Falls; JOHN P. KUZMISKI, in his capacity as finance director and treasurer of the City of Central Falls; RICHARD B BESSETTE, individually and in his capacity as agent for the City of Central Falls; MARTIN JOYCE, Individually and in his capacity as Acting Personnel Specialist of the City of Central Falls; RAYMOND COONEY, individually and in his capacity as City Solicitor of the City of Central Falls; ALBERTO CARDONA, individually and in his capacity as agent for the City of Central Falls; KEVIN GUINDON, individually and in his capacity as a Central Falls Police Officer; MARK BRAYALL, Individually and in his capacity as a Central Falls Police officer
Defendants

**MEMORANDUM OF LAW IN SUPPORT PLAINTIFFS' OBJECTION TO DEFENDANTS' MOTION TO EXTEND TIME TO FILE MOTION TO COMPEL**

The Pre-Trial Order setting discovery dates was entered in this case on October 28, 2004. That order provided that all discovery should be "completed by" April 1, 2004. Defendants did absolutely no discovery until noticing depositions just before the close of discovery.

Now, more than three (3) months following the close of discovery, Defendants seek leave to file a motion to compel production of documents and answers to interrogatories. This disingenuous request

comes after Defendants have already filed motions for summary judgment on behalf of all Defendants against all Plaintiffs.

This motion and the anticipated motion to compel are nothing more than a very transparent attempt to push trial of Plaintiffs' claims beyond the Central Falls municipal elections in November, 2005.

Moreover, Defendants offer absolutely no good cause as to why they should be given leave to grossly depart from the discovery schedule upon which Plaintiffs have relied and with which they have strictly complied.

If Defendants' motion is allowed, Plaintiffs, who anxiously look forward to their day in court, will be prejudiced by continued delay of adjudication of their claims.

RESPECTFULLY SUBMITTED,
PLAINTIFFS
By Their Attorneys,

Sara M. Quinn, Esq. #2798
QUINN & QUINN, L.L.P.
260 West Exchange Street
Suite 310
Providence, Rhode Island 02903
(401) 274-3000
(401) 274-3074 (fax)

Leon A. Blais, Esq.
Blais & Parent
Cabot Business Park
20 Cabot Boulevard
Mansfield, MA 02048
(508) 618-1280
(617) 812-0459 (fax

**Certificate of Service**

I, Leon Blais, herewith certify that on July 8, 2005 I mailed a copy of this document to counsel indicated below by first class mail:

Elizabeth Noonan, Esq.
Adler, Pollack and Sheehan
8th Floor
One Citizens Plaza
Providence, RI 02903

Marc DeSisto, Esq.
211 Angell Street
Providence, RI 02906

Leon Blais