**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CA03-575L** **September 15, 2005**

**TITLE: Thomas Wilson v. Charles Moreau**

**SENIOR DISTRICT JUDGE: Ronald R. Lagueux**

**COURTROOM CLERK: Barbara J. Gilfillan**

**COURT REPORTER: Anne Clayton**

**INTERPRETER: n/a**

---

**COUNSEL PRESENT: Plaintiff/Government - Leon Blais**
**Defendant - Kathleen Powers**

**RE**: Defendants motions for summary judgment; arguments heard; matter take under advisement