# *UNITED STATES DISTRICT COURT*
## *District of Rhode Island*

## ***AMENDED NOTICE***

***THOMAS WILSON, ET AL***

***V.*** ***CA 03-575L***

***CHARLES MOREAU, ET AL***

***PLEASE TAKE NOTICE THAT THE PROCEEDING LISTED BELOW HAS BEEN SCHEDULED IN THE ABOVE ENTITLED CASE BEFORE U.S. DISTRICT COURT MAGISTRATE JUDGE DAVID L. MARTIN***

***TYPE OF PROCEEDING:*** ***Defendants' Motion to Compel Discovery***

***PLACE:*** ***U.S. District Court***
***Courtroom B - Room 260***
***John O. Pastore Federal Building***
***Two Exchange Terrace***
***Providence, RI 02903***

***DATE:*** ***Tuesday, November 2, 2005********

***TIME:*** ***10:00 A.M.***

***David A. DiMarzio, Clerk of Court***

*Martha Saucier*

Martha Saucier
Deputy Clerk
Date: October 24, 2005

**NOTICE SENT TO:** **DeSisto, McDonough Noonan. Quinn, Blais**

N.B. COUNSEL ARE DIRECTED TO NOTIFY THE CLERK'S OFFICE AT 752-7218 IF THE NAME OF COUNSEL FOR ANY PARTY IS OMITTED FROM THIS NOTICE.