UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DONALD P. TWOHIG and<br>DONALD D. TWOHIG<br>Plaintiffs | : | |
| vs. | : | C.A. No. 03-575L |
| CHARLES D. MOREAU, in his individual capacity and in his capacity as agent for the City of Central Falls; KEVIN GUINDON, individually and in his capacity as a Central Falls Police Officer; MARK BRAYALL, Individually and in his capacity as a Central Falls Police officer<br>Defendants | : | : |

**PLAINTIFFS' MOTION TO RESCHEDULE STATUS CONFERENCE**

Plaintiffs herewith move that this Court reschedule the Status Conference presently scheduled for September 12, 2006 at 2:00 PM to any time after September 17, 2006.

Plaintiffs make this request because of a previously scheduled and paid family vacation by counsel scheduled from September 11 through September 17, 2006.

RESPECTFULLY SUBMITTED,
PLAINTIFFS
By Their Attorneys,

/s/
_______________________________

Sara M. Quinn, Esq. #2798
BLAIS PARENT & QUINN
Suite 300
20 Cabot Blvd.
Mansfield, MA 02048
508 618-1280
617 812-0459

/s/

Leon A. Blais, Esq.
BLAIS PARENT & QUINN
Suite 300
20 Cabot Blvd.
Mansfield, MA 02048
508 618-1280
617 812-0459

***Certification***

I herewith certify that I have filed the foregoing document in accord with the procedures of the court ECF system on August 16, 2006.

/s/

Leon A. Blais