UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: Leon Blais

RE: CA 03-575L

Twohig v. Moreau

**ORDER**

I have reviewed your document(s) presented to the Clerk's Office on 8 / 16 / 06 and have made the following determination:

✓ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

____ Your document(s) are hereby refused and returned to you for the following reason(s):

____ 1. Pleadings, motions, other papers are not signed. (Fed. R. Civ. P. 11(a)) (DRI LR Cv 5(a)(5)) (DRI LR Cr 57(a)(4)).

____ 2. All motions and objections with accompanying memoranda must be filed in triplicate. (original and two copies) (DRI LR Cv 7 (c)).

____ 3. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (DRI LR Cv 7 (a)).

____ 4. New cases must be accompanied by:
a) Civil Cover Sheet (DRI LR Cv 5 (b));
b) Summons (Fed. R. Civ. P. 4(a), (b));
c) Filing fee of $350.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

____ 5. Papers will not be accepted for filing without a certificate of service. (Fed. R. Civ. P. 5(d)) (DRI LR Cv 5.1(a)(1)) (Fed. R .Crim. P. 49).

____ 6. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses, and Objections (Fed. R. Civ. P. 26(a), 34, and 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2)), shall file all pertinent portions of discovery material with the motion and copies (DRI LR Cv 37(a)).

____ 7. All Checks must be made payable to **Clerk, U.S. District Court.**

____ 8. Motion to Appear Pro Hac Vice not in the proper form and/or does not include a check in the amount of $50.00 payable to Federal Board of Bar Examiners. (DRI LR Gen 204(d)).

____ 9. Text of all memoranda in support of motions, objections, and replies shall be double-spaced and typed in at least 12-point font. (DRI LR Cv 7(d)(1) and Cr 47(d)(1)).

x 10. Other no e-signature on signature; Sara Quinn is not registered as an e-filer

ENTER: [signature]

United States Magistrate Judge
cc: Counsel of Record

Date: 8/18/06

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DONALD P. TWOHIG and<br>DONALD D. TWOHIG<br>Plaintiffs | : | |
| vs. | : | C.A. No. 03-575L |
| CHARLES D. MOREAU, in his individual capacity and in his capacity as agent for the City of Central Falls; KEVIN GUINDON, individually and in his capacity as a Central Falls Police Officer; MARK BRAYALL, Individually and in his capacity as a Central Falls Police officer<br>Defendants | : | |

**PLAINTIFFS' MOTION TO RESCHEDULE STATUS CONFERENCE**

Plaintiffs herewith move that this Court reschedule the Status Conference presently scheduled for September 12, 2006 at 2:00 PM to any time after September 17, 2006.

Plaintiffs make this request because of a previously scheduled and paid family vacation by counsel scheduled from September 11 through September 17, 2006.

RESPECTFULLY SUBMITTED,
PLAINTIFFS
By Their Attorneys,

/s/

Sara M. Quinn, Esq. #2798
BLAIS PARENT & QUINN
Suite 300
20 Cabot Blvd.
Mansfield, MA 02048
508 618-1280
617 812-0459

/s/

Leon A. Blais, Esq.
BLAIS PARENT & QUINN
Suite 300
20 Cabot Blvd.
Mansfield, MA 02048
508 618-1280
617 812-0459

***Certification***

I herewith certify that I have filed the foregoing document in accord with the procedures of the court ECF system on August 16, 2006.

/s/

Leon A. Blais