UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DONALD P. TWOHIG and DONALD D. TWOHIG<br>Plaintiffs | : | |
| vs. | : | C.A. No. 03-575L |
| CHARLES D. MOREAU, in his individual capacity and in his capacity as agent for the City of Central Falls; KEVIN GUINDON, individually and in his capacity as a Central Falls Police Officer; MARK BRAYALL, Individually and in his capacity as a Central Falls Police officer<br>Defendants | : | |

**PLAINTIFFS' MOTION TO RESCHEDULE SETTLEMENT CONFERENCE**

Plaintiffs herewith move that this Court reschedule the Status Conference presently scheduled for September 12, 2006 to any time after September 17, 2006. Plaintiff has also filed a motion to continue the Status Conference scheduled in this case for the same date.

Plaintiffs make this request because of a previously scheduled and paid family vacation by counsel scheduled from September 11 through September 17, 2006.

RESPECTFULLY SUBMITTED,
PLAINTIFFS
By Their Attorneys,

Sara M. Quinn, Esq. #2798
BLAIS PARENT & QUINN
Suite 300
20 Cabot Blvd.
Mansfield, MA 02048
508 618-1280

617 812-0459 fax

Leon A. Blais, Esq.
BLAIS PARENT & QUINN
Suite 300
20 Cabot Blvd.
Mansfield, MA 02048
508 618-1280
617 812-0459 fax

***Certification***

I herewith certify that on August 22, 2006 I mailed a copy of this document, first class postage paid to:

Beth Noonan. Esq.
Adler, Pollack and Sheehan
Citizens Bank Building
Providence, R.I. 02903

Michael DeSisto, Esq.
DeSisto Law Offices
211 Angell Street
Providence, RI 02906

Leon A. Blais