UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS WILSON, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| vs. | : | C.A. No. 03-575L |
| | : | |
| CHARLES D. MOREAU, et al., | : | |
| | | |
| Defendants | : | |

**WITHDRAWAL OF APPEARANCE**

Michael D. Chittick hereby withdraws his appearance as counsel for the Defendants, Charles D. Morneau, Kevin Guindon, and Mark Brayall, in the above-referenced matter.

/s/ Michael D. Chittick
MICHAEL D. CHITTICK (#5967)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: (401) 274-7200
Fax: (401) 751-0604
mchittick@apslaw.com
September 5, 2006

**CERTIFICATION**

I hereby certify that this document has been filed electronically on this 5th day of September, 2006 and is available for viewing and downloading to the ECF registered counsel of record:

Via Electronic Service/ECF:

Sara M. Quinn, Esq.
Quinn & Quinn, LLP
260 West Exchange Street, Suite 310
Providence, Rhode Island 02903
saqui9@cs.com

Leon A. Blais, Esq.
Blais & Parent, LLP
20 Park Plaza, 4th Floor
Boston, MA 02116

Marc DeSisto, Esq.
Michael A. DeSisto, Esq.
DeSisto Law Offices
211 Angell Street
Providence, RI 02906
marc@desistolaw.com
michael@desistolaw.com

/s/ Michael D. Chittick

*392204_1.doc*