UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DONALD P. TWOHIG and
DONALD D. TWOHIG
Plaintiffs

vs. : C.A. No. 03-575L

CHARLES D. MOREAU, in his individual capacity and in his capacity as agent for the City of Central Falls; KEVIN GUINDON, individually and in his capacity as a Central Falls Police Officer; MARK BRAYALL, Individually and in his capacity as a Central Falls Police officer
Defendants

**PLAINTIFFS' MOTION TO RESCHEDULE SETTLEMENT CONFERENCE**

Plaintiffs herewith move that this Court reschedule the Status Conference presently scheduled for September 12, 2006 to any time after September 17, 2006. Plaintiff has also filed a motion to continue the Status Conference scheduled in this case for the same date.

Plaintiffs make this request because of a previously scheduled and paid family vacation by counsel scheduled from September 11 through September 17, 2006.

RESPECTFULLY SUBMITTED,
PLAINTIFFS
By Their Attorneys,

Sara M. Quinn, Esq. #2798
BLAIS PARENT & QUINN
Suite 300
20 Cabot Blvd.
Mansfield, MA 02048
508 618-1280

**ORDER**
**GRANTED. The Settlement Conference has been rescheduled to September 19, 2006 at 10:00 a.m.**

**Jacob Hagopian**
**Senior U.S. Magistrate Judge**
**Date: September 11, 2006**