UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DONALD P. TWOHIG and DONALD D. TWOHIG<br>Plaintiffs | : | |
| vs. | : | C.A. No. 03-575L |
| CHARLES D. MOREAU, in his individual capacity and in his capacity as agent for the City of Central Falls; KEVIN GUINDON, individually and in his capacity as a Central Falls Police Officer; MARK BRAYALL, Individually and in his capacity as a Central Falls Police officer<br>Defendants | : | : |

**PLAINTIFFS' ADDENDUM TO PRE-TRIAL MEMORANDUM**

Plaintiffs' herewith submit their Addendum to Pre-Trial Memorandum.

Plaintiffs seek an additional jury instruction on presumed Damages:

INSTRUCTION:

**If you find that one or both of the Plaintiffs have suffered injury as a result of the conduct of Defendants but are having difficulty establishing amount of damages you may approximate those damages by awarding presumed damages. Presumed damages are a form of compensatory damages used by a jury when calculation of exact damages is difficult or impossible.**

AUTHORITY:

Presumed damages are a form of compensatory damages used by a jury when calculation of exact damages is difficult or impossible. It is not a supplement to compensatory damages and is not the equivalent of intangible "constitutional damages." "Presumed damages are a substitute

for ordinary compensatory damages, not a supplement for an award that fully compensates the alleged injury. When a plaintiff seeks compensation for an injury that is [*311] likely to have occurred but difficult to establish, some form of presumed damages may possibly be appropriate. See Carey, 435 U.S., at 262; cf. Dun & Bradstreet, Inc. v. Greenmoss Builders, 472 U.S. 749, 760-761 (1985) (opinion of POWELL, J.); Gertz v. Robert Welch, Inc., supra, at 349. In those circumstances, presumed damages may roughly approximate the harm that the plaintiff suffered and thereby compensate for harms that may be impossible to measure."
Memphis Cmty. Sch. Dist. v. Stachura, 477 U.S. 299, 310-311 (U.S., 1986)

RESPECTFULLY SUBMITTED,
PLAINTIFFS
By Their Attorneys,

/s/ Sara M. Quinn

Sara M. Quinn, Esq. #2798
QUINN AND QUINN
179 Sisson Street
Providence, RI 02903
401 621-7087

/s/ Leon A. Blais

Leon A. Blais, Esq.
BLAIS PARENT & QUINN
Suite 300
20 Cabot Blvd.
Mansfield, MA 02048
508 618-1280
617 812-0459

***Certification***

I herewith certify that I have filed the foregoing document in accord with the procedures of the court ECF system on September 18, 2006.

/s/ Sara M. Quinn

Sara M. Quinn