UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DONALD P. TWOHIG and<br>DONALD D. TWOHIG<br>Plaintiffs<br><br>v.<br><br>CHARLES D. MOREAU, in his individual capacity as agent for the City of Central Falls;<br>KEVIN GUINDON, individually and in his capacity as a Central Falls Police Officer;<br>MARK BRAYALL, individually and in his capacity as a Central Falls Police Officer<br>Defendants | C.A. No. 03-575L |

**NOTICE OF ENTRY OF APPEARANCE**

I, Elizabeth McDonough Noonan, hereby enter my appearance as co-counsel for and on behalf of Charles D. Moreau, Kevin Guindon and Mark Brayall in the above-captioned matter.

/s/ *Elizabeth McDonough Noonan*
ELIZABETH McDONOUGH NOONAN (#4226)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903-1345
Tel: (401) 274-7200
Fax: (401) 351-4607
Date: September 19, 2006
enoonan@apslaw.com

CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of September, 2006, I did send a true copy of the within document by electronic means (ECF) to:

Marc DeSisto, Esq.
Michael DeSisto, Esq.
206 Angell Street
Providence, RI 02903

Leon A. Blais, Esq.
Sara M. Quinn, Esq.
Cabot Business Park
20 Cabot Boulevard
Mansfield, MA 02048

/s/ *Elizabeth McDonough Noonan*

*390418_1.doc*