UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DONALD P. TWOHIG and<br>DONALD D. TWOHIG<br>Plaintiffs | : | |
| vs. | : | C.A. No. 03-575L |
| CHARLES D. MOREAU, in his individual capacity and in his capacity as agent for the City of Central Falls; KEVIN GUINDON, individually and in his capacity as a Central Falls Police Officer; MARK BRAYALL, Individually and in his capacity as a Central Falls Police officer<br>Defendants | : | : |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE MOTION IN LIMINE**

Plaintiffs herewith move that this Court grant leave to Plaintiffs to file the Motion In Limine.

Such motion will seek to determine the preclusive effect at trial of two arbitration decisions in favor of Plaintiff Donald D. Twohig wherein it was found that personnel actions against Plaintiff Donald D. Twohig, including termination, were undertaken without good cause.

Such a determination of preclusive effect may reduce the issues to be decided at trial.

RESPECTFULLY SUBMITTED,
PLAINTIFFS
By Their Attorneys,

/s/ Sara M. Quinn
______________________________

Sara M. Quinn, Esq. #2798
QUINN & QUINN, L.L.P.
179 Sisson Street

Providence, Rhode Island 02903
401 621-7087

/s/ Leon Blais

Leon A. Blais, Esq.
BLAIS PARENT & QUINN
Suite 300
20 Cabot Blvd.
Mansfield, MA 02048
508 618-1280
617 812-0459

***Certification***

I herewith certify that I have filed the foregoing document in accord with the procedures of the court ECF system on September 22, 2006.

/s/ Sara M. Quinn

Sara M. Quinn