UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DONALD P. TWOHIG and
DONALD D. TWOHIG
Plaintiffs

vs. C.A. No. 03-575L

CHARLES D. MOREAU, in his individual capacity and in his capacity as agent for the City of Central Falls; KEVIN GUINDON, individually and in his capacity as a Central Falls Police Officer; MARK BRAYALL, Individually and in his capacity as a Central Falls Police officer
Defendants

**<u>PLAINTIFFS' MOTION FOR LEAVE TO FILE MOTION IN LIMINE</u>**

Plaintiffs herewith move that this Court grant leave to Plaintiffs to file the Motion In Limine.

Such motion will seek to determine the preclusive effect at trial of two arbitration decisions in favor of Plaintiff Donald D. Twohig wherein it was found that personnel actions against Plaintiff Donald D. Twohig, including termination, were undertaken without good cause.

Such a determination of preclusive effect may reduce the issues to be decided at trial.

RESPECTFULLY SUBMITTED,
PLAINTIFFS
By Their Attorneys,

/s/ Sara M. Quinn

Sara M. Quinn, Esq. #2798
QUINN & QUINN, L.L.P.
179 Sisson Street



Denied – no supporting material has been filed such as a copy of the motion and the memo in support.
Ronald R. Lagueux Sr USDJ 9/26/06