UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DONALD P. TWOHIG and :
DONALD D. TWOHIG :
Plaintiffs :
:
vs. : C.A. No. 03-575L
:
CHARLES D. MOREAU, in his individual :
capacity and in his capacity as agent for :
the City of Central Falls; KEVIN GUINDON, : :
individually and in his capacity as a Central :
Falls Police Officer; MARK BRAYALL, :
Individually and in his capacity as a Central :
Falls Police officer :
Defendants :

**PLAINTIFFS' MOTION FOR LEAVE TO FILE MOTION FOR JURY INSTRUCTION CONSISTENT WITH MOTION IN LIMINE**

Plaintiffs herewith move that this Court grant leave to Plaintiffs to a file a request for jury instruction consistent with motion in limine.

Plaintiffs attach and make part hereof the motion and joint memorandum of law they seek leave to file.

RESPECTFULLY SUBMITTED,
PLAINTIFFS
By Their Attorneys,

/s/ Sara M. Quinn

Sara M. Quinn, Esq. #2798
QUINN & QUINN, L.L.P.

179 Sisson Street
Providence, Rhode Island 02903
401 621-7087
smquinn@cox.net

/s/ Leon Blais

______________________________

Leon A. Blais, Esq.
BLAIS PARENT & QUINN
Suite 300
20 Cabot Blvd.
Mansfield, MA 02048
508 618-1280
617 812-0459
LBlais@BlaisParent.com

***Certification***

I herewith certify that I have filed the foregoing document in accord with the procedures of the court ECF system on September 28, 2006. Such documents are available for viewing and download. All parties are served by means of ECF.

/s/ Sara M. Quinn

______________________________

Sara M. Quinn

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DONALD P. TWOHIG and<br>DONALD D. TWOHIG<br>Plaintiffs | : | |
| vs. | : | C.A. No. 03-575L |
| CHARLES D. MOREAU, in his individual capacity and in his capacity as agent for the City of Central Falls; KEVIN GUINDON, individually and in his capacity as a Central Falls Police Officer; MARK BRAYALL, Individually and in his capacity as a Central Falls Police officer<br>Defendants | : | : |

**PLAINTIFFS' MOTION IN LIMINE**

Plaintiffs herewith move in limine to prevent Defendant from arguing or contending at trial that Plaintiff Donald D. Twohig was disciplined and/or terminated for cause.

RESPECTFULLY SUBMITTED,
PLAINTIFFS
By Their Attorneys,

/s/ Sara M. Quinn

Sara M. Quinn, Esq. #2798
QUINN & QUINN, L.L.P.
179 Sisson Street
Providence, Rhode Island 02903
401 621-7087
LBlais@BlaisParent.com

/s/ Leon Blais

Leon A. Blais, Esq.
BLAIS PARENT & QUINN
Suite 300
20 Cabot Blvd.
Mansfield, MA 02048
508 618-1280
617 812-0459
smquinn@cox.net

***Certification***

I herewith certify that I have filed the foregoing document in accord with the procedures of the court ECF system on September 28, 2006. Such documents are available for viewing and download. All parties are served by means of ECF.

/s/ Sara M. Quinn

Sara M. Quinn