UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DONALD P. TWOHIG and :
DONALD D. TWOHIG :
Plaintiffs :
:
vs. : C.A. No. 03-575L
:
CHARLES D. MOREAU, in his individual :
capacity and in his capacity as agent for :
the City of Central Falls; KEVIN GUINDON, : :
individually and in his capacity as a Central :
Falls Police Officer; MARK BRAYALL, :
Individually and in his capacity as a Central :
Falls Police officer :
Defendants :

**PLAINTIFFS' MOTION FOR LEAVE TO FILE MOTION FOR JURY INSTRUCTION CONSISTENT WITH MOTION IN LIMINE**

Plaintiffs herewith move that this Court grant leave to Plaintiffs to a file a request for jury instruction consistent with motion in limine.

Plaintiffs attach and make part hereof the motion and joint memorandum of law they seek leave to file.

RESPECTFULLY SUBMITTED,
PLAINTIFFS
By Their Attorneys,

/s/ Sara M. Quinn

Sara M. Quinn, Esq. #2798
QUINN & QUINN, L.L.P.

179 Sisson Street
Providence, Rhode Island 02903
401 621-7087
smquinn@cox.net

/s/ Leon Blais

Leon A. Blais, Esq.
BLAIS PARENT & QUINN
Suite 300
20 Cabot Blvd.
Mansfield, MA 02048
508 618-1280
617 812-0459
LBlais@BlaisParent.com

***Certification***

I herewith certify that I have filed the foregoing document in accord with the procedures of the court ECF system on September 28, 2006. Such documents are available for viewing and download. All parties are served by means of ECF.

/s/ Sara M. Quinn

Sara M. Quinn

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DONALD P. TWOHIG and<br>DONALD D. TWOHIG<br>Plaintiffs | : | |
| vs. | : | C.A. No. 03-575L |
| CHARLES D. MOREAU, in his individual capacity and in his capacity as agent for the City of Central Falls; KEVIN GUINDON, individually and in his capacity as a Central Falls Police Officer; MARK BRAYALL, Individually and in his capacity as a Central Falls Police officer<br>Defendants | : | : |

**PLAINTIFFS' MOTION FOR JURY INSTRUCTION**

Plaintiffs herewith move for the following jury instruction consistent with their motion in limine:

> "You are instructed that you are to assume as you deliberate that Donald D. Twohig was not disciplined or terminated for good cause. The sole question before you is whether Donald D. Twohig was disciplined and terminated for his political activities."

Plaintiffs file their memorandum of law in support hereof.

RESPECTFULLY SUBMITTED,

PLAINTIFFS
By Their Attorneys,

/s/ Sara M. Quinn

Sara M. Quinn, Esq. #2798
QUINN & QUINN, L.L.P.
179 Sisson Street
Providence, Rhode Island 02903
401 621-7087
smquinn@cox.net

/s/ Leon Blais

______________________________

Leon A. Blais, Esq.
BLAIS PARENT & QUINN
Suite 300
20 Cabot Blvd.
Mansfield, MA 02048
508 618-1280
617 812-0459
LBlais@BlaisParent.com

***Certification***

I herewith certify that I have filed the foregoing document in accord with the procedures of the court ECF system on September 28, 2006. Such documents are available for viewing and download. All parties are served by means of ECF.

/s/ Sara M. Quinn

______________________________

Sara M. Quinn