UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DONALD P. TWOHIG and<br>DONALD D. TWOHIG<br>Plaintiffs | : | |
| vs. | : | C.A. No. 03-575L |
| CHARLES D. MOREAU, in his individual capacity and in his capacity as agent for the City of Central Falls; KEVIN GUINDON, individually and in his capacity as a Central Falls Police Officer; MARK BRAYALL, Individually and in his capacity as a Central Falls Police officer<br>Defendants | : | : |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE MOTION FOR JURY INSTRUCTION CONSISTENT WITH MOTION IN LIMINE**

Plaintiffs herewith move that this Court grant leave to Plaintiffs to a file a request for jury instruction consistent with motion in limine.

Plaintiffs attach and make part hereof the motion and joint memorandum of law they seek leave to file.

Denied for the reasons set forth from the Bench;

Ronald R. Lagueux
Sr. USDJ 10/17/06

RESPECTFULLY SUBMITTED,
PLAINTIFFS
By Their Attorneys,

/s/ Sara M. Quinn

Sara M. Quinn, Esq. #2798
QUINN & QUINN, L.L.P.