UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

C.A. No. 03-575L

Plaintiff
Donald P. Twohig

Defendant
Mark Brayall

INTERROGATORIES TO THE JURY

QUESTION 1: Did Robert Luke conduct a warrantless search of Plaintiff's personal e-mail account?

ANSWER: YES ______________

NO X______________

If the answer is yes, proceed to Question 2.
If the answer is no, then the verdict will be for the Defendant.

QUESTION 2: Did the Defendant knowingly and intentionally aid and assist Luke in conducting that search?

ANSWER: YES ______________

NO ______________

If the answer is yes, then proceed to Question 3.
If the answer is no, then the verdict will be for the Defendant.

QUESTION 3: Did Plaintiff voluntarily consent to that search?

ANSWER: YES ______________

NO ______________

If the answer is yes, then the verdict will be for the Defendant.
If the answer is no, then the verdict will be for the Plaintiff.

10/24/06
Date