UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THOMAS WILSON, DONALD P. TWOHIG, DONALD D. TWOHIG and THOMAS SHANNAHAN,

*Plaintiffs,*

vs.

C.A. No. 03-575L

CHARLES D. MOREAU, in his individual capacity as agent for the City of Central Falls; JOHN P. KUZMISKI, in his capacity as finance director and treasurer of the City of Central Falls; RICHARD B. BESSETTE, individually and in his capacity as agent for the City of Central Falls; MARTIN JOYCE, individually and in his capacity as Acting Personnel Specialist of the City of Central Falls; RAYMOND COONEY, individually and in his capacity as City Solicitor of the City of Central Falls; ALBERTO CARDONA, individually and in his capacity as agent for the City of Central Falls; IT SYSTEMS, LTD., a Rhode Island corporation; ROBERT LUKE, individually and in his capacity as an employee of IT SYSTEMS, LTD.; KEVIN GUINDON, individually and in his capacity as a Central Falls Police Officer; MARK BRAYALL, individually and in his capacity as a Central Falls Police Officer,

*Defendants.*

**ORDER AND JUDGMENT**

With the Decision and Order entered on August 4, 2006, regarding defendants' motion for summary judgment, and with the trial in this matter having concluded on October 24, 2006, it is hereby—

ORDERED ADJUDGED AND DECREED

that this matter has been disposed in favor of all defendants on all counts in the following manner:

Count I — Summary judgment was granted for defendant Moreau with respect to plaintiff Wilson's claim of denial of equal protection, pursuant to the Decision and Order of August 4, 2006 (Document 131) ("Decision and Order").

Count II — Summary judgment was granted for defendant Moreau with respect to plaintiff Wilson's claim of denial of due process, pursuant to the Decision and Order.

Count III — Summary judgment was granted for defendant Moreau with respect to plaintiff Wilson's claim of violation of rights protected under the 1st Amendment, pursuant to the Decision and Order.

Count IV — Summary judgment was granted for defendant Moreau with respect to plaintiff Wilson's claim of violation of the City Charter, pursuant to the Decision and Order.

Count V — Summary judgment was granted for defendant Moreau with respect to plaintiff Wilson's claim of violation of rights protected under the 1st, 5th, and 14th Amendments, pursuant to the Decision and Order.

Count VI — (a) Summary judgment was granted for all defendants with respect to claims of violation of rights protected under the 1st, 4th, 5th, and 14th Amendments made by plaintiffs Wilson and Shannahan, pursuant to the Decision and Order.

(b) Summary judgment was granted for all defendants with respect to plaintiff Donald D. Twohig's ("Donald D's") claim of violation of rights protected under the 4th, 5th, and 14th Amendments, pursuant to the Decision and Order.

(c) Summary judgment for all defendants (except defendant Moreau) with respect to Donald D's claim of violation of rights protected under the 1st Amendment, pursuant to the Decision and Order.

(d) Judgment for defendant Moreau with respect to Donald D's claim of violation of rights protected under the 1st Amendment, pursuant to the granting of defendant Moreau's Rule 50(a) motion for judgment made at the close of plaintiffs' case.

(e) Summary judgment for all defendants with respect to plaintiff Donald P. Twohig's ("Donald P's") claim of violation of rights protected under the 1st, 5th and 14th amendments, pursuant to the Decision and Order.

(f) Summary judgment for all defendants (except defendants Moreau, Guindon and Brayall) with respect to Donald P's claim of violation of rights protected under the 4th Amendment, pursuant to the Decision and Order.

(g) Judgment for defendants Moreau and Guindon with respect to Donald P's claim of violation of rights protected under the 4th Amendment, pursuant to the granting of defendants' Rule 50(a) motion for judgment made at the close of plaintiffs' case.

(h) Judgment for defendant Brayall with respect to Donald P's claim of violation of rights protected under the 4th Amendment, pursuant to the jury's verdict.

Count VII (a) The claims of defamation made by plaintiffs Wilson and Shannahan were dismissed without prejudice as to all defendants, pursuant to the Decision and Order.

(b) Summary judgment was granted for all defendants with respect to the claims of defamation made by Donald D and Donald P, pursuant to the Decision and Order.

Count VIII (a) The claims of invasion of privacy made by plaintiffs Wilson and Shannahan were dismissed without prejudice as to all defendants, pursuant to the Decision and Order.

(b) Summary judgment was granted for all defendants with respect to the claims of invasion of privacy made by Donald D and Donald P.

Count IX (a) The claims of intentional or negligent infliction of emotional distress made by plaintiffs Wilson and Shannahan were dismissed without prejudice as to all defendants, pursuant to the Decision and Order.

(b) Summary judgment was granted for all defendants with respect to the claims of intentional or negligent infliction of emotional distress made by Donald D and Donald P, pursuant to the Decision and Order.

Count X (a) The claims of State computer crimes made by plaintiffs Wilson and Shannahan were dismissed without prejudice as to all defendants, pursuant to the Decision and Order.

(b) Summary judgment was granted for all defendants with respect to the claim of State computer crimes made by plaintiff Donald D, pursuant to the Decision and Order.

(c) Summary judgment was granted for all defendants (except defendants Moreau, Guindon and Brayall) with respect to the claim of State computer crimes made by plaintiff Donald P, pursuant to the Decision and Order.

(d) Judgment for defendants Moreau and Guindon with respect to Donald P's claim of State computer crimes, pursuant to defendants' Rule 50(a) motion for judgment made at the close of plaintiffs' case.

(e) Judgment for defendant Brayall with respect to Donald P's claim of State computer crimes, pursuant to the jury's verdict.

Count XI Summary judgment was granted for all defendants with respect to the claims of violation of the Federal Computer Fraud and Abuse Act made by plaintiffs Donald D, Donald P, and Shannahan, pursuant to the Decision and Order.

Count XII Summary judgment was granted for all defendants with respect to the claims of civil rights conspiracy made by all plaintiffs, pursuant to the Decision and Order.

ENTER: BY ORDER:

Ronald R. Lagueux
Sr. USDJ

11/1/06
Date

Presented by,

Marc DeSisto, Esquire (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax