**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **THOMAS WILSON, et al.** | : | |
| | : | |
| **Plaintiffs** | : | |
| | : | |
| **v.** | : | **C.A. No. 03-575L** |
| | : | |
| **CHARLES D. MOREAU, et al.** | : | |
| | : | |
| **Defendants.** | : | |

**DEFENDANTS CHARLES D. MOREAU, JOHN P. KUZMISKI, RICHARD B. BESSETTE, MARTIN JOYCE, RAYMOND COONEY, ALBERTO CARDONA, KEVIN GUINDON AND MARK BRAYALL'S**
**MOTION FOR ATTORNEYS' FEES PURSUANT TO RULE 54(d)(2)(B)**

Now come the Defendants, Charles D. Moreau, John P. Kuzmiski, Richard B. Bessette, Martin Joyce, Raymond Cooney, Alberto Cardona, Kevin Guindon and Mark Brayall, and as the prevailing parties move for attorneys' fees pursuant to R.C.P. 54(d)(2)(B). These Defendants request attorneys' fees as a result of the Judgment entered on November 2, 2006 in the above-captioned matter. *See also, Wilson v. Moreau,* 440 F. Supp 81 (D.R.I. 2006). As grounds, these Defendants state that they are entitled to attorneys' fees as prevailing Defendants because "the Plaintiffs' suit was totally unfounded, frivolous, or otherwise unreasonable" and in addition, the Plaintiffs continued to litigate it after it clearly became so." *Casa Marie Hogar Geriatrico, Inc. v. Rivera-Santos,* 38 F.3d 615, 618 (1st Cir. 1994). A fair estimate of the amount sought is $190,309.65. ($115,632.50 for Adler Pollock & Sheehan P.C. and $74,677.15 for DeSisto Law).

Defendants rely on their memorandum of law hereinafter set forth.

Respectfully submitted,

/s/ Elizabeth McDonough Noonan
ELIZABETH McDonough NOONAN (#4226)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903-1345
enoonan@apslaw.com
Tel: (401) 274-7200
Fax: (401) 351-4607
Date: November 15, 2006

**CERTIFICATION OF SERVICE**

I hereby certify that a true copy of the within document has been filed electronically on this 15th day of November, 2006 and is available for viewing and downloading from the ECF system.

Marc DeSisto, Esq.
Michael DeSisto, Esq.
206 Angell Street
Providence, RI 02903

Leon A. Blais, Esq.
Sara M. Quinn, Esq.
Cabot Business Park
20 Cabot Boulevard
Mansfield, MA 02048

/s/ Elizabeth McDonough Noonan

*399531_1.doc*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **THOMAS WILSON, et al.** | : | |
| | : | |
| **Plaintiffs** | : | |
| | : | |
| **v.** | : | **C.A. No. 03-575L** |
| | : | |
| **CHARLES D. MOREAU, et al.** | : | |
| | : | |
| **Defendants.** | : | |

**DEFENDANTS CHARLES D. MOREAU, JOHN P. KUZMISKI, RICHARD B. BESSETTE, MARTIN JOYCE, RAYMOND COONEY, ALBERTO CARDONA KEVIN GUINDON AND MARK BRAYALL'S MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION FOR ATTORNEYS' FEES PURSUANT TO RULE 54(d)(2)(B)**

## I. INTRODUCTION

Pursuant to the Judgment entered on or about November 2, 2006, the above-named Defendants are prevailing parties. As such, they seek attorneys' fees pursuant to Rule 54(d)(2)(B) as more fully outlined below.

## II. PROCEDURAL REQUIREMENTS

In accordance with Local Rule 54.1(b)(1) and 54.1(b)(2), the Defendants submit the Affidavits of Marc DeSisto, Esq., Elizabeth McDonough Noonan, Esq. and J. Richard Ratcliffe, Esq.

## III. PREVAILING PARTIES

These Defendants contend that the suit against them for a number of constitutional claims was totally unfounded. The majority of the claims were dismissed as a result of their motion for summary judgment. The two remaining portions of the claim went to trial and the First

Amendment patronage filing claim was dismissed on their motion for judgment after the close of Plaintiffs' case, and the Fourth Amendment search claim was determined in Defendant Guindon's favor by the jury. Defendants claim that the allegations against them were totally unfounded and unsupported. *Wilson v. Moreau*, 440 F. Supp. 81 (D.R.I. 2006). Under the circumstances, Defendants are therefore entitled to a proportionate share of the attorneys' fees required to defend the case. *Hughes v. Rowe,* 449 U.S. 5, 14 (1980); *Christiansburg Garment Co. v. E.E.O.C.,* 434 U.S. 412, 421 (1978).

Defendants submit that the Plaintiffs were notified of the deficiencies in the claims by Defendants' motion for summary judgment and the subsequent motion for judgment as a matter of law. *Abbott v. Rabe,* 2005 U.S. Dist. Lexis, 7484 (D. Mass. 2005).

**IV. CONCLUSION**

Defendants intend by this motion to comply with Rule 54 "to alert the Adversary and the Court that there is a claim for attorneys' fees and the amount of such fees (or a fair estimate). Defendants' fair estimate is $190,309.65. In support of their claim, they submit the affidavits of Attorneys DeSisto, Noonan and Ratcliffe.

Respectfully submitted,

/s/ Elizabeth McDonough Noonan
ELIZABETH McDonough NOONAN (#4226)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903-1345
enoonan@apslaw.com
Tel: (401) 274-7200
Fax: (401) 351-4607
Date: November 15, 2006

**CERTIFICATION OF SERVICE**

I hereby certify that a true copy of the within document has been filed electronically on this 15th day of November, 2006 and is available for viewing and downloading from the ECF system.

Marc DeSisto, Esq.
Michael DeSisto, Esq.
206 Angell Street
Providence, RI 02903

Leon A. Blais, Esq.
Sara M. Quinn, Esq.
Cabot Business Park
20 Cabot Boulevard
Mansfield, MA 02048

/s/ Elizabeth McDonough Noonan

*399531_1.doc*