**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **THOMAS WILSON, et al.** | : | |
| | : | |
| **Plaintiffs** | : | |
| | : | |
| **v.** | : | **C.A. No. 03-575L** |
| | : | |
| **CHARLES D. MOREAU, et al.** | : | |
| | : | |
| **Defendants.** | : | |

**AFFIDAVIT OF ELIZABETH McDONOUGH NOONAN**
**IN SUPPORT OF DEFENDANTS' FEE APPLICATION**

I, Elizabeth McDonough Noonan, being first duly sworn on oath, hereby depose and say that:

1. I am an attorney licensed to practice in the State of Rhode Island, a shareholder of Adler Pollock & Sheehan P.C. ("AP&S"), and counsel for the Defendants Charles D. Moreau, John P. Kuzmiski, Richard B. Bessette, Martin Joyce, Raymond Cooney, Alberto Cardona, Kevin Guindon and Mark Brayall in the above referenced case. The Defendants are employees or contractors of the City of Central Falls ("City").

2. I make this Affidavit on personal knowledge as well as my review of the file in this matter and the documents attached to this Affidavit.

3. I have been actively engaged in the practice of law since 1990. My practice has consisted principally of representing parties in civil matters at the trial and appellate level.

4. AP&S was retained by the Defendants to represent their interests against the Plaintiffs, Thomas Wilson, Donald P. Twohig, Donald D. Twohig and Thomas Shannahan ("Plaintiffs"), and pursuant thereto defended the underlying action.

5. AP&S represented all Defendants until DeSisto Law Office entered its appearance on March 18, 2005 for all Defendants except Raymond Cooney who AP&S continued to represent. Following the granting of summary judgment on August 3, 2006, several Defendants, including Defendant Cooney were dismissed from the case. Thereafter, AP&S entered its appearance for Defendants Moreau, Guindon and Brayall. At trial, the remaining Defendants prevailed on Plaintiffs' remaining claims such that Plaintiffs did not succeed on any of their claims.

6. In the course of representing Defendant in the District Court Action, AP&S spent considerable time and effort defending Plaintiffs' claims including researching various legal issues, attending court hearings and depositions, preparing and responding to discovery requests and conferring with our clients, reviewing dispositive and non- dispositive motions prepared by DeSisto Law Office and preparing for and attending trial.

7. In accordance R.C.P. 54 and Local Rule 54.1, I submit this affidavit regarding attorneys' fees incurred by Defendants as a result of the District Court action.

**ATTORNEYS' FEES**

8. The normal billing rates at AP&S for its personnel are the following: $275 to $500 per hour for partners; $175 to $250 per hour for associates and $165 per hour for paralegals. My hourly rates were $300 in 2004, $325 in 2005, and $350 in 2006.

9. AP&S has a fee agreement with the City of Central Falls to charge the rates described above and an agreement to pay those fees and costs upon invoicing.

10. The attorneys' fees incurred by the Defendants through October 31, 2006 total $115,632.50 and are detailed in the invoices dated May 26, 2004 through November 14, 2006 attached hereto as Exhibit A. Exhibit A is a record of AP&S' business activities prepared and

kept in the ordinary course of AP&S' business. All entries were entered into our computer database from information transmitted by the person who performed the particular task. Each entry was made on the day, or within a date or so of the date, on which the work reflected was performed. The entries are periodically printed and reviewed for accuracy. The invoices set forth in detail, for each attorney and paralegal, the date any work was performed, the amount of hours expended, and the description of the work. The following AP&S personnel, in alphabetical order, have time entries that were billed to the City and are reflected by their last names and first initials shown in the column entitled "TKPR Name:"

Erin E. Berryman, Paralegal
Michael D. Chittick, Associate (2004; Partner 2005-Present)
Sarah T. Dowling, Partner
Jaime J. LaPorte, Associate
Elizabeth McDonough Noonan, Partner
Eileen F. Paolino, Librarian
Patricia K. Rocha, Partner, Chair of Litigation Department

11. Attached hereto as Exhibit B is "Fee Billing Realization" which shows the number of base hours billed and value billed.

12. Thus, as of November 14, 2006, Defendants have incurred attorneys' fees in the total amount of $115,632.50 related to the District Court Action. *See* Exhibit C attached hereto. The City has paid AP&S for all attorneys' fees except those invoiced on October 16, 2006 and November 14, 2006 ($2,975.00 and $22,948.59, respectively). *See* Exhibit D attached hereto.

13. It is my understanding that the hourly rate charged by AP&S is consistent with the range of fees customarily charged by counsel in this locality in like cases.

14. The Plaintiffs in this case claimed they suffered millions of dollars in damages. Defendants successfully defeated all of Plaintiffs' claims in the District Court action, resulting in no monetary damages to Plaintiffs.

**SUMMARY OF ATTORNEYS' FEES**

15. As of October 31, 2006, the City seeks attorneys' fees for time spent by AP&S in the amount of $115,684.88.

Elizabeth M Noonan

Elizabeth McDonough Noonan

State of Rhode Island
County of Providence

Subscribed and sworn to before me at Providence this 15 th day of November, 2006.

Debra A [illegible]

Notary Public
My Commission Expires: 11/23/09

**CERTIFICATION OF SERVICE**

I hereby certify that a true copy of the within document has been filed electronically on this 15th day of November, 2006 and is available for viewing and downloading from the ECF system.

Marc DeSisto, Esq.
Michael DeSisto, Esq.
206 Angell Street
Providence, RI 02903

Leon A. Blais, Esq.
Sara M. Quinn, Esq.
Cabot Business Park
20 Cabot Boulevard
Mansfield, MA 02048

/s/ Elizabeth McDonough Noonan

*399590_1.doc*

# EXHIBIT A

ADLER POLLOCK & SHEEHAN P.C.

Adler Pollock & Sheehan P.C.
2300 Financial Plaza
Providence, RI 02903
Telephone (401) 274-7200
Fax (401) 751-0604

175 Federal Street
Boston, MA 02110
Telephone (617) 482-0699
Fax (617) 482-0604

EI # 05-0343749

City of Central Falls and Mayor Charles D. Moreau
The Honorable Charles D. Moreau
Mayor of Central Falls
PERSONAL & CONFIDENTIAL
580 Broad Street
Central Falls, RI 02863

| | |
|---|---|
| Invoice Date: | May 26, 2004 |
| Invoice Number: | 301777 |
| Client Number: | 400034 |

**002 Police Chief Thomas Wilson**

| | |
|---|---|
| Current Fees | $ 7,351.25 |
| Current Disbursements | 0.00 |
| Total | 7,351.25 |

Please remit this page with your payment to:

Adler Pollock & Sheehan P.C.
2300 Financial Plaza
Providence, RI 02903-2443

Amount Enclosed ____________

*Invoices are Payable Upon Receipt*

ADLER POLLOCK & SHEEHAN P.C.

Adler Pollock & Sheehan P.C.
2300 Financial Plaza
Providence, RI 02903
Telephone (401) 274-7200
Fax (401) 751-0604

175 Federal Street
Boston, MA 02110
Telephone (617) 482-0699
Fax (617) 482-0604

EI # 05-0343749

City of Central Falls and Mayor Charles D. Moreau
The Honorable Charles D. Moreau
Mayor of Central Falls
PERSONAL & CONFIDENTIAL
580 Broad Street
Central Falls, RI 02863

| | |
|---|---|
| Invoice Date: | May 26, 2004 |
| Invoice Number: | 301777 |
| Client Number: | 400034 |

For Professional Services Rendered:

**002 - Police Chief Thomas Wilson**

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 04/16/04 | Noonan, E M | Review Charter and Ordinance provisions. | 0.25 | $ 75.00 |
| 04/20/04 | Noonan, E M | Meeting with Mayor Moreau, Attorney J. Gannon and Personnel Director (M. Joyce) re: Chief Wilson; review of file; correspondence to opposing counsel (L. Blais and S. Quinn). | 2.50 | 750.00 |
| 04/22/04 | Noonan, E M | Revise correspondence to opposing counsel; review correspondence from City Personnel Director (M. Joyce) re: claim for inclusion by Police Chief Wilson; attention to strategy. | 0.75 | 225.00 |
| 04/23/04 | Noonan, E M | Review claim filed with City Council re: damages for Police Chief Wilson and others; conference with Attorney M. DeSisto re: status of federal court litigation; conference with disciplinary counsel re: pro hac vice status of Attorney Blais. | 0.75 | 225.00 |
| 04/26/04 | Noonan, E M | Review of correspondence from Attorney L. Blais; conference with City Personnel Director (M. Joyce) re: same; draft response correspondence. | 0.50 | 150.00 |
| 04/27/04 | Noonan, E M | Attention to Temporary Restraining | 1.50 | 450.00 |

AP&S | ADLER POLLOCK & SHEEHAN P.C.



| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| | | Order filed by Attorney L. Blais; conference with client (M. Joyce) re: procedure; review of documents forwarded by M. Joyce; attention to entry of default. | | |
| 04/28/04 | Berryman, E E | Conference with firm attorney (E. Noonan) re documents needed at Federal Court; Attention to docket; Cross-reference with pleadings; Travel to Federal Court re obtaining pleadings; Conference with court clerk Frank McCabe re file; Attention to Temporary Restraining Order; Further conference with firm attorney (E. Noonan) re file; Attention to documents re default documents. | 1.25 | 175.00 |
| 04/28/04 | Chittick, M D | Conference/meetings with firm attorneys (R. P. Brooks and E. M. Noonan) re legal issues concerning Police Chief's action against Mayor; Review pleadings, affidavits and other documentation re case. | 1.75 | 393.75 |
| 04/29/04 | Noonan, E M | Meeting with Client (Mayor Moreau), Personnel Director (M. Joyce) and City solicitor (J. Gannon) re: status of litigation and Police Chief Wilson; review correspondence from City Solicitor re: coverage issues. | 2.75 | 825.00 |
| 04/29/04 | Chittick, M D | Draft Motion to Set Aside Entry of Default; review Federal Court Rules of Civil Procedure re same; Conduct legal research re same; Draft Memorandum of Law in Support of same; Conferences with firm attorneys (E. Noonan and R. Brooks) re same and re Objection to Plaintiff's Motion for a Temporary Restraining Order; Draft Objection to Temporary Restraining Order; Conduct legal research and review relevant case law, statutes and charter provisions re issues raised in Motion for Temporary Restraining Order; Begin drafting Memorandum of Law in Support of Objection to Plaintiff's Motion for a Temporary Restraining Order. | 8.00 | 1,800.00 |
| 04/30/04 | Berryman, E E | Conference with firm attorney (M. Chittick) re documents needed; | 0.50 | 70.00 |

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| | | Attention to pleadings and duplicate documents needed. | | |
| 04/30/04 | Noonan, E M | Review correspondence form Attorney L. Blais; attention to strategy and draft response to same; conference with Attorney L. Blais; prepare for meeting with City Solicitor re: recent investigation; conference with Attorney General's office re: status of Attorney General's investigation; conferences with Attorney L. Blais re: Chief Wilson and T. Shanahan; conference with client (S. Salisbury) re: vacation pay for T. Shanahan. | 3.25 | 975.00 |
| 04/30/04 | Chittick, M D | Conferences/meetings with firm attorneys (R. P. Brooks and E. M. Noonan) re legal issues concerning dispute with Chief of Police; Review Complaint, Stipulation and other documentation concerning Police Chief's federal court action against Mayor; Review correspondence from opposing attorney (L. Blais) re alleged violations by Mayor concerning library investigation; Draft correspondence to L. Blais re same; Draft Memorandum of Law in Support of Objection to Temporary Restraining Order; Conduct legal research re police department chain of command and supervisory authority. | 5.50 | 1,237.50 |
| Total Professional Services | | | 29.25 | $ 7,351.25 |

| Timekeeper Summary | Hours | Rate | Total |
|---|---|---|---|
| Noonan, E M | 12.25 | $ 300 | $ 3,675.00 |
| Chittick, M D | 15.25 | 225 | 3,431.25 |
| Berryman, E E | 1.75 | 140 | 245.00 |
| Total Professional Services | 29.25 | | $ 7,351.25 |

Total Professional Services and Disbursements for this Matter $ 7,351.25

ADLER POLLOCK & SHEEHAN P.C.

Adler Pollock & Sheehan P.C.
2300 Financial Plaza
Providence, RI 02903
Telephone (401) 274-7200
Fax (401) 751-0604

175 Federal Street
Boston, MA 02110
Telephone (617) 482-0699
Fax (617) 482-0604

EI # 05-0343749

City of Central Falls and Mayor Charles D. Moreau
The Honorable Charles D. Moreau
Mayor of Central Falls
PERSONAL & CONFIDENTIAL
580 Broad Street
Central Falls, RI 02863

| | |
|---|---|
| Invoice Date: | June 9, 2004 |
| Invoice Number: | 301977 |
| Client Number: | 400034 |

**002 Police Chief Thomas Wilson**

| | |
|---|---|
| Current Fees | $ 12,025.00 |
| Current Disbursements | 1,906.77 |
| Total | 13,931.77 |

Please remit this page with your payment to:

Adler Pollock & Sheehan P.C.
2300 Financial Plaza
Providence, RI 02903-2443

Amount Enclosed ____________

*Invoices are Payable Upon Receipt*

ADLER POLLOCK & SHEEHAN P.C.

Adler Pollock & Sheehan P.C.
2300 Financial Plaza
Providence, RI 02903
Telephone (401) 274-7200
Fax (401) 751-0604

175 Federal Street
Boston, MA 02110
Telephone (617) 482-0699
Fax (617) 482-0604

EI # 05-0343749

City of Central Falls and Mayor Charles D. Moreau
The Honorable Charles D. Moreau
Mayor of Central Falls
PERSONAL & CONFIDENTIAL
580 Broad Street
Central Falls, RI 02863

| | |
|---|---|
| Invoice Date: | June 9, 2004 |
| Invoice Number: | 301977 |
| Client Number: | 400034 |

For Professional Services Rendered:

**002 - Police Chief Thomas Wilson**

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 05/03/04 | Noonan, E M | Attention to open records issue and conference with Attorney R. Cooney re; same; review contract agreement and address personnel policies; attention to policy re: T. Shanahan; conference with Attorney General's office (G. Coyne) City Solicitor (J. Gannon) re: status. | 2.50 | $ 750.00 |
| 05/03/04 | Chittick, M D | Conferences with firm attorney (E. M. Noonan) re legal issues concerning public records request and other issues re Chief of Police's dispute with Mayor; Review documentation re public records request. | 0.75 | 168.75 |
| 05/04/04 | Noonan, E M | Conference with G. Coyne and Assistant City Solicitor re: investigation; conference with Personnel Director re: status of show cause; conference with City Solicitor re: response to records request; review Motion to Set Aside Entry of Default and Objection to Temporary Restraining Order; correspondence to Attorney L. Blais re: T. Wilson and T. Shanahan accrued vacation; conferences with City Officials re: Adams Library. | 3.50 | 1,050.00 |

AP&S | ADLER POLLOCK & SHEEHAN P.C.



| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 05/04/04 | Chittick, M D | Revisions and attention to Motion to Set Aside Entry of Default and Memorandum of Law in Support of same; Conferences with firm attorney (E. M. Noonan) re same, re public records request, and re status of court proceedings; Revisions to Objection to Plaintiff's Motion for a Temporary Restraining Order and Memorandum of Law in Support of same. | 1.50 | 337.50 |
| 05/05/04 | Noonan, E M | Review Police packet; review correspondence to Chief Wilson; finalize Objection to Motion for Temporary Restraining Order. | 1.00 | 300.00 |
| 05/05/04 | Chittick, M D | Meetings and conferences with firm attorneys (E. M. Noonan and R. P. Brooks) re objection to temporary restraining order and possible termination of Chief of Police's employment; Draft/supplement/revise Memorandum of Law in Support of Objection to Plaintiff's Application for a Temporary Restraining Order; Attention to filing and serving pleadings; Draft/supplement/revise letter to Chief of Police informing him of contemplated termination of his employment. | 4.75 | 1,068.75 |
| 05/06/04 | Noonan, E M | Review correspondence re: Chief Wilson; conferences with Attorney J. Gannon re: various matters; review of correspondence from Attorney L. Blais re: T. Shanahan; multiple conferences with clients (M. Joyce and S. Salisbury) re: status. | 2.00 | 600.00 |
| 05/06/04 | Chittick, M D | Conferences with firm attorneys (E. M. Noonan and R. P. Brooks) re employment status of Police Chief; Final revisions to correspondence to Police Chief re same. | 0.75 | 168.75 |
| 05/07/04 | Noonan, E M | Prepare for and attend Court hearing on emergency Temporary Restraining Order; conferences with City Solicitor (J. Gannon) re: status; review case law re: pre-termination opportunity to be heard; review correspondence from Fraternal Order of Police. | 3.50 | 1,050.00 |

AP&S | ADLER POLLOCK & SHEEHAN P.C.



| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 05/07/04 | Chittick, M D | Conferences with firm attorneys (R. P. Brooks and E. M. Noonan) re Plaintiff's Request for Emergency Temporary Restraining Order; Conduct legal research and review caselaw re pre-deprivation notice and hearing requirements; Prepare for and attend hearing on Plaintiff's Request for Emergency Temporary Restraining Order at Rhode Island federal district court. | 3.25 | 731.25 |
| 05/10/04 | Noonan, E M | Conference with client (J. Gannon); review of Temporary Restraining Order; review new Emergency Motion; correspondence to client (J. Gannon) re: same. | 1.25 | 375.00 |
| 05/11/04 | Noonan, E M | Attention to upcoming conferences with clients (Mayor Moreau, J. Gannon, M. Joyce) and media; review of Objection to request for relief; review of transcript and letter to State Police; draft Affidavits for clients (Mayor Moreau and W. Benson). | 3.50 | 1,050.00 |
| 05/11/04 | Chittick, M D | Review Plaintiff's Motion and Memorandum of Law re request for further emergency relief from Rhode Island federal district court re suspension; Review related correspondence and other documentation re same; Draft Objection and Memorandum of Law in Opposition to Plaintiff's Requested Relief; Conduct legal research and review caselaw re pre-suspension due process procedures; Various conferences with firm attorney (E. M. Noonan) re same and re upcoming Court Conference. | 6.00 | 1,350.00 |
| 05/12/04 | Noonan, E M | Attention to upcoming conference with court; revisions to Affidavits; preparing for argument; review pleadings re: withdrawal of request for injunctive relief; conferences with clients (M. Joyce and J. Gannon) re: status; review Chief Wilson's resignation letter; various conferences with press; conference with Attorney D. Carrillo re: Motion to Withdraw. | 3.50 | 1,050.00 |

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 05/12/04 | Chittick, M D | Review pleadings in preparation for Chambers Conference with Judge Lagueux at Rhode Island federal district court; Revisions to Memorandum of Law in Opposition to Plaintiff's request for further emergency relief; Reviews to Affidavits of witnesses; Conferences with firm attorney (E. M. Noonan) re same and re Chambers Conference; Review Motion of Plaintiff to withdraw request for emergency relief; Review Plaintiff's resignation letter; Draft Request for Leave from Court to withdraw appearance of co-counsel; Review Local Court Rules re same; Conference with firm attorney (E. M. Noonan) re same. | 2.75 | 618.75 |
| 05/13/04 | Noonan, E M | Review Rule 3.6 pertaining to trial publicity; conference with firm attorney (S. T. Dowling) re: same; conference with client (J. Gannon); review Motion to Withdraw; correspondence to Attorney D. Carrillo. | 1.00 | 300.00 |
| 05/13/04 | Dowling, S T | Legal research re Rule 3.6; Meeting with firm attorney (E. M. Noonan) re same. | 1.00 | 325.00 |
| 05/14/04 | Chittick, M D | Review Court Order dismissing plaintiff's request for emergency relief. | 0.25 | 56.25 |
| 05/18/04 | Noonan, E M | Conference with Attorney M. DeSisto re: removal of entry of default; attention to Motion to Dismiss. | 0.25 | 75.00 |
| 05/18/04 | Chittick, M D | Review e-mail from firm attorney (E. M. Noonan) re possible motion to dismiss; Attention to case; Review Complaint; Draft e-mail memorandum to firm attorney (E. M. Noonan) re possible motion to dismiss. | 1.50 | 337.50 |
| 05/19/04 | Noonan, E M | Attention to request for withdrawal of Attorney D. Carrillo and Objection to Motion to Set Aside Default; correspondence to City Solicitor re: same. | 0.50 | 150.00 |
| 05/20/04 | Chittick, M D | Review plaintiff's objection to motion to set aside entry of default and memorandum of law in support of | 0.50 | 112.50 |

APQS | ADLER POLLOCK & SHEEHAN P.C.

Bill Number: 301977
Bill Date: 06/09/04


| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| | | same. | | |
| Total Professional Services | | | 45.50 | $ 12,025.00 |

| **Disbursements** | | **Total** |
|---|---|---|
| 05/11/04 | Deposition/Transcript Costs | 61.60 |
| | Legal Data Base Research | 1,845.17 |
| Total Disbursements | | $ 1,906.77 |

| **Timekeeper Summary** | **Hours** | **Rate** | **Total** |
|---|---|---|---|
| Dowling, S T | 1.00 | $ 325 | $ 325.00 |
| Noonan, E M | 22.50 | 300 | 6,750.00 |
| Chittick, M D | 22.00 | 225 | 4,950.00 |
| Total Professional Services | 45.50 | | $ 12,025.00 |

| | |
|---|---|
| Total Professional Services and Disbursements for this Matter | $ 13,931.77 |

ADLER POLLOCK & SHEEHAN P.C.

Adler Pollock & Sheehan P.C.
2300 Financial Plaza
Providence, RI 02903
Telephone (401) 274-7200
Fax (401) 751-0604

175 Federal Street
Boston, MA 02110
Telephone (617) 482-0699
Fax (617) 482-0604

EI # 05-0343749

City of Central Falls and Mayor Charles D. Moreau
The Honorable Charles D. Moreau
Mayor of Central Falls
PERSONAL & CONFIDENTIAL
580 Broad Street
Central Falls, RI 02863

| | |
|---|---|
| Invoice Date: | July 14, 2004 |
| Invoice Number: | 303369 |
| Client Number: | 400034 |

**002 Police Chief Thomas Wilson**

| | |
|---|---|
| Current Fees | $ 6,812.50 |
| Current Disbursements | 981.86 |
| Total | 7,794.36 |

Please remit this page with your payment to:

Adler Pollock & Sheehan P.C.
2300 Financial Plaza
Providence, RI 02903-2443

Amount Enclosed ____________

*Invoices are Payable Upon Receipt*

ADLER POLLOCK & SHEEHAN P.C.

Adler Pollock & Sheehan P.C.
2300 Financial Plaza
Providence, RI 02903
Telephone (401) 274-7200
Fax (401) 751-0604

175 Federal Street
Boston, MA 02110
Telephone (617) 482-0699
Fax (617) 482-0604

EI # 05-0343749

City of Central Falls and Mayor Charles D. Moreau
The Honorable Charles D. Moreau
Mayor of Central Falls
PERSONAL & CONFIDENTIAL
580 Broad Street
Central Falls, RI 02863

| | |
|---|---|
| Invoice Date: | July 14, 2004 |
| Invoice Number: | 303369 |
| Client Number: | 400034 |

For Professional Services Rendered:

**002 - Police Chief Thomas Wilson**

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 04/19/04 | Chittick, M D | Conference with firm attorneys (E. M. Noonan and R. P. Brooks) re wage and hour record-keeping issues; Conduct legal research re same; Conference with firm attorney (E. M. Noonan) re research findings. | 0.75 | $ 168.75 |
| 06/08/04 | Noonan, E M | Review of First Amended Complaint; conference with City Solicitor re: same. | 1.00 | 300.00 |
| 06/09/04 | Chittick, M D | Review Amended Complaint. | 0.75 | 168.75 |
| 06/10/04 | Noonan, E M | Conferences with City Solicitor (J. Gannnon) re: pending litigation, notice to Trust and response to same. | 0.75 | 225.00 |
| 06/14/04 | Noonan, E M | Prepare for meeting with client, including detailed review of Complaint. | 1.00 | 300.00 |
| 06/15/04 | Noonan, E M | Conference with Attorney M. Horan re: representation of R. Bessette; preparation for and attendance at meeting with clients. | 2.00 | 600.00 |
| 06/15/04 | Rocha, P K | Review First Amended Complaint and Jury Trial Demand. | 1.00 | 350.00 |
| 06/16/04 | Noonan, E M | Attention to response to Complaint; | 1.50 | 450.00 |

AP&S | ADLER POLLOCK & SHEEHAN P.C.

Bill Number: 303369
Bill Date: 07/14/04
Page 2

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| | | research re: effect of amended pleadings; draft Answer to Complaint. | | |
| 06/16/04 | Chittick, M D | Legal research and review caselaw re effect of Amended Complaint on prior Entry of Default. | 1.75 | 393.75 |
| 06/16/04 | Rocha, P K | Attention to strategy re responding to Amended Complaint. | 0.25 | 87.50 |
| 06/20/04 | Noonan, E M | Draft Answer to Complaint; review limitations period for responding to Complaint. | 2.00 | 600.00 |
| 06/21/04 | Chittick, M D | Conference with firm attorney (E. M. Noonan) re research issues and Answer to Amended Complaint; Draft memorandum to firm attorney (E. M. Noonan) re suggested affirmative defenses to amended complaint. | 1.00 | 225.00 |
| 06/22/04 | Noonan, E M | Attention to Answer to Complaint; review correspondence from Attorney General's office re: records request. | 3.00 | 900.00 |
| 06/23/04 | Noonan, E M | Attention to Answer; conference with City Solicitor (J. Gannon) re: same; review of issues pertaining to pleading; review Department of Labor and Training Unemployment Benefits Appeal information; conference with Attorney M. Horan and Attorney M. DeSisto's office re: Answers. | 1.50 | 450.00 |
| 06/23/04 | Chittick, M D | Review, revise, and supplement Answer to Amended Complaint. | 0.75 | 168.75 |
| 06/24/04 | Noonan, E M | Finalize Answer to Complaint; conferences with Attorney J. Gannon; conference and correspondence with Attorney K. Daniels; draft additional affirmative defenses re: defamation and punitive damages; correspondence to all attorneys transmitting final Answer. | 4.50 | 1,350.00 |
| 06/30/04 | Noonan, E M | Attention to notice of hearing; correspondence to client re: same. | 0.25 | 75.00 |
| Total Professional Services | | | 23.75 | $ 6,812.50 |

AP&S | ADLER POLLOCK & SHEEHAN P.C.



| **Disbursements** | **Total** |
|---|---|
| Legal Data Base Research | 981.86 |
| Total Disbursements | $ 981.86 |

| **Timekeeper Summary** | **Hours** | **Rate** | **Total** |
|---|---|---|---|
| Noonan, E M | 17.50 | $ 300 | $ 5,250.00 |
| Rocha, P K | 1.25 | 350 | 437.50 |
| Chittick, M D | 5.00 | 225 | 1,125.00 |
| Total Professional Services | 23.75 | | $ 6,812.50 |

| | |
|---|---|
| Total Professional Services and Disbursements for this Matter | $ 7,794.36 |

ADLER POLLOCK & SHEEHAN P.C.

Adler Pollock & Sheehan P.C.
2300 Financial Plaza
Providence, RI 02903
Telephone (401) 274-7200
Fax (401) 751-0604

175 Federal Street
Boston, MA 02110
Telephone (617) 482-0699
Fax (617) 482-0604

EI # 05-0343749

City of Central Falls and Mayor Charles D. Moreau
The Honorable Charles D. Moreau
Mayor of Central Falls
PERSONAL & CONFIDENTIAL
580 Broad Street
Central Falls, RI 02863

| | |
|---|---|
| Invoice Date: | August 13, 2004 |
| Invoice Number: | 304048 |
| Client Number: | 400034 |

**002 Police Chief Thomas Wilson**

| | |
|---|---|
| Current Fees | $ 2,231.25 |
| Current Disbursements | 1,080.47 |
| Total | 3,311.72 |

Please remit this page with your payment to:

Adler Pollock & Sheehan P.C.
2300 Financial Plaza
Providence, RI 02903-2443

Amount Enclosed ____________

*Invoices are Payable Upon Receipt*

ADLER POLLOCK & SHEEHAN P.C.

Adler Pollock & Sheehan P.C.
2300 Financial Plaza
Providence, RI 02903
Telephone (401) 274-7200
Fax (401) 751-0604

175 Federal Street
Boston, MA 02110
Telephone (617) 482-0699
Fax (617) 482-0604

EI # 05-0343749

City of Central Falls and Mayor Charles D. Moreau
The Honorable Charles D. Moreau
Mayor of Central Falls
PERSONAL & CONFIDENTIAL
580 Broad Street
Central Falls, RI 02863

Invoice Date: August 13, 2004
Invoice Number: 304048
Client Number: 400034

For Professional Services Rendered:

**002 - Police Chief Thomas Wilson**

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 07/22/04 | Noonan, E M | Prepare for and attend meeting to discuss strategy for discovery and dispositive motions. | 1.50 | $ 450.00 |
| 07/22/04 | Chittick, M D | Prepare for and attend meeting with firm attorney (E. M. Noonan) and other co-counsel re litigation strategy. | 1.50 | 337.50 |
| 07/28/04 | Noonan, E M | Attention to 26(f) conference; review of Motion to Strike; correspondence to client re: same. | 0.75 | 225.00 |
| 07/28/04 | Chittick, M D | Conference with firm attorney (E. M. Noonan) re Plaintiff Wilson's Motion to Strike Answer; Reviw Motion to Strike and supporting Memorandum of Law; Draft Objection to Motion to Strike and memorandum of law in support of objection. | 3.00 | 675.00 |
| 07/29/04 | Noonan, E M | Review and revise Objection to Motion to Strike. | 0.50 | 150.00 |
| 07/29/04 | Chittick, M D | Draft/revise Memorandum of Law in Opposition to Plaintiff Wilson's Motion to Strike. | 0.75 | 168.75 |
| 07/30/04 | Noonan, E M | Attention to 26(f) response to Attorney L. Blais; conferences with Attorney M. Horan and T. Tarro re: same. | 0.75 | 225.00 |

AP&S | ADLER POLLOCK & SHEEHAN P.C.

Bill Number: 304048
Bill Date: 08/13/04


| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| Total Professional Services | | | 8.75 | $ 2,231.25 |

| Disbursements | Total |
|---|---|
| Legal Data Base Research | 1,080.47 |
| Total Disbursements | $ 1,080.47 |

| Timekeeper Summary | Hours | Rate | Total |
|---|---|---|---|
| Noonan, E M | 3.50 | $ 300 | $ 1,050.00 |
| Chittick, M D | 5.25 | 225 | 1,181.25 |
| Total Professional Services | 8.75 | | $ 2,231.25 |

Total Professional Services and Disbursements for this Matter $ 3,311.72

ADLER POLLOCK & SHEEHAN P.C.

Adler Pollock & Sheehan P.C.
2300 Financial Plaza
Providence, RI 02903
Telephone (401) 274-7200
Fax (401) 751-0604

175 Federal Street
Boston, MA 02110
Telephone (617) 482-0600
Fax (617) 482-0604

EI # 05-0343749

City of Central Falls and Mayor Charles D. Moreau
The Honorable Charles D. Moreau
Mayor of Central Falls
PERSONAL & CONFIDENTIAL
580 Broad Street
Central Falls, RI 02863

| | |
|---|---|
| Invoice Date: | September 8, 2004 |
| Invoice Number: | 304740 |
| Client Number: | 400034 |

**002 Police Chief Thomas Wilson**

| | |
|---|---|
| Current Fees | $ 1,893.75 |
| Current Disbursements | 0.00 |
| Total | 1,893.75 |

Please remit this page with your payment to:

Adler Pollock & Sheehan P.C.
2300 Financial Plaza
Providence, RI 02903-2443

Amount Enclosed ____________

*Invoices are Payable Upon Receipt*

ADLER POLLOCK & SHEEHAN P.C.

Adler Pollock & Sheehan P.C.
2300 Financial Plaza
Providence, RI 02903
Telephone (401) 274-7200
Fax (401) 751-0604

175 Federal Street
Boston, MA 02110
Telephone (617) 482-0699
Fax (617) 482-0604

EI # 05-0343749

City of Central Falls and Mayor Charles D. Moreau
The Honorable Charles D. Moreau
Mayor of Central Falls
PERSONAL & CONFIDENTIAL
580 Broad Street
Central Falls, RI 02863

| | |
|---|---|
| Invoice Date: | September 8, 2004 |
| Invoice Number: | 304740 |
| Client Number: | 400034 |

For Professional Services Rendered:

**002 - Police Chief Thomas Wilson**

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 08/02/04 | Noonan, E M | Review amended discovery Order from Attorney L. Blais; revise same; correspondence to counsel re: proposed revisions; correspondence to L. Blais re: Objection to existing Order. | 0.50 | $ 150.00 |
| 08/03/04 | Noonan, E M | Review Objection to Motion to Strike; voice-mail to City Solicitor re: same; conference with Attorney T. Tarro; review of correspondence of Attorney M. Horan re: discovery order changes; correspondence to Attorney L. Blais re: same. | 1.25 | 375.00 |
| 08/03/04 | Chittick, M D | Supplement/revise Memorandum of Law in Support of Objection to Motion to Strike. | 0.75 | 168.75 |
| 08/05/04 | Noonan, E M | Finalize Objection to Motion to Strike. | 0.25 | 75.00 |
| 08/06/04 | Noonan, E M | Attention to open records issue; attention to fax from client (S. Salisbury). | 0.25 | 75.00 |
| 08/10/04 | Noonan, E M | Attention to Amended Notice re: hearing on Motion to Vacate and Motion to Strike; correspondence to client re: same; review correspondence from J. Kuzmiski to | 0.50 | 150.00 |

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| | | T. Shannahan re: open records. | | |
| 08/11/04 | Noonan, E M | Attention to Request for Production of Documents; correspondence to Attorney J. Gannon re: same; correspondence to Attorney M. DeSisto re: coverage issues. | 0.75 | 225.00 |
| 08/16/04 | Chittick, M D | Review Plaintiffs' First Request for Production of Documents. | 0.50 | 112.50 |
| 08/19/04 | Chittick, M D | Review Decision of Referee in unemployment benefits case; Review City's appeal to full Board of Review; Conference with client representative (S. Salisbury) re procedures concerning appeal and payment of benefits. | 0.50 | 112.50 |
| 08/22/04 | Noonan, E M | Review of appeal of unemployment decisions; review of correspondence from Attorney L. Blais to Judge Lagueux re: continuation of hearing; review of assented to discovery plan. | 0.50 | 150.00 |
| 08/23/04 | Noonan, E M | Conference with clients (R. Cooney and S. Salisbury) re: discovery and unemployment claim; conference with Attorney M. Horan re: Bessette discovery responses. | 0.50 | 150.00 |
| 08/24/04 | Noonan, E M | Voice-mail with Attorney L. Blais re: possessions of plaintiff at library; review of correspondence to Judge Lagueux re: rescheduling of hearing. | 0.25 | 75.00 |
| 08/30/04 | Noonan, E M | Conference with Attorney M. DeSisto re: status of Motion for Summary Judgment and research re: computer crimes. | 0.25 | 75.00 |
| Total Professional Services | | | 6.75 | $ 1,893.75 |

| Timekeeper Summary | Hours | Rate | Total |
|---|---|---|---|
| Noonan, E M | 5.00 | $ 300 | $ 1,500.00 |
| Chittick, M D | 1.75 | 225 | 393.75 |
| Total Professional Services | 6.75 | | $ 1,893.75 |

APQS | ADLER POLLOCK & SHEEHAN P.C.



| | |
|---|---|
| Total Professional Services and Disbursements for this Matter | $ 1,893.75 |

ADLER POLLOCK & SHEEHAN P.C.

Adler Pollock & Sheehan P.C.
2300 Financial Plaza
Providence, RI 02903
Telephone (401) 274-7200
Fax (401) 751-0604

175 Federal Street
Boston, MA 02110
Telephone (617) 482-0600
Fax (617) 482-0604

EI # 05-0343749

City of Central Falls and Mayor Charles D. Moreau
The Honorable Charles D. Moreau
Mayor of Central Falls
PERSONAL & CONFIDENTIAL
580 Broad Street
Central Falls, RI 02863

| | |
|---|---|
| Invoice Date: | October 18, 2004 |
| Invoice Number: | 306434 |
| Client Number: | 400034 |

**002 Police Chief Thomas Wilson**

| | |
|---|---|
| Current Fees | $ 2,975.00 |
| Current Disbursements | 14.00 |
| Total | 2,989.00 |

Please remit this page with your payment to:

Adler Pollock & Sheehan P.C.
2300 Financial Plaza
Providence, RI 02903-2443

Amount Enclosed ______________

*Invoices are Payable Upon Receipt*

ADLER POLLOCK & SHEEHAN P.C.

Adler Pollock & Sheehan P.C.
2300 Financial Plaza
Providence, RI 02903
Telephone (401) 274-7200
Fax (401) 751-0604

175 Federal Street
Boston, MA 02110
Telephone (617) 482-0699
Fax (617) 482-0604

EI # 05-0343749

City of Central Falls and Mayor Charles D. Moreau
The Honorable Charles D. Moreau
Mayor of Central Falls
PERSONAL & CONFIDENTIAL
580 Broad Street
Central Falls, RI 02863

| | |
|---|---|
| Invoice Date: | October 18, 2004 |
| Invoice Number: | 306434 |
| Client Number: | 400034 |

For Professional Services Rendered:

**002 - Police Chief Thomas Wilson**

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 09/08/04 | Noonan, E M | Attention to extension of discovery deadlines; e-mail with Attorney L. Blais; review of items from library. | 0.50 | $ 150.00 |
| 09/08/04 | Chittick, M D | Review e-mail correspondence re discovery issues; Attention to preparing Stipulation re same. | 0.25 | 56.25 |
| 09/09/04 | Chittick, M D | Review pleadings; Draft/prepare Stipulation re Plaintiffs' First Omnibus Request for Production of Documents; Telephone calls to co-counsel (T. Tarro) and opposing counsel (S. Quinn and L. Blais) re Stipulation; Draft e-mail correspondence to L. Blais re Stipulation; Draft correspondence to S. Quinn re Stipulation; Attention to execution of Stipulation. | 1.00 | 225.00 |
| 09/15/04 | Noonan, E M | Attention to Entry of Appearance filed by Attorney M. DeSisto; correspondence to City Solicitor (J. Gannon) re: same; e-mail to opposing counsel (L. Blais) re: D. Twohig personal property. | 0.25 | 75.00 |
| 09/15/04 | Chittick, M D | Review Entry of Appearance of co-counsel (M. DeSisto). | 0.25 | 56.25 |

AP&S | ADLER POLLOCK & SHEEHAN P.C.

Bill Number: 306434
Bill Date: 10/18/04
Page 2

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 09/22/04 | Chittick, M D | Conduct legal research and review Amended Complaint, relevant statutes, and caselaw re computer fraud claims. | 2.00 | 450.00 |
| 09/23/04 | Chittick, M D | Conduct legal research and review case law and legal treatise regarding legal elements/requirements for claim of computer fraud. | 1.75 | 393.75 |
| 09/27/04 | Noonan, E M | Prepare for upcoming hearing on Motion to Vacate Default; conference with Attorney M. Horan re: same; correspondence to client re: settlement meeting. | 1.00 | 300.00 |
| 09/27/04 | Chittick, M D | Review correspondence from opposing attorney (L. Blais) re discovery issues and settlement conference. | 0.25 | 56.25 |
| 09/28/04 | Paolino, E F | Check cites and provide copies of opinions cited in memoranda. | 0.50 | 50.00 |
| 09/28/04 | Noonan, E M | Prepare for and attend hearing on Motion to Vacate Default and Motion to Strike Answer; prepare Order re: same. | 3.50 | 1,050.00 |
| 09/28/04 | Chittick, M D | Conferences with firm attorney (E. M. Noonan) re federal district court hearing on Motion to Vacate Default, legal issues re computer fraud claims and legal issues re unemployment benefits case. | 0.25 | 56.25 |
| 09/29/04 | Chittick, M D | Attention to unemployment benefits case; Telephone call to J. Gannon re same. | 0.25 | 56.25 |
| Total Professional Services | | | 11.75 | $ 2,975.00 |

| Disbursements | | Total |
|---|---|---|
| 09/24/04 | Messenger Services | 14.00 |
| Total Disbursements | | $ 14.00 |

AP&S | ADLER POLLOCK & SHEEHAN P.C.



| Timekeeper Summary | Hours | Rate | Total |
|---|---|---|---|
| Noonan, E M | 5.25 | $ 300 | $ 1,575.00 |
| Chittick, M D | 6.00 | 225 | 1,350.00 |
| Paolino, E F | 0.50 | 100 | 50.00 |
| Total Professional Services | 11.75 | | $ 2,975.00 |

Total Professional Services and Disbursements for this Matter $ 2,989.00

ADLER POLLOCK & SHEEHAN P.C.

Adler Pollock & Sheehan P.C.
2300 Financial Plaza
Providence, RI 02903
Telephone (401) 274-7200
Fax (401) 751-0604

175 Federal Street
Boston, MA 02110
Telephone (617) 482-0600
Fax (617) 482-0604

EI # 05-0343749

City of Central Falls and Mayor Charles D. Moreau
The Honorable Charles D. Moreau
Mayor of Central Falls
PERSONAL & CONFIDENTIAL
580 Broad Street
Central Falls, RI 02863

| | |
|---|---|
| Invoice Date: | November 8, 2004 |
| Invoice Number: | 307061 |
| Client Number: | 400034 |

**002 Police Chief Thomas Wilson**

| | |
|---|---|
| Current Fees | $ 9,475.00 |
| Current Disbursements | 354.72 |
| Total | 9,829.72 |
| Previous Balance (see attached statement) | 8,194.47 |
| Total Amount Due | $ 18,024.19 |

Please remit this page with your payment to:

Adler Pollock & Sheehan P.C.
2300 Financial Plaza
Providence, RI 02903-2443

Amount Enclosed ______________

*Invoices are Payable Upon Receipt*

ADLER POLLOCK & SHEEHAN P.C.

Adler Pollock & Sheehan P.C.
2300 Financial Plaza
Providence, RI 02903
Telephone (401) 274-7200
Fax (401) 751-0604

175 Federal Street
Boston, MA 02110
Telephone (617) 482-0600
Fax (617) 482-0604

EI # 05-0343749

City of Central Falls and Mayor Charles D. Moreau
The Honorable Charles D. Moreau
Mayor of Central Falls
PERSONAL & CONFIDENTIAL
580 Broad Street
Central Falls, RI 02863

| | |
|---|---|
| Invoice Date: | November 8, 2004 |
| Invoice Number: | 307061 |
| Client Number: | 400034 |

## Statement of Account

**002 Police Chief Thomas Wilson**

Our records indicate that the following invoice(s) are outstanding as of November 8, 2004.

| Invoice Number | Invoice Date | Original Amount | Credits | Balance Due |
|---|---|---|---|---|
| 304048 | 08/13/04 | 3,311.72 | 0.00 | 3,311.72 |
| 304740 | 09/08/04 | 1,893.75 | 0.00 | 1,893.75 |
| 306434 | 10/18/04 | 2,989.00 | 0.00 | 2,989.00 |
| | | | **Outstanding Balance** | $ 8,194.47 |

ADLER POLLOCK & SHEEHAN P.C.

Adler Pollock & Sheehan P.C.
2300 Financial Plaza
Providence, RI 02903
Telephone (401) 274-7200
Fax (401) 751-0604

175 Federal Street
Boston, MA 02110
Telephone (617) 482-0699
Fax (617) 482-0604

EI # 05-0343749

City of Central Falls and Mayor Charles D. Moreau
The Honorable Charles D. Moreau
Mayor of Central Falls
PERSONAL & CONFIDENTIAL
580 Broad Street
Central Falls, RI 02863

Invoice Date: November 8, 2004
Invoice Number: 307061
Client Number: 400034

For Professional Services Rendered:

**002 - Police Chief Thomas Wilson**

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 10/04/04 | Chittick, M D | Research re computer fraud claims. | 0.50 | $ 112.50 |
| 10/05/04 | Noonan, E M | Attention to Response to Request for Production and review of Objections; conference with Attorney M. DeSisto and City Solicitor (J. Gannon) re: same; attention to settlement conference. | 2.00 | 600.00 |
| 10/05/04 | LaPorte, J J | Consult with firm attorneys (E. M. Noonan and M. D. Chittick) reresponses to plaintiff's first request for production of documents. | 0.25 | 43.75 |
| 10/05/04 | Chittick, M D | Conferences with firm attorneys (E.M. Noonan and J.J. LaPorte) re Plaintiff's Request for Production of Documents and legal strategies for responding to same. | 0.25 | 56.25 |
| 10/06/04 | Chittick, M D | Conference with client representative (S. Salisbury) re First Omnibus Request for Production of Documents. | 0.25 | 56.25 |
| 10/07/04 | LaPorte, J J | Preparation of defendants' response to plaintiffs' first omnibus request for production of documents. | 8.25 | 1,443.75 |
| 10/07/04 | Chittick, M D | Conferences with Firm attorney (J.J. LaPorte) regarding Responses to First | 1.00 | 225.00 |

AP&S | ADLER POLLOCK & SHEEHAN P.C.

Bill Number: 307061
Bill Date: 11/08/04
Page 2

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| | | Omnibus Request for Production of Documents; Attention to same; Review correspondence from opposing counsel (L. Blais) regarding settlement conference. | | |
| 10/08/04 | LaPorte, J J | Telephone call to Sandy Salisbury re documents collected in response to plaintiffs' request for production. | 0.25 | 43.75 |
| 10/08/04 | Chittick, M D | Draft/revise/supplement Defendants' Responses to Plaintiffs' First Omnibus Request for Production of Documents; Telephone call to co-counsel (M. DeSisto) regarding same; E-mail correspondence to (M. DeSisto) regarding same; Conferences with co-counsel's (M. DeSisto) office regarding Responses; Attention to serving Responses on Plaintiffs. | 5.25 | 1,181.25 |
| 10/12/04 | Chittick, M D | Conference with client representative (S. Salisbury) regarding discovery issues. | 0.25 | 56.25 |
| 10/13/04 | Noonan, E M | Attention to responses to discovery and upcoming settlement conference; review of Plaintiffs' answers to Interrogatories and Responses to discovery; attention to upcoming Personnel Board hearing; conference with city Solicitor (J. Gannon). | 1.25 | 375.00 |
| 10/13/04 | Chittick, M D | Conferences with firm attorney (E. M. Noonan) and client representative (S. Salisbury) re upcoming personnel board meeting. | 0.25 | 56.25 |
| 10/14/04 | Noonan, E M | Prepare for and attend Personnel Appeal Board hearing; attention to renotification of same hearing. | 2.00 | 600.00 |
| 10/15/04 | Noonan, E M | Attention to Personnel Appeal Board hearing; conference with City Solicitor re: same; attention to notice of Rule 16 conference. | 0.75 | 225.00 |
| 10/18/04 | Noonan, E M | Attend Personnel Board hearing; conference with City Solicitor (J. Gannon) re: upcoming conferences; e-mail with Attorney L. Blais re: discovery. | 1.50 | 450.00 |

AP&S | ADLER POLLOCK & SHEEHAN P.C.

Bill Number: 307061
Bill Date: 11/08/04


| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 10/19/04 | Noonan, E M | Attention to documents received by the client and commence review of same; conference with client (S. Salisbury) re: status of Wilson Workers' Compensation appeal. | 1.00 | 300.00 |
| 10/20/04 | Noonan, E M | Review of correspondence from G. Noury; review of documents produced by City. | 1.00 | 300.00 |
| 10/21/04 | Noonan, E M | Review documents for review by Attorney L. Blais; review Objections to Request for Production; review minutes of Personnel Appeal Board. | 2.00 | 600.00 |
| 10/21/04 | LaPorte, J J | Review of documents provided in response to plaintiffs' first request for production. | 4.50 | 787.50 |
| 10/22/04 | Noonan, E M | Review documents for Request for Production; meeting with Attorney L. Blais re: Objections to same. | 1.75 | 525.00 |
| 10/22/04 | LaPorte, J J | Review of documents responsive to Plaintiff's Request for Production prior to review by plaintiff's counsel. | 1.00 | 175.00 |
| 10/26/04 | Chittick, M D | Review correspondence from opposing counsel (L. Blais) re upcoming settlement conference. | 0.25 | 56.25 |
| 10/28/04 | Noonan, E M | Prepare for and attend settlement conference; attend Rule 16f Conference with Court and all counsel; conference with City Solicitor (J. Gannon) re: outstanding issues; conference with Attorney M. DeSisto re: dispositive motions. | 3.00 | 900.00 |
| 10/28/04 | LaPorte, J J | Attention to document production. | 0.25 | 43.75 |
| 10/30/04 | LaPorte, J J | Identification of documents responsive to specific requests in Plaintiff's First Omnibus Request for Production of Documents. | 1.50 | 262.50 |
| Total Professional Services | | | 40.25 | $ 9,475.00 |

**Disbursements** **Total**

AP&S | ADLER POLLOCK & SHEEHAN P.C.

Bill Number: 307061
Bill Date: 11/08/04
Page 4

| Disbursements | Total |
|---|---|
| Westlaw Legal Research | 78.26 |
| Legal Data Base Research | 276.46 |
| Total Disbursements | $ 354.72 |

| Timekeeper Summary | Hours | Rate | Total |
|---|---|---|---|
| Noonan, E M | 16.25 | $ 300 | $ 4,875.00 |
| Chittick, M D | 8.00 | 225 | 1,800.00 |
| LaPorte, J J | 16.00 | 175 | 2,800.00 |
| Total Professional Services | 40.25 | | $ 9,475.00 |

| | |
|---|---|
| Total Professional Services and Disbursements for this Matter | $ 9,829.72 |

ADLER POLLOCK & SHEEHAN P.C.

Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Telephone (401) 274-7200
Fax (401) 751-0604

175 Federal Street
Boston, MA 02110
Telephone (617) 482-0600
Fax (617) 482-0604

EI # 05-0343749

City of Central Falls and Mayor Charles D. Moreau
The Honorable Charles D. Moreau
Mayor of Central Falls
PERSONAL & CONFIDENTIAL
580 Broad Street
Central Falls, RI 02863

| | |
|---|---|
| Invoice Date: | December 10, 2004 |
| Invoice Number: | 307918 |
| Client Number: | 400034 |

**002 Police Chief Thomas Wilson**

| | |
|---|---|
| Current Fees | $ 4,781.25 |
| Current Disbursements | 0.00 |
| Total | 4,781.25 |
| Previous Balance (see attached statement) | 9,829.72 |
| Total Amount Due | $ 14,610.97 |

Please remit this page with your payment to:

Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

Amount Enclosed ____________

*Invoices are Payable Upon Receipt*

ADLER POLLOCK & SHEEHAN P.C.

Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Telephone (401) 274-7200
Fax (401) 751-0604

175 Federal Street
Boston, MA 02110
Telephone (617) 482-0600
Fax (617) 482-0604

EI # 05-0343749

City of Central Falls and Mayor Charles D. Moreau
The Honorable Charles D. Moreau
Mayor of Central Falls
PERSONAL & CONFIDENTIAL
580 Broad Street
Central Falls, RI 02863

| | |
|---|---|
| Invoice Date: | December 10, 2004 |
| Invoice Number: | 307918 |
| Client Number: | 400034 |

# Statement of Account

**002 Police Chief Thomas Wilson**

Our records indicate that the following invoice(s) are outstanding as of December 10, 2004.

| Invoice Number | Invoice Date | Original Amount | Credits | Balance Due |
|---|---|---|---|---|
| 307061 | 11/08/04 | 9,829.72 | 0.00 | 9,829.72 |
| | | | **Outstanding Balance** | $ 9,829.72 |

ADLER POLLOCK & SHEEHAN P.C.

Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Telephone (401) 274-7200
Fax (401) 751-0604

175 Federal Street
Boston, MA 02110
Telephone (617) 482-0699
Fax (617) 482-0604

EI # 05-0343749

City of Central Falls and Mayor Charles D. Moreau
The Honorable Charles D. Moreau
Mayor of Central Falls
PERSONAL & CONFIDENTIAL
580 Broad Street
Central Falls, RI 02863

| | |
|---|---|
| Invoice Date: | December 10, 2004 |
| Invoice Number: | 307918 |
| Client Number: | 400034 |

For Professional Services Rendered:

**002 - Police Chief Thomas Wilson**

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 11/01/04 | Noonan, E M | Attention to document requests; revise responses to same; attention to scheduling of depositions. | 0.50 | $ 150.00 |
| 11/03/04 | LaPorte, J J | Identification of documents responsive to each request set forth in plaintiff's first omnibus request for production. | 2.00 | 350.00 |
| 11/05/04 | Noonan, E M | Review discovery responses; conference with firm attorney (J.J. LaPorte) re: same. | 0.50 | 150.00 |
| 11/05/04 | LaPorte, J J | Conference with firm attorney (E.M. Noonan) re Defendant's Response to Plaintiffs' First Request for Production. | 0.25 | 43.75 |
| 11/05/04 | Chittick, M D | Begin drafting legal memorandum re Plaintiff's computer fraud claims. | 1.50 | 337.50 |
| 11/09/04 | Chittick, M D | Draft legal memorandum re state and federal computer fraud claims. | 4.75 | 1,068.75 |
| 11/10/04 | Chittick, M D | Final revisions to legal memorandum re plaintiffs' computer fraud claims. | 0.25 | 56.25 |
| 11/12/04 | Noonan, E M | Review Memorandum re; computer crimes; conference with Attorney M. DeSisto re: dispositive motions. | 0.75 | 225.00 |

AP&S | ADLER POLLOCK & SHEEHAN P.C.

Bill Number: 307918
Bill Date: 12/10/04
Page 2

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 11/16/04 | Noonan, E M | Attention to status of document response; conference with client (S. Salisbury) re: information needed; review and respond to e-mail from Attorney L. Blais. | 1.00 | 300.00 |
| 11/17/04 | Noonan, E M | Review correspondence from Attorney L. Blais; review and respond to e-mails from same. | 0.50 | 150.00 |
| 11/18/04 | Noonan, E M | Conference with Attorney L. Blais re: status of discovery and depositions. | 0.25 | 75.00 |
| 11/20/04 | Noonan, E M | Drafting Supplemental Response to Request for Production of Documents. | 0.50 | 150.00 |
| 11/22/04 | Noonan, E M | Attention to Responses to Request for Production. | 0.25 | 75.00 |
| 11/22/04 | LaPorte, J J | Conference with firm attorney (E.M. Noonan) regarding Defendants' supplemental discovery responses. | 0.25 | 43.75 |
| 11/23/04 | Noonan, E M | Attention to Responses to Request for Production of Documents. | 0.25 | 75.00 |
| 11/23/04 | LaPorte, J J | Draft Defendants' First Supplemental Responses to Plaintiffs' Request for Production of Documents. | 3.25 | 568.75 |
| 11/23/04 | Chittick, M D | Review Notice of Deposition of C. Moreau. | 0.25 | 56.25 |
| 11/24/04 | Noonan, E M | Conference with Attorney L. Blais re: outstanding discovery; review and revise First Supplemental Response. | 0.50 | 150.00 |
| 11/29/04 | Noonan, E M | Review documents from Defendant Bessette and revise Response; e-mails with Attorney L. Blais. | 0.50 | 150.00 |
| 11/30/04 | Noonan, E M | Finalize Responses to Production. | 1.00 | 300.00 |
| 11/30/04 | LaPorte, J J | Draft defendants' first supplemental responses to plaintiffs' request for production of documents. | 1.75 | 306.25 |
| Total Professional Services | | | 20.75 | $ 4,781.25 |

AP&S | ADLER POLLOCK & SHEEHAN P.C.

Bill Number: 307918
Bill Date: 12/10/04
Page 3

| Timekeeper Summary | Hours | Rate | Total |
|---|---|---|---|
| Noonan, E M | 6.50 | $ 300 | $ 1,950.00 |
| Chittick, M D | 6.75 | 225 | 1,518.75 |
| LaPorte, J J | 7.50 | 175 | 1,312.50 |
| Total Professional Services | 20.75 | | $ 4,781.25 |

Total Professional Services and Disbursements for this Matter $ 4,781.25

ADLER POLLOCK & SHEEHAN P.C.

Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Telephone (401) 274-7200
Fax (401) 751-0604

175 Federal Street
Boston, MA 02110
Telephone (617) 482-0600
Fax (617) 482-0604

EI # 05-0343749

City of Central Falls and Mayor Charles D. Moreau
John Kuzmiski, Finance Dir.
City Hall
580 Broad Street
Central Falls, RI 02863

| | |
|---|---|
| Invoice Date: | December 23, 2004 |
| Invoice Number: | 308273 |
| Client Number: | 400034 |

**002 Police Chief Thomas Wilson**

| | |
|---|---|
| Current Fees | $ 500.00 |
| Current Disbursements | 0.00 |
| Total | 500.00 |

Please remit this page with your payment to:

Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

Amount Enclosed ______________

*Invoices are Payable Upon Receipt*

ADLER POLLOCK & SHEEHAN P.C.

Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Telephone (401) 274-7200
Fax (401) 751-0604

175 Federal Street
Boston, MA 02110
Telephone (617) 482-0699
Fax (617) 482-0604

EI # 05-0343749

City of Central Falls and Mayor Charles D. Moreau
John Kuzmiski, Finance Dir.
City Hall
580 Broad Street
Central Falls, RI 02863

| | |
|---|---|
| Invoice Date: | December 23, 2004 |
| Invoice Number: | 308273 |
| Client Number: | 400034 |

For Professional Services Rendered:

**002 - Police Chief Thomas Wilson**

For Legal Services in Response to Auditor's Request for Opinion Including Firm-Wide Information Request, Description of Pending Litigation, Drafting and Approval of Opinion and Delivery of Response.

Total Professional Services and Disbursements for this Matter $ 500.00

ADLER POLLOCK & SHEEHAN P.C.

Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Telephone (401) 274-7200
Fax (401) 751-0604

175 Federal Street
Boston, MA 02110
Telephone (617) 482-0600
Fax (617) 482-0604

EI # 05-0343749

City of Central Falls and Mayor Charles D. Moreau
The Honorable Charles D. Moreau
Mayor of Central Falls
PERSONAL & CONFIDENTIAL
580 Broad Street
Central Falls, RI 02863

| | |
|---|---|
| Invoice Date: | January 13, 2005 |
| Invoice Number: | 308807 |
| Client Number: | 400034 |

**002 Police Chief Thomas Wilson**

| | |
|---|---|
| Current Fees | $ 675.00 |
| Current Disbursements | 41.71 |
| Total | 716.71 |
| Previous Balance (see attached statement) | 4,781.25 |
| Total Amount Due | $ 5,497.96 |

Please remit this page with your payment to:

Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

Amount Enclosed ____________

*Invoices are Payable Upon Receipt*

ADLER POLLOCK & SHEEHAN P.C.

Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Telephone (401) 274-7200
Fax (401) 751-0604

175 Federal Street
Boston, MA 02110
Telephone (617) 482-0600
Fax (617) 482-0604

EI # 05-0343749

City of Central Falls and Mayor Charles D. Moreau
The Honorable Charles D. Moreau
Mayor of Central Falls
PERSONAL & CONFIDENTIAL
580 Broad Street
Central Falls, RI 02863

| | |
|---|---|
| Invoice Date: | January 13, 2005 |
| Invoice Number: | 308807 |
| Client Number: | 400034 |

## Statement of Account

**002 Police Chief Thomas Wilson**

Our records indicate that the following invoice(s) are outstanding as of January 13, 2005.

| Invoice Number | Invoice Date | Original Amount | Credits | Balance Due |
|---|---|---|---|---|
| 307918 | 12/10/04 | 4,781.25 | 0.00 | 4,781.25 |
| | | | **Outstanding Balance** | $ 4,781.25 |

ADLER POLLOCK & SHEEHAN P.C.

Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Telephone (401) 274-7200
Fax (401) 751-0604

175 Federal Street
Boston, MA 02110
Telephone (617) 482-0699
Fax (617) 482-0604

EI # 05-0343749

City of Central Falls and Mayor Charles D. Moreau
The Honorable Charles D. Moreau
Mayor of Central Falls
PERSONAL & CONFIDENTIAL
580 Broad Street
Central Falls, RI 02863

| | |
|---|---|
| Invoice Date: | January 13, 2005 |
| Invoice Number: | 308807 |
| Client Number: | 400034 |

For Professional Services Rendered:

**002 - Police Chief Thomas Wilson**

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 12/01/04 | Noonan, E M | Finalize discovery. | 2.00 | $ 600.00 |
| 12/15/04 | Noonan, E M | Attention to deposition of Mayor Moreau; conference with client (S. Salisbury) and correspondence to Attorney M. DeSisto re: same. | 0.25 | 75.00 |
| Total Professional Services | | | 2.25 | $ 675.00 |

| **Disbursements** | | **Total** |
|---|---|---|
| 12/01/04 | Messenger Services | 9.50 |
| | Westlaw Legal Research | 32.21 |
| Total Disbursements | | $ 41.71 |

| **Timekeeper Summary** | **Hours** | **Rate** | **Total** |
|---|---|---|---|
| Noonan, E M | 2.25 | $ 300 | $ 675.00 |
| Total Professional Services | 2.25 | | $ 675.00 |

APQS | ADLER POLLOCK & SHEEHAN P.C.



Total Professional Services and Disbursements for this Matter $ 716.71

ADLER POLLOCK & SHEEHAN P.C.

Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Telephone (401) 274-7200
Fax (401) 751-0604

175 Federal Street
Boston, MA 02110
Telephone (617) 482-0600
Fax (617) 482-0604

EI # 05-0343749

City of Central Falls and Mayor Charles D. Moreau
The Honorable Charles D. Moreau
Mayor of Central Falls
PERSONAL & CONFIDENTIAL
580 Broad Street
Central Falls, RI 02863

| | |
|---|---|
| Invoice Date: | February 9, 2005 |
| Invoice Number: | 309320 |
| Client Number: | 400034 |

**002 Police Chief Thomas Wilson**

| | |
|---|---|
| Current Fees | $ 4,450.00 |
| Current Disbursements | 0.00 |
| Total | 4,450.00 |
| Previous Balance (see attached statement) | 5,497.96 |
| Total Amount Due | $ 9,947.96 |

Please remit this page with your payment to:

Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

Amount Enclosed ______________

*Invoices are Payable Upon Receipt*

ADLER POLLOCK & SHEEHAN P.C.

Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Telephone (401) 274-7200
Fax (401) 751-0604

175 Federal Street
Boston, MA 02110
Telephone (617) 482-0600
Fax (617) 482-0604

EI # 05-0343749

City of Central Falls and Mayor Charles D. Moreau
The Honorable Charles D. Moreau
Mayor of Central Falls
PERSONAL & CONFIDENTIAL
580 Broad Street
Central Falls, RI 02863

Invoice Date: February 9, 2005
Invoice Number: 309320
Client Number: 400034

## Statement of Account

**002 Police Chief Thomas Wilson**

Our records indicate that the following invoice(s) are outstanding as of February 9, 2005.

| Invoice Number | Invoice Date | Original Amount | Credits | Balance Due |
|---|---|---|---|---|
| 307918 | 12/10/04 | 4,781.25 | 0.00 | 4,781.25 |
| 308807 | 01/13/05 | 716.71 | 0.00 | 716.71 |
| | | | **Outstanding Balance** | $ 5,497.96 |

ADLER POLLOCK & SHEEHAN P.C.

Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Telephone (401) 274-7200
Fax (401) 751-0604

175 Federal Street
Boston, MA 02110
Telephone (617) 482-0699
Fax (617) 482-0604

EI # 05-0343749

City of Central Falls and Mayor Charles D. Moreau
The Honorable Charles D. Moreau
Mayor of Central Falls
PERSONAL & CONFIDENTIAL
580 Broad Street
Central Falls, RI 02863

| | |
|---|---|
| Invoice Date: | February 9, 2005 |
| Invoice Number: | 309320 |
| Client Number: | 400034 |

For Professional Services Rendered:

**002 - Police Chief Thomas Wilson**

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 01/25/05 | Noonan, E M | Attention to upcoming deposition; conference with Mayor Moreau's office; conference with Attorney L. Blais re: same; review local rules re: time limit on depositions. | 0.50 | $ 162.50 |
| 01/26/05 | Noonan, E M | Meeting with Mayor Moreau to prepare for upcoming deposition; conference with Attorney L. Blais re: scheduling of same. | 3.00 | 975.00 |
| 01/26/05 | Chittick, M D | Review Notice from Rhode Island Federal District Court re mandatory settlement conference. | 0.25 | 62.50 |
| 01/27/05 | Noonan, E M | Prepare for and attend deposition of Mayor Moreau. | 5.00 | 1,625.00 |
| 01/28/05 | Noonan, E M | Prepare for and attend deposition of Mayor Moreau; conference with City Solicitor re: same. | 5.00 | 1,625.00 |
| Total Professional Services | | | 13.75 | $ 4,450.00 |

| <u>Timekeeper Summary</u> | <u>Hours</u> | <u>Rate</u> | <u>Total</u> |
|---|---|---|---|

AP&S | ADLER POLLOCK & SHEEHAN P.C.

Bill Number: 309320
Bill Date: 02/09/05


| | | | |
|---|---|---|---|
| Noonan, E M | 13.50 | $ 325 | $ 4,387.50 |
| Chittick, M D | 0.25 | 250 | 62.50 |
| Total Professional Services | 13.75 | | $ 4,450.00 |

Total Professional Services and Disbursements for this Matter $ 4,450.00

ADLER POLLOCK & SHEEHAN P.C.

Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Telephone (401) 274-7200
Fax (401) 751-0604

175 Federal Street
Boston, MA 02110
Telephone (617) 482-0600
Fax (617) 482-0604

EI # 05-0343749

City of Central Falls and Mayor Charles D. Moreau
The Honorable Charles D. Moreau
Mayor of Central Falls
PERSONAL & CONFIDENTIAL
580 Broad Street
Central Falls, RI 02863

| | |
|---|---|
| Invoice Date: | April 11, 2005 |
| Invoice Number: | 311085 |
| Client Number: | 400034 |

**002 Police Chief Thomas Wilson**

| | |
|---|---|
| Current Fees | $ 19,093.75 |
| Current Disbursements | 0.00 |
| Total | 19,093.75 |
| Previous Balance (see attached statement) | 9,947.96 |
| Total Amount Due | $ 29,041.71 |

Please remit this page with your payment to:

Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

Amount Enclosed ______________

*Invoices are Payable Upon Receipt*

ADLER POLLOCK & SHEEHAN P.C.

Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Telephone (401) 274-7200
Fax (401) 751-0604

175 Federal Street
Boston, MA 02110
Telephone (617) 482-0600
Fax (617) 482-0604

EI # 05-0343749

City of Central Falls and Mayor Charles D. Moreau
The Honorable Charles D. Moreau
Mayor of Central Falls
PERSONAL & CONFIDENTIAL
580 Broad Street
Central Falls, RI 02863

| | |
|---|---|
| Invoice Date: | April 11, 2005 |
| Invoice Number: | 311085 |
| Client Number: | 400034 |

## Statement of Account

**002 Police Chief Thomas Wilson**

Our records indicate that the following invoice(s) are outstanding as of April 11, 2005.

| Invoice Number | Invoice Date | Original Amount | Credits | Balance Due |
|---|---|---|---|---|
| 307918 | 12/10/04 | 4,781.25 | 0.00 | 4,781.25 |
| 308807 | 01/13/05 | 716.71 | 0.00 | 716.71 |
| 309320 | 02/09/05 | 4,450.00 | 0.00 | 4,450.00 |
| | | | **Outstanding Balance** | $ 9,947.96 |

ADLER POLLOCK & SHEEHAN P.C.

Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Telephone (401) 274-7200
Fax (401) 751-0604

175 Federal Street
Boston, MA 02110
Telephone (617) 482-0699
Fax (617) 482-0604

EI # 05-0343749

City of Central Falls and Mayor Charles D. Moreau
The Honorable Charles D. Moreau
Mayor of Central Falls
PERSONAL & CONFIDENTIAL
580 Broad Street
Central Falls, RI 02863

| | |
|---|---|
| Invoice Date: | April 11, 2005 |
| Invoice Number: | 311085 |
| Client Number: | 400034 |

For Professional Services Rendered:

**002 - Police Chief Thomas Wilson**

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 02/02/05 | Noonan, E M | E-mail to Attorneys L. Blais and M. DeSisto re: discovery and depositions. | 0.25 | $ 81.25 |
| 02/09/05 | Noonan, E M | Attention to deposition notices; correspondence to client (J. Gannon) re: same. | 0.50 | 162.50 |
| 02/10/05 | Noonan, E M | Attention to e-mail from Attorney L. Blais; attention to deposition notice and correspondence to client re: same; conferences with City Solicitor and Attorney M. DeSisto re: depositions and dispositive motions. | 1.25 | 406.25 |
| 02/16/05 | Noonan, E M | Conference with Attorney M. DeSisto; conference with client (S. Salisbury) re; documents requested. | 0.50 | 162.50 |
| 02/22/05 | Noonan, E M | Attention to discovery including depositions; conference with clients re: representation of R. Bessette. | 0.50 | 162.50 |
| 02/22/05 | LaPorte, J J | Draft deposition notices for each plaintiff. | 0.50 | 100.00 |
| 02/22/05 | Chittick, M D | Conferences with firm attorneys (E.M. Noonan and J.J. LaPorte) re discovery issues; Attention to same. | 0.50 | 125.00 |
| 02/24/05 | Noonan, E M | Review and revise Deposition Notices | 0.25 | 81.25 |

AP&S | ADLER POLLOCK & SHEEHAN P.C.

Bill Number: 311085
Bill Date: 04/11/05


| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| | | for Plaintiffs. | | |
| 02/24/05 | LaPorte, J J | Telephone call to Marc DeSisto re deposition dates. | 0.25 | 50.00 |
| 03/09/05 | Noonan, E M | Attention to upcoming depositions and correspondence from Attorney L. Blais. | 0.50 | 162.50 |
| 03/10/05 | Noonan, E M | Attention to Motions filed by Attorney L. Blais; conference with Attorney M. DeSisto re: same; conference with City Solicitor (J. Gannon) and Attorney M. DeSisto. | 1.00 | 325.00 |
| 03/11/05 | Noonan, E M | Correspondence to City Solicitor (J. Gannon); attention to deposition preparation; e-mail with Attorney L. Blais; review discovery responses. | 0.75 | 243.75 |
| 03/11/05 | LaPorte, J J | Review Motion to Disqualify Counsel and Plaintiffs' Omnibus Discovery Motion; Conference with firm attorney (E.M. Noonan) re the same; Draft correspondence to John Gannon re the same. | 1.75 | 350.00 |
| 03/14/05 | Noonan, E M | Attention to upcoming depositions; conference with client; review of Deposition Notices; attention to draft discovery. | 0.50 | 162.50 |
| 03/14/05 | LaPorte, J J | Review pleadings; Draft interrogatories to plaintiff Thomas Wilson. | 2.25 | 450.00 |
| 03/15/05 | Noonan, E M | Meeting with clients (R. Cooney, M. Brayall, K. Guindon, and J. Iacono) re: upcoming depositions; attention to deposition scheduling and responsive documents; conferences and correspondence with Attorneys M. DeSisto and K. Daniels. | 5.00 | 1,625.00 |
| 03/15/05 | LaPorte, J J | Review documents related to the search of library computers in preparation for meeting with Kevin Guindon and Mark Brayale. | 0.75 | 150.00 |
| 03/16/05 | Noonan, E M | Attention to scheduling of depositions; correspondence with Attorneys L. Blais, J. Codega and R. Bertsche; | 3.50 | 1,137.50 |

AP&S | ADLER POLLOCK & SHEEHAN P.C.

Bill Number: 311085
Bill Date: 04/11/05


| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| | | conference with Attorney M. Horan re: representation of R. Bessette; attend deposition of T. Lazieh and G. Medeiros; conference with Attorney K. Daniels re: depositions of City personnel; attention to supplemental production; correspondence to Attorney L. Blais re: same. | | |
| 03/16/05 | LaPorte, J J | Review of documents responsive to Plaintiff's First Omnibus request for production; Prepare defendant's Second Supplemental response. | 3.50 | 700.00 |
| 03/17/05 | Noonan, E M | Attention to upcoming depositions and scheduling of same; conference with Attorney R. Bertsche re: deposition of Pawtucket Times reporters; conference with Attorney K. Daniels re: status and Attorney M. DeSisto re: deposition of solicitors. | 2.00 | 650.00 |
| 03/18/05 | Noonan, E M | Attend deposition of clients (J. Gannon, R. Cooney, M. Brayall, R. Luke and K. Guindon); conferences with Attorneys M. DeSisto and K. Daniels and client re: status of depositions and discovery. | 6.00 | 1,950.00 |
| 03/18/05 | Chittick, M D | Prepare for and attend depositions of City witnesses in case; conference with firm attorney (E.M. Noonan) re same. | 2.00 | 500.00 |
| 03/22/05 | Noonan, E M | Attention to deposition of Julia Iacono and protective order; conference with client (J. Gannon), Dr. Nisbet and J. Iacono. | 0.75 | 243.75 |
| 03/22/05 | LaPorte, J J | Attention to initial drafting of a motion and memorandum for a protective order. | 0.25 | 50.00 |
| 03/23/05 | Noonan, E M | Attention to upcoming settlement conference; review of Objection to Motion to Disqualify. | 1.00 | 325.00 |
| 03/23/05 | Noonan, E M | Correspondence to Attorney M. DeSisto re: outstanding motions. | 0.25 | 81.25 |
| 03/23/05 | LaPorte, J J | Draft objection to plaintiffs' motion to disqualify counsel and the | 5.75 | 1,150.00 |

AP&S | ADLER POLLOCK & SHEEHAN P.C.

Bill Number: 311085
Bill Date: 04/11/05


| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| | | memorandum in support thereof; Edit memorandum in support of defendant's objection. | | |
| 03/23/05 | Chittick, M D | Attention to motion to disqualify; Conference with firm attorney (J.J. LaPorte) re same. | 0.25 | 62.50 |
| 03/24/05 | Noonan, E M | Attend settlement conference; final review of Objection to Motion to Disqualify; draft Motion for Protective Order. | 1.75 | 568.75 |
| 03/25/05 | LaPorte, J J | Continued preparation of defendants' interrogatories propounded to plaintiffs Thomas Wilson, Donald P. Twohig, Donald D. Twohig and Thomas Shannahan. | 1.75 | 350.00 |
| 03/26/05 | Noonan, E M | Draft Motion and Memorandum for Protective Order for Julia Iacono. | 1.50 | 487.50 |
| 03/28/05 | Noonan, E M | Attention to finalizing protective order and Affidavit of Dr. Nisbet; correspondence to Attorney L. Blais. | 1.50 | 487.50 |
| 03/28/05 | LaPorte, J J | Legal research re issuance of a protective order; Draft Defendants' First Request for Production of Documents from Plaintiffs. | 4.00 | 800.00 |
| 03/29/05 | Noonan, E M | Attend deposition of Plaintiff (T. Wilson); attention to Motion to file in excess of 5 pages; attention to J. Iacono deposition. | 4.00 | 1,300.00 |
| 03/29/05 | LaPorte, J J | Finalize Julia Iacono's Motion for a Protective Order and the Memorandum in Support thereof; Draft Motion to Exceed Page Limitation. | 2.00 | 400.00 |
| 03/30/05 | Noonan, E M | Attend deposition of J. Iacono; conference with Court re: same; draft Motion to Quash; conference with client re: status. | 3.00 | 975.00 |
| 03/30/05 | LaPorte, J J | Finalize Motion to Exceed the Page Limit; Edit Defendant's First Set of Interrogatories and Request for Production of Documents. | 2.00 | 400.00 |

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 03/31/05 | Noonan, E M | Attention to Order granting Motion to Withdraw; correspondence to client re: same; review and finalize discovery; prepare for and attend depositions of Plaintiffs (Twohigs). | 5.00 | 1,625.00 |
| 03/31/05 | LaPorte, J J | Finalize Defendants' First Set of Interrogatories and Requests for Production to Plaintiffs. | 0.25 | 50.00 |
| Total Professional Services | | | 69.00 | $ 19,093.75 |

| Timekeeper Summary | Hours | Rate | Total |
|---|---|---|---|
| Noonan, E M | 41.25 | $ 325 | $ 13,406.25 |
| Chittick, M D | 2.75 | 250 | 687.50 |
| LaPorte, J J | 25.00 | 200 | 5,000.00 |
| Total Professional Services | 69.00 | | $ 19,093.75 |

Total Professional Services and Disbursements for this Matter $ 19,093.75

ADLER POLLOCK & SHEEHAN P.C.

Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Telephone (401) 274-7200
Fax (401) 751-0604

175 Federal Street
Boston, MA 02110
Telephone (617) 482-0600
Fax (617) 482-0604

EI # 05-0343749

City of Central Falls and Mayor Charles D. Moreau
The Honorable Charles D. Moreau
Mayor of Central Falls
PERSONAL & CONFIDENTIAL
580 Broad Street
Central Falls, RI 02863

| | |
|---|---|
| Invoice Date: | June 8, 2005 |
| Invoice Number: | 312534 |
| Client Number: | 400034 |

**002 Police Chief Thomas Wilson**

| | |
|---|---|
| Current Fees | $ 11,031.25 |
| Current Disbursements | 532.14 |
| Total | 11,563.39 |
| Previous Balance (see attached statement) | 29,041.71 |
| Total Amount Due | $ 40,605.10 |

Please remit this page with your payment to:

Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

Amount Enclosed ______________

*Invoices are Payable Upon Receipt*

ADLER POLLOCK & SHEEHAN P.C.

Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Telephone (401) 274-7200
Fax (401) 751-0604

175 Federal Street
Boston, MA 02110
Telephone (617) 482-0600
Fax (617) 482-0604

EI # 05-0343749

City of Central Falls and Mayor Charles D. Moreau
The Honorable Charles D. Moreau
Mayor of Central Falls
PERSONAL & CONFIDENTIAL
580 Broad Street
Central Falls, RI 02863

| | |
|---|---|
| Invoice Date: | June 8, 2005 |
| Invoice Number: | 312534 |
| Client Number: | 400034 |

## Statement of Account

**002 Police Chief Thomas Wilson**

Our records indicate that the following invoice(s) are outstanding as of June 8, 2005.

| Invoice Number | Invoice Date | Original Amount | Credits | Balance Due |
|---|---|---|---|---|
| 307918 | 12/10/04 | 4,781.25 | 0.00 | 4,781.25 |
| 308807 | 01/13/05 | 716.71 | 0.00 | 716.71 |
| 309320 | 02/09/05 | 4,450.00 | 0.00 | 4,450.00 |
| 311085 | 04/11/05 | 19,093.75 | 0.00 | 19,093.75 |
| | | | **Outstanding Balance** | $ 29,041.71 |

ADLER POLLOCK & SHEEHAN P.C.

Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Telephone (401) 274-7200
Fax (401) 751-0604

175 Federal Street
Boston, MA 02110
Telephone (617) 482-0699
Fax (617) 482-0604

EI # 05-0343749

City of Central Falls and Mayor Charles D. Moreau
The Honorable Charles D. Moreau
Mayor of Central Falls
PERSONAL & CONFIDENTIAL
580 Broad Street
Central Falls, RI 02863

| | |
|---|---|
| Invoice Date: | June 8, 2005 |
| Invoice Number: | 312534 |
| Client Number: | 400034 |

For Professional Services Rendered:

**002 - Police Chief Thomas Wilson**

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 04/01/05 | Noonan, E M | Conference with solicitor re: status of discovery and dispositive motions. | 0.25 | $ 81.25 |
| 04/05/05 | Noonan, E M | Attention to motions for summary judgment including correspondence with attorneys M. DeSisto and K. Daniels; review objections to motions to compel. | 0.75 | 243.75 |
| 04/07/05 | Noonan, E M | Correspondence with M. DeSisto and K. Daniels re: motion for summary judgment. | 0.50 | 162.50 |
| 04/08/05 | Noonan, E M | Attention to motion for summary judgment; conferences with attorney M. DeSisto and K. Daniels; review memorandum and Wilson deposition; draft motion to extend time and exceed page limit. | 3.00 | 975.00 |
| 04/10/05 | Noonan, E M | Review initial draft of motion for summary judgment. | 1.00 | 325.00 |
| 04/11/05 | Noonan, E M | Review motion for summary judgment including background facts and revised memorandum; attention to notice from court re: discovery motions; correspondence to J. Iacono re: same; correspondence with Attorney K. Daniels and M. DeSisto | 3.00 | 975.00 |

AP&S | ADLER POLLOCK & SHEEHAN P.C.

Bill Number: 312534
Bill Date: 06/08/05
Page 2

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| | | re: same. | | |
| 04/12/05 | Noonan, E M | Review amended notices of deposition, motion to default and order granting leave to file in excess of page limit, correspondence to client and attorney M. DeSisto re: same. | 0.50 | 162.50 |
| 04/13/05 | Noonan, E M | Attention to notices from Court regarding hearing dates and Orders granting Motions to exceed page limitation. | 0.25 | 81.25 |
| 04/14/05 | Noonan, E M | Preparation for upcoming hearing on various motions; conference with City Solicitor regarding same; correspondence with attorneys M. DeSisto and K. Daniels regarding same. | 1.00 | 325.00 |
| 04/14/05 | LaPorte, J J | Review of documents produced to plaintiffs with regard to transition reports. | 0.25 | 50.00 |
| 04/15/05 | Noonan, E M | Preparation for and attendance at hearing on Motions to Compel, Motion for Protective Order and Motion to Extend deposition of Mayor Moreau; conference with client regarding same. | 2.50 | 812.50 |
| 04/18/05 | Noonan, E M | Attention to Court Order; review Objection to Motion to Default; review Court Order re: discovery; prepare for and attend continued deposition of plaintiffs (D. Twohig and T. Shannahan); correspondence with Attorney M. DeSisto re: discovery compliance. | 5.00 | 1,625.00 |
| 04/19/05 | Noonan, E M | Attention to deposition of J. Iacono; preparation for same; attention to withdrawal of Motion to Disqualify. | 0.25 | 81.25 |
| 04/21/05 | Noonan, E M | Attention to Objection to Motion to Default, Stipulation re: Pretrial Memorandum, Motion of Plaintiff to Exceed Page Limits and R. Bessette's Supplemental Request. | 0.50 | 162.50 |
| 04/22/05 | Noonan, E M | Meeting with J. Iacono re: preparation for deposition. | 2.50 | 812.50 |

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 04/25/05 | Noonan, E M | Attention to statements by J. Iacono and correspondence from Attorney L. Blais; conference with J. Iacono re: same. | 0.75 | 243.75 |
| 04/26/05 | Noonan, E M | Attention to notice of settlement conference. | 0.25 | 81.25 |
| 04/28/05 | Noonan, E M | Correspondence to Attorney L. Blais re: deposition of J. Iacono; review of documents from client; correspondence with Attorney M. DeSisto re: same. | 0.50 | 162.50 |
| 04/29/05 | Noonan, E M | Attend deposition of J. Iacono; conference with client; review of correspondence from Attorney L. Blais. | 1.00 | 325.00 |
| 05/02/05 | Noonan, E M | Attention to additional matters of inquiry, Motion to Extend Deposition of Julia Iacono and Opposition thereto. | 0.50 | 162.50 |
| 05/02/05 | Noonan, E M | Review Motion for Summary Judgment; attention to Objection to Motion to Extend Deposition of Julia Iacono. | 0.50 | 162.50 |
| 05/02/05 | LaPorte, J J | Draft Objection to Plaintiffs' Motion to Continue the Deposition of Julia Iacono. | 3.00 | 600.00 |
| 05/04/05 | Noonan, E M | Review of Plaintiffs' Settlement Conference Statement and draft prepared by Attorney M. DeSisto. | 0.25 | 81.25 |
| 05/05/05 | Noonan, E M | Preparing for upcoming Court hearing on various motions; conference with Attorney M. DeSisto re: same. | 0.50 | 162.50 |
| 05/05/05 | Chittick, M D | Conference with Rhode Island federal district court clerk re upcoming hearing on various discovery motions; Memorandum to firm attorney (E. M. Noonan) re same. | 0.25 | 62.50 |
| 05/06/05 | Noonan, E M | Prepare for and attend Court hearing re: Motion to Default, Motion to Extend Time for Filing and Motion to Extend Time for Deposition of J. | 2.00 | 650.00 |

AP&S | ADLER POLLOCK & SHEEHAN P.C.



| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| | | Iacono. | | |
| 05/12/05 | Noonan, E M | Review Reply to Motion for Summary Judgment; attention to Order of Judge Martin re: Iacono deposition; correspondence to City Solicitor (J. Gannon) and J. Iacono re: same. | 1.00 | 325.00 |
| 05/15/05 | Noonan, E M | Attention to correspondence from Attorney M. DeSisto to Mayor Moreau and opposing counsel; review of Supplemental Request for Production; review response from City Solicitor (J. Gannon). | 0.25 | 81.25 |
| 05/17/05 | Noonan, E M | Attention to deposition of J. Iacona, including correspondence from Attorney Quinn and response to same. | 0.25 | 81.25 |
| 05/19/05 | Noonan, E M | Attention to motion for summary judgment including conference with Atty. K. Daniels, review arbitration decision. | 0.50 | 162.50 |
| 05/20/05 | Noonan, E M | Review Twohig arbitration award. | 0.25 | 81.25 |
| 05/24/05 | Noonan, E M | Attention to scheduling of deposition of T. Moreau, correspondence to client. | 0.25 | 81.25 |
| 05/31/05 | Noonan, E M | Review motion for summary judgment and rule 12.1 stmt; Correspondence with Attorney K. Daniels re: same; Attention to deposition of Mayor Moreau and J. Iacono including correspondence from Attorney L. Blais and Response to same. | 2.00 | 650.00 |
| Total Professional Services | | | 35.25 | $ 11,031.25 |

| Disbursements | | Total |
|---|---|---|
| 03/28/05 | Messenger Services | 25.94 |
| 05/02/05 | Messenger Services | 9.50 |
| 04/28/05 | Outside Photocopying | 188.21 |
| 05/05/05 | Deposition/Transcript Costs | 75.70 |
| | Westlaw Legal Research | 232.79 |

AP&S | ADLER POLLOCK & SHEEHAN P.C.



| **Disbursements** | **Total** |
|---|---|
| Total Disbursements | $ 532.14 |

| **Timekeeper Summary** | **Hours** | **Rate** | **Total** |
|---|---|---|---|
| Noonan, E M | 31.75 | $ 325 | $ 10,318.75 |
| Chittick, M D | 0.25 | 250 | 62.50 |
| LaPorte, J J | 3.25 | 200 | 650.00 |
| Total Professional Services | 35.25 | | $ 11,031.25 |

| | |
|---|---|
| Total Professional Services and Disbursements for this Matter | $ 11,563.39 |

ADLER POLLOCK & SHEEHAN P.C.

Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Telephone (401) 274-7200
Fax (401) 751-0604

175 Federal Street
Boston, MA 02110
Telephone (617) 482-0600
Fax (617) 482-0604

EI # 05-0343749

City of Central Falls and Mayor Charles D. Moreau
The Honorable Charles D. Moreau
Mayor of Central Falls
PERSONAL & CONFIDENTIAL
580 Broad Street
Central Falls, RI 02863

| | |
|---|---|
| Invoice Date: | July 11, 2005 |
| Invoice Number: | 313397 |
| Client Number: | 400034 |

**002 Police Chief Thomas Wilson**

| | |
|---|---|
| Current Fees | $ 2,681.25 |
| Current Disbursements | 24.30 |
| Total | 2,705.55 |
| Previous Balance (see attached statement) | 40,605.10 |
| Total Amount Due | $ 43,310.65 |

Please remit this page with your payment to:

Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

Amount Enclosed ______________

*Invoices are Payable Upon Receipt*

ADLER POLLOCK & SHEEHAN P.C.

Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Telephone (401) 274-7200
Fax (401) 751-0604

175 Federal Street
Boston, MA 02110
Telephone (617) 482-0600
Fax (617) 482-0604

EI # 05-0343749

City of Central Falls and Mayor Charles D. Moreau
The Honorable Charles D. Moreau
Mayor of Central Falls
PERSONAL & CONFIDENTIAL
580 Broad Street
Central Falls, RI 02863

| | |
|---|---|
| Invoice Date: | July 11, 2005 |
| Invoice Number: | 313397 |
| Client Number: | 400034 |

# Statement of Account

**002 Police Chief Thomas Wilson**

Our records indicate that the following invoice(s) are outstanding as of July 11, 2005.

| Invoice Number | Invoice Date | Original Amount | Credits | Balance Due |
|---|---|---|---|---|
| 307918 | 12/10/04 | 4,781.25 | 0.00 | 4,781.25 |
| 308807 | 01/13/05 | 716.71 | 0.00 | 716.71 |
| 309320 | 02/09/05 | 4,450.00 | 0.00 | 4,450.00 |
| 311085 | 04/11/05 | 19,093.75 | 0.00 | 19,093.75 |
| 312534 | 06/08/05 | 11,563.39 | 0.00 | 11,563.39 |
| | | | **Outstanding Balance** | $ 40,605.10 |

ADLER POLLOCK & SHEEHAN P.C.

Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Telephone (401) 274-7200
Fax (401) 751-0604

175 Federal Street
Boston, MA 02110
Telephone (617) 482-0699
Fax (617) 482-0604

EI # 05-0343749

City of Central Falls and Mayor Charles D. Moreau
The Honorable Charles D. Moreau
Mayor of Central Falls
PERSONAL & CONFIDENTIAL
580 Broad Street
Central Falls, RI 02863

| | |
|---|---|
| Invoice Date: | July 11, 2005 |
| Invoice Number: | 313397 |
| Client Number: | 400034 |

For Professional Services Rendered:

**002 - Police Chief Thomas Wilson**

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 06/01/05 | Noonan, E M | Attention to deposition of Julia Iacono including conference with same; conference with City Solicitor re: removal of materials from garage by plaintiffs. | 0.50 | $ 162.50 |
| 06/02/05 | Noonan, E M | Correspondence to client re: motion for summary judgment, prepare for deposition including review of notice and correspondence to Attorney L. Blais re: same. | 0.50 | 162.50 |
| 06/04/05 | Noonan, E M | Prepare for and attend deposition of Julia Iacono. | 3.50 | 1,137.50 |
| 06/08/05 | Noonan, E M | Preparation for and attend deposition of Mayor Moreau. | 3.00 | 975.00 |
| 06/20/05 | Noonan, E M | Attention to email from Attorney M. DeSisto regarding motion to compel. | 0.25 | 81.25 |
| 06/23/05 | Noonan, E M | Review motion to compel; Correspondence with Attorney M. DeSisto re: same. | 0.50 | 162.50 |
| Total Professional Services | | | 8.25 | $ 2,681.25 |

AP&S | ADLER POLLOCK & SHEEHAN P.C.

Bill Number: 313397
Bill Date: 07/11/05
Page 2

**Disbursements**

| | | Total |
|---|---|---|
| 06/04/05 | Travel, Local | 24.30 |
| Total Disbursements | | $ 24.30 |

| Timekeeper Summary | Hours | Rate | Total |
|---|---|---|---|
| Noonan, E M | 8.25 | $ 325 | $ 2,681.25 |
| Total Professional Services | 8.25 | | $ 2,681.25 |

| | |
|---|---|
| Total Professional Services and Disbursements for this Matter | $ 2,705.55 |

ADLER POLLOCK & SHEEHAN P.C.

Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Telephone (401) 274-7200
Fax (401) 751-0604

175 Federal Street
Boston, MA 02110
Telephone (617) 482-0600
Fax (617) 482-0604

EI # 05-0343749

City of Central Falls and Mayor Charles D. Moreau
The Honorable Charles D. Moreau
Mayor of Central Falls
PERSONAL & CONFIDENTIAL
580 Broad Street
Central Falls, RI 02863

| | |
|---|---|
| Invoice Date: | October 14, 2005 |
| Invoice Number: | 315860 |
| Client Number: | 400034 |

**002 Police Chief Thomas Wilson**

| | |
|---|---|
| Current Fees | $ 1,462.50 |
| Current Disbursements | 0.00 |
| Total Amount Due | $ 1,462.50 |

Please remit this page with your payment to:

Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

Amount Enclosed ____________

*Invoices are Payable Upon Receipt*

ADLER POLLOCK & SHEEHAN P.C.

Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Telephone (401) 274-7200
Fax (401) 751-0604

175 Federal Street
Boston, MA 02110
Telephone (617) 482-0699
Fax (617) 482-0604

EI # 05-0343749

City of Central Falls and Mayor Charles D. Moreau
The Honorable Charles D. Moreau
Mayor of Central Falls
PERSONAL & CONFIDENTIAL
580 Broad Street
Central Falls, RI 02863

| | |
|---|---|
| Invoice Date: | October 14, 2005 |
| Invoice Number: | 315860 |
| Client Number: | 400034 |

For Professional Services Rendered:

**002 - Police Chief Thomas Wilson**

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 07/12/05 | Noonan, E M | Review objection to motion to extend time to file motion to compel and sur reply to objection to motion for summary judgment; review recent case law re: political firing. | 0.50 | $ 162.50 |
| 07/13/05 | Noonan, E M | Review recent case law. | 0.25 | 81.25 |
| 08/01/05 | Noonan, E M | Review of motion for judicial notice filed by Plaintiffs. | 0.25 | 81.25 |
| 08/02/05 | Noonan, E M | Attention to settlement conference order; Correspondence to City Solicitor re: same. | 0.25 | 81.25 |
| 08/05/05 | Noonan, E M | Attention to status of settlement conference. | 0.25 | 81.25 |
| 08/24/05 | Noonan, E M | Attention to outstanding motions. | 0.25 | 81.25 |
| 09/01/05 | Noonan, E M | Attention to notice of hearing on Motion for Summary Judgment; correspondence with attorney Marc DeSisto regarding same. | 0.25 | 81.25 |
| 09/07/05 | Noonan, E M | Correspondence to Town regarding upcoming Motion for Summary Judgment and conference with co-counsel regarding argument on same. | 0.50 | 162.50 |

APQS | ADLER POLLOCK & SHEEHAN P.C.



| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 09/09/05 | Noonan, E M | Attention to upcoming Motion for Summary Judgment; conferences with R. Cooney, City Solicitor, Mayor Moreau and Attorneys M. DeSisto and K. Daniels. | 0.50 | 162.50 |
| 09/15/05 | Noonan, E M | Preparation for and attend hearing on Motion for Summary Judgment; conference with Mayor Moreau regarding same. | 1.50 | 487.50 |
| Total Professional Services | | | 4.50 | $ 1,462.50 |

| Timekeeper Summary | Hours | Rate | Total |
|---|---|---|---|
| Noonan, E M | 4.50 | $ 325 | $ 1,462.50 |
| Total Professional Services | 4.50 | | $ 1,462.50 |

Total Professional Services and Disbursements for this Matter $ 1,462.50

ADLER POLLOCK & SHEEHAN P.C.

Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Telephone (401) 274-7200
Fax (401) 751-0604

175 Federal Street
Boston, MA 02110
Telephone (617) 482-0600
Fax (617) 482-0604

EI # 05-0343749

City of Central Falls and Mayor Charles D. Moreau
The Honorable Charles D. Moreau
Mayor of Central Falls
PERSONAL & CONFIDENTIAL
580 Broad Street
Central Falls, RI 02863

| | |
|---|---|
| Invoice Date: | December 13, 2005 |
| Invoice Number: | 317742 |
| Client Number: | 400034 |

**002 Police Chief Thomas Wilson**

| | |
|---|---|
| Current Fees | $ 568.75 |
| Current Disbursements | 0.00 |
| Total | 568.75 |
| Previous Balance (see attached statement) | 1,462.50 |
| Total Amount Due | $ 2,031.25 |

Please remit this page with your payment to:

Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

Amount Enclosed ____________

*Invoices are Payable Upon Receipt*

ADLER POLLOCK & SHEEHAN P.C.

Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Telephone (401) 274-7200
Fax (401) 751-0604

175 Federal Street
Boston, MA 02110
Telephone (617) 482-0600
Fax (617) 482-0604

EI # 05-0343749

City of Central Falls and Mayor Charles D. Moreau
The Honorable Charles D. Moreau
Mayor of Central Falls
PERSONAL & CONFIDENTIAL
580 Broad Street
Central Falls, RI 02863

Invoice Date: December 13, 2005
Invoice Number: 317742
Client Number: 400034

## Statement of Account

**002 Police Chief Thomas Wilson**

Our records indicate that the following invoice(s) are outstanding as of December 13, 2005.

| Invoice Number | Invoice Date | Original Amount | Credits | Balance Due |
|---|---|---|---|---|
| 315860 | 10/14/05 | 1,462.50 | 0.00 | 1,462.50 |
| | | | **Outstanding Balance** | $ 1,462.50 |

ADLER POLLOCK & SHEEHAN P.C.

Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Telephone (401) 274-7200
Fax (401) 751-0604

175 Federal Street
Boston, MA 02110
Telephone (617) 482-0699
Fax (617) 482-0604

EI # 05-0343749

City of Central Falls and Mayor Charles D. Moreau
The Honorable Charles D. Moreau
Mayor of Central Falls
PERSONAL & CONFIDENTIAL
580 Broad Street
Central Falls, RI 02863

Invoice Date: December 13, 2005
Invoice Number: 317742
Client Number: 400034

For Professional Services Rendered:

**002 - Police Chief Thomas Wilson**

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 10/17/05 | Noonan, E M | Attention to objection to motion to compel filed by plaintiffs. | 0.25 | $ 81.25 |
| 11/02/05 | Noonan, E M | Prepare for and attend Court hearing re: Motion to Compel; conference with client re: status. | 1.50 | 487.50 |
| Total Professional Services | | | 1.75 | $ 568.75 |

| Timekeeper Summary | Hours | Rate | Total |
|---|---|---|---|
| Noonan, E M | 1.75 | $ 325 | $ 568.75 |
| Total Professional Services | 1.75 | | $ 568.75 |

Total Professional Services and Disbursements for this Matter $ 568.75

ADLER POLLOCK & SHEEHAN P.C.

Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Telephone (401) 274-7200
Fax (401) 751-0604

175 Federal Street
Boston, MA 02110
Telephone (617) 482-0600
Fax (617) 482-0604

EI # 05-0343749

City of Central Falls and Mayor Charles D. Moreau
John Kuzmiski, Finance Dir.
City Hall, 580 Broad Street
Central Falls, RI 02863

| | |
|---|---|
| Invoice Date: | December 22, 2005 |
| Invoice Number: | 317904 |
| Client Number: | 400034 |

**002 Police Chief Thomas Wilson**

| | |
|---|---|
| Current Fees | $ 500.00 |
| Current Disbursements | 0.00 |
| Total | 500.00 |

Please remit this page with your payment to:

Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

Amount Enclosed ____________

*Invoices are Payable Upon Receipt*

ADLER POLLOCK & SHEEHAN P.C.

Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Telephone (401) 274-7200
Fax (401) 751-0604

175 Federal Street
Boston, MA 02110
Telephone (617) 482-0699
Fax (617) 482-0604

EI # 05-0343749

City of Central Falls and Mayor Charles D. Moreau
John Kuzmiski, Finance Dir.
City Hall, 580 Broad Street
Central Falls, RI 02863

| | |
|---|---|
| Invoice Date: | December 22, 2005 |
| Invoice Number: | 317904 |
| Client Number: | 400034 |

For Professional Services Rendered:

**002 - Police Chief Thomas Wilson**

For Legal Services in Response to Auditor's Request for Opinion Including Firm-Wide Information Request, Description of Pending Litigation, Drafting and Approval of Opinion and Delivery of Response.

| | |
|---|---|
| Total Professional Services and Disbursements for this Matter | $ 500.00 |

ADLER POLLOCK & SHEEHAN P.C.

Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Telephone (401) 274-7200
Fax (401) 751-0604

175 Federal Street
Boston, MA 02110
Telephone (617) 482-0600
Fax (617) 482-0604

EI # 05-0343749

City of Central Falls
The Honorable Charles D. Moreau
Mayor of Central Falls
PERSONAL & CONFIDENTIAL
580 Broad Street
Central Falls, RI 02863

| | |
|---|---|
| Invoice Date: | September 25, 2006 |
| Invoice Number: | 327976 |
| Client Number: | 400034 |

**002 Police Chief Thomas Wilson**

| | |
|---|---|
| Current Fees | $ 4,200.00 |
| Current Disbursements | 13.82 |
| Total Amount Due | $ 4,213.82 |

Please remit this page with your payment to:

Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

Amount Enclosed ____________

*Invoices are Payable Upon Receipt*

ADLER POLLOCK & SHEEHAN P.C.

Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Telephone (401) 274-7200
Fax (401) 751-0604

175 Federal Street
Boston, MA 02110
Telephone (617) 482-0699
Fax (617) 482-0604

EI # 05-0343749

City of Central Falls
The Honorable Charles D. Moreau
Mayor of Central Falls
PERSONAL & CONFIDENTIAL
580 Broad Street
Central Falls, RI 02863

| | |
|---|---|
| Invoice Date: | September 25, 2006 |
| Invoice Number: | 327976 |
| Client Number: | 400034 |

For Professional Services Rendered:

**002 - Police Chief Thomas Wilson**

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 08/04/06 | Noonan, E M | Attention to Decision of Judge Lagueux; conference with Mayor Moreau, City Solicitors, co-counsel and media; correspondence to clients re: summary. | 3.50 | $ 1,225.00 |
| 08/07/06 | Noonan, E M | Attention to Judge Lagueux's decision; conference with City Solicitor and media (T. Pina) re: same; attention to notice re: pretrial conference. | 1.00 | 350.00 |
| 08/08/06 | Noonan, E M | Correspondence with co-counsel re: attorneys' fees and pretrial issues. | 0.50 | 175.00 |
| 08/09/06 | Noonan, E M | Conference with David Casey of Pawtucket Times re: status; conference with client re: attorney fees. | 0.50 | 175.00 |
| 08/15/06 | Noonan, E M | Review of decision re: outstanding claims and representation of Mayor Moreau; Conference with Attorney Jack Gannon and Ray. Cooney re: decision. | 0.75 | 262.50 |
| 08/16/06 | Noonan, E M | Attention to settlement conference; conference with solicitor re: status of representation. | 0.25 | 87.50 |

AP&S | ADLER POLLOCK & SHEEHAN P.C.

Bill Number: 327976
Bill Date: 09/25/06


| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 08/22/06 | Noonan, E M | Attention to settlement conference; review of depositions of Police Officers Guindon and Brayall; conference with client and co-counsel re: upcoming executive session with City Council. | 2.50 | 875.00 |
| 08/23/06 | Noonan, E M | Correspondence with co-counsel re: upcoming executive session with city council. | 0.25 | 87.50 |
| 08/24/06 | Noonan, E M | Conference with co-counsel re: upcoming City Council meeting; Attention to court filings. | 0.50 | 175.00 |
| 08/25/06 | Noonan, E M | Attention to rescheduled settlement conference. | 0.25 | 87.50 |
| 08/28/06 | Noonan, E M | Prepare for and attend Town Council meeting; conference with co-counsel (Marc DeSisto) re: strategy. | 1.50 | 525.00 |
| 08/29/06 | Noonan, E M | Correspondence with Attorney Daniels re: Donald D. Twohig re: employment claim; Attention to pre-trial order. | 0.50 | 175.00 |
| Total Professional Services | | | 12.00 | $ 4,200.00 |

| **Disbursements** | | **Total** |
|---|---|---|
| 08/07/06 | Messenger Services | 13.82 |
| Total Disbursements | | $ 13.82 |

| **Timekeeper Summary** | **Hours** | **Rate** | **Total** |
|---|---|---|---|
| Noonan, E M | 12.00 | $ 350 | $ 4,200.00 |
| Total Professional Services | 12.00 | | $ 4,200.00 |

Total Professional Services and Disbursements for this Matter $ 4,213.82

ADLER POLLOCK & SHEEHAN P.C.

Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Telephone (401) 274-7200
Fax (401) 751-0604

175 Federal Street
Boston, MA 02110
Telephone (617) 482-0600
Fax (617) 482-0604

EI # 05-0343749

City of Central Falls
The Honorable Charles D. Moreau
Mayor of Central Falls
PERSONAL & CONFIDENTIAL
580 Broad Street
Central Falls, RI 02863

| | |
|---|---|
| Invoice Date: | October 16, 2006 |
| Invoice Number: | 328978 |
| Client Number: | 400034 |

**002 Police Chief Thomas Wilson**

| | |
|---|---|
| Current Fees | $ 2,975.00 |
| Current Disbursements | 0.00 |
| Total | 2,975.00 |
| Previous Balance (see attached statement) | 4,213.82 |
| Total Amount Due | $ 7,188.82 |

Please remit this page with your payment to:

Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

Amount Enclosed ______________

*Invoices are Payable Upon Receipt*

ADLER POLLOCK & SHEEHAN P.C.

Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Telephone (401) 274-7200
Fax (401) 751-0604

175 Federal Street
Boston, MA 02110
Telephone (617) 482-0600
Fax (617) 482-0604

EI # 05-0343749

City of Central Falls
The Honorable Charles D. Moreau
Mayor of Central Falls
PERSONAL & CONFIDENTIAL
580 Broad Street
Central Falls, RI 02863

| | |
|---|---|
| Invoice Date: | October 16, 2006 |
| Invoice Number: | 328978 |
| Client Number: | 400034 |

## Statement of Account

**002 Police Chief Thomas Wilson**

Our records indicate that the following invoice(s) are outstanding as of October 16, 2006.

| Invoice Number | Invoice Date | Original Amount | Credits | Balance Due |
|---|---|---|---|---|
| 327976 | 09/25/06 | 4,213.82 | 0.00 | 4,213.82 |
| | | | **Outstanding Balance** | $ 4,213.82 |

ADLER POLLOCK & SHEEHAN P.C.

Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Telephone (401) 274-7200
Fax (401) 751-0604

175 Federal Street
Boston, MA 02110
Telephone (617) 482-0699
Fax (617) 482-0604

EI # 05-0343749

City of Central Falls
The Honorable Charles D. Moreau
Mayor of Central Falls
PERSONAL & CONFIDENTIAL
580 Broad Street
Central Falls, RI 02863

| | |
|---|---|
| Invoice Date: | October 16, 2006 |
| Invoice Number: | 328978 |
| Client Number: | 400034 |

For Professional Services Rendered:

**002 - Police Chief Thomas Wilson**

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 09/01/06 | Noonan, E M | Review pre-trial memorandum and settlement conference statement; correspondence with Attorney K. Daniels re: same; review plaintiffs' pre-trial memorandum and settlement conference statement. | 1.00 | $ 350.00 |
| 09/05/06 | Noonan, E M | Review pretrial memorandum and conference with Attorney Mark DeSisto re: offer of judgment. | 0.50 | 175.00 |
| 09/07/06 | Noonan, E M | Conference with Attorney Michael DeSisto re: settlement and offer of judgment. | 0.25 | 87.50 |
| 09/08/06 | Noonan, E M | Attention to pretrial memoranda; attention to settlement proposal by plaintiffs. | 1.00 | 350.00 |
| 09/18/06 | Noonan, E M | Prepare for upcoming settlement conference; review of mediation statements and pretrial order. | 0.50 | 175.00 |
| 09/19/06 | Noonan, E M | Attend settlement conference and pretrial conference; conference with co-counsel re: same; file entry of appearance. | 2.00 | 700.00 |
| 09/22/06 | Noonan, E M | Attention to plaintiffs' settlement statement and motion in limine. | 0.50 | 175.00 |

AP&S | ADLER POLLOCK & SHEEHAN P.C.



| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 09/26/06 | Noonan, E M | Conference with M. DeSisto re: upcoming trial and review of notice from Court re: denial of motion for extension of time and jury impanelment. | 0.75 | 262.50 |
| 09/29/06 | Noonan, E M | Attention to trial preparation; meeting with Attorney M. DeSisto and review of motions re: motion in limine filed by plaintiffs. | 2.00 | 700.00 |
| Total Professional Services | | | 8.50 | $ 2,975.00 |

| Timekeeper Summary | Hours | Rate | Total |
|---|---|---|---|
| Noonan, E M | 8.50 | $ 350 | $ 2,975.00 |
| Total Professional Services | 8.50 | | $ 2,975.00 |

Total Professional Services and Disbursements for this Matter $ 2,975.00

ADLER POLLOCK & SHEEHAN P.C.

Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Telephone (401) 274-7200
Fax (401) 751-0604

175 Federal Street
Boston, MA 02110
Telephone (617) 482-0600
Fax (617) 482-0604

EI # 05-0343749

City of Central Falls
The Honorable Charles D. Moreau
Mayor of Central Falls
PERSONAL & CONFIDENTIAL
580 Broad Street
Central Falls, RI 02863

| | |
|---|---|
| Invoice Date: | November 14, 2006 |
| Invoice Number: | 329922 |
| Client Number: | 400034 |

**002 Police Chief Thomas Wilson**

| | |
|---|---|
| Current Fees | $ 19,950.00 |
| Current Disbursements | 23.59 |
| Total | 19,973.59 |
| Previous Balance (see attached statement) | 2,975.00 |
| Total Amount Due | $ 22,948.59 |

Please remit this page with your payment to:

Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

Amount Enclosed ____________

*Invoices are Payable Upon Receipt*

ADLER POLLOCK & SHEEHAN P.C.

Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Telephone (401) 274-7200
Fax (401) 751-0604

175 Federal Street
Boston, MA 02110
Telephone (617) 482-0600
Fax (617) 482-0604

EI # 05-0343749

City of Central Falls
The Honorable Charles D. Moreau
Mayor of Central Falls
PERSONAL & CONFIDENTIAL
580 Broad Street
Central Falls, RI 02863

| | |
|---|---|
| Invoice Date: | November 14, 2006 |
| Invoice Number: | 329922 |
| Client Number: | 400034 |

## Statement of Account

**002 Police Chief Thomas Wilson**

Our records indicate that the following invoice(s) are outstanding as of November 14, 2006.

| Invoice Number | Invoice Date | Original Amount | Credits | Balance Due |
|---|---|---|---|---|
| 328978 | 10/16/06 | 2,975.00 | 0.00 | 2,975.00 |
| | | | **Outstanding Balance** | $ 2,975.00 |

ADLER POLLOCK & SHEEHAN P.C.

Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Telephone (401) 274-7200
Fax (401) 751-0604

175 Federal Street
Boston, MA 02110
Telephone (617) 482-0699
Fax (617) 482-0604

EI # 05-0343749

City of Central Falls
The Honorable Charles D. Moreau
Mayor of Central Falls
PERSONAL & CONFIDENTIAL
580 Broad Street
Central Falls, RI 02863

| | |
|---|---|
| Invoice Date: | November 14, 2006 |
| Invoice Number: | 329922 |
| Client Number: | 400034 |

For Professional Services Rendered:

**002 - Police Chief Thomas Wilson**

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 10/02/06 | Noonan, E M | Review plaintiffs' motions in limine. | 0.50 | $ 175.00 |
| 10/03/06 | Noonan, E M | Attention to trial issues and objections to motions in limine. | 0.50 | 175.00 |
| 10/04/06 | Noonan, E M | Prepare for meeting with clients; review of case law and depositions; correspondence with Attorney DiSisto re: witnesses. | 2.50 | 875.00 |
| 10/05/06 | Noonan, E M | Attention to trial preparation; meeting with client (Mayor Moreau) and Attorney Marc DeSisto. | 2.50 | 875.00 |
| 10/06/06 | Noonan, E M | Review Julia Iacono deposition transcripts; correspondence with Attorney Lee Blais re: subpoena of Julia Iacono. | 2.00 | 700.00 |
| 10/09/06 | Noonan, E M | Correspondence with Attorney C. Blais and M. DeSisto re: trial subpoenae. | 0.25 | 87.50 |
| 10/10/06 | Noonan, E M | Correspondence with Attorneys L. Blais and M. DeSisto re: trial subpoenas. | 0.25 | 87.50 |
| 10/11/06 | Noonan, E M | Attnetion to R. Luke subpoena and conference with Attorney J. Codega re: same; Conference with Julia Iacino | 0.75 | 262.50 |

AP&S | ADLER POLLOCK & SHEEHAN P.C.

Bill Number: 329922
Bill Date: 11/14/06


| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| | | re: trial preparation. | | |
| 10/12/06 | Noonan, E M | Review of objection to motion in limine, outline Iacono and Moreau testimony. | 3.00 | 1,050.00 |
| 10/13/06 | Noonan, E M | Trial preparation, including meeting with Mayor Moreau and Jack Gannon, prep witness testimony. | 3.50 | 1,225.00 |
| 10/16/06 | Noonan, E M | Attention to trial preparation; meeting with Julia Iacono; attendance at control calendar call; review Plaintiff's revised exhibit list. | 5.00 | 1,750.00 |
| 10/17/06 | Noonan, E M | Prepare for and attend jury selection. | 4.00 | 1,400.00 |
| 10/18/06 | Noonan, E M | Prepare for and attend trial. | 10.00 | 3,500.00 |
| 10/19/06 | Noonan, E M | Prepare for and attend trial; review DVD of Glenn Medeiros Show; prep objections to introduction of same; prep Iacono and Moreau testimony. | 7.00 | 2,450.00 |
| 10/20/06 | Noonan, E M | Prepare for direct examination of Julia Iacono and Mayor Moreau, attend trial. | 10.00 | 3,500.00 |
| 10/23/06 | Noonan, E M | Attendance at trial. | 2.50 | 875.00 |
| 10/24/06 | Noonan, E M | Prepare for and attend trial. | 2.25 | 787.50 |
| 10/26/06 | Noonan, E M | Review judgment and attention to attorneys' fees. | 0.50 | 175.00 |
| Total Professional Services | | | 57.00 | $ 19,950.00 |

| Disbursements | | Total |
|---|---|---|
| 10/04/06 | Messenger Services | 13.46 |
| 10/12/06 | Messenger Services | 10.13 |
| Total Disbursements | | $ 23.59 |

| Timekeeper Summary | Hours | Rate | Total |
|---|---|---|---|

AP&S | ADLER POLLOCK & SHEEHAN P.C.

Bill Number: 329922
Bill Date: 11/14/06


| | | | |
|---|---|---|---|
| Noonan, E M | 57.00 | $ 350 | $ 19,950.00 |
| Total Professional Services | 57.00 | | $ 19,950.00 |

| | |
|---|---|
| Total Professional Services and Disbursements for this Matter | $ 19,973.59 |

# EXHIBIT B

11/14/2006
3:29 PM
Time Class: B Value: Base
Realization on Billed Amount
Parameter Set: FEES_WORK

Adler Pollock & Sheehan P.C.
**Fee Billing Realization**
Period: Beginning of Time to End of Time

Report: MGMT01
Req'd By: rfl
Currency: USD

| | Base Hours Billed | Value Relieved | Value Billed | Variance Amount | Variance % | Effective Relieved Rate | Effective Billed Rate | Write-Offs | Adjusted Variance | Adj Real % |
|---|---|---|---|---|---|---|---|---|---|---|
| 0094 Noonan, E M | | | | | | | | | | |
| Tkpr Tot: 0094 | 268.00 | $86,743.75 | $88,077.63 | $1,333.88 | 101.54 | $323.67 | $328.65 | $827.63 | $506.25 | 100.58 |
| 0118 Dowling, S T | | | | | | | | | | |
| Tkpr Tot: 0118 | 1.50 | $487.50 | $497.37 | $9.87 | 102.02 | $325.00 | $331.58 | $172.37 | ($162.50) | 66.67 |
| 0130 Rocha, P K | | | | | | | | | | |
| Tkpr Tot: 0130 | 1.25 | $437.50 | $437.50 | | 100.00 | $350.00 | $350.00 | | | 100.00 |
| 0208 Dumaine, P R | | | | | | | | | | |
| Tkpr Tot: 0208 | 1.75 | $175.00 | | ($175.00) | | $100.00 | | | ($175.00) | |
| 0209 Paolino, E F | | | | | | | | | | |
| Tkpr Tot: 0209 | 1.00 | $100.00 | $50.00 | ($50.00) | 50.00 | $100.00 | $50.00 | | ($50.00) | 50.00 |
| 0226 Chittick, M D | | | | | | | | | | |
| Tkpr Tot: 0226 | 78.00 | $17,725.00 | $16,562.50 | ($1,162.50) | 93.44 | $227.24 | $212.34 | | ($1,162.50) | 93.44 |
| 0232 Pickett, E P | | | | | | | | | | |
| Tkpr Tot: 0232 | 1.00 | $140.00 | | ($140.00) | | $140.00 | | | ($140.00) | |
| 0239 Tallman, B A | | | | | | | | | | |
| Tkpr Tot: 0239 | 1.00 | $140.00 | | ($140.00) | | $140.00 | | | ($140.00) | |
| 0253 LaPorte, J J | | | | | | | | | | |
| Tkpr Tot: 0253 | 51.75 | $9,762.50 | $9,762.50 | | 100.00 | $188.65 | $188.65 | | | 100.00 |
| 0339 Berryman, E E | | | | | | | | | | |
| Tkpr Tot: 0339 | 2.25 | $320.00 | $245.00 | ($75.00) | 76.56 | $142.22 | $108.89 | | ($75.00) | 76.56 |
| 0487 Earp, T C | | | | | | | | | | |
| Tkpr Tot: 0487 | 0.50 | $37.50 | | ($37.50) | | $75.00 | | | ($37.50) | |
| Report Total: | 408.00 | $116,068.75 | $115,632.50 | ($436.25) | 99.62 | $284.48 | $283.41 | $1,000.00 | ($1,436.25) | 98.76 |

Start Time: 3:29 PM
End Time: 3:29 PM

# EXHIBIT C

| Client | Matter | Bill # | Bill Type | Date | * Status | Total Billed | Fees Billed | Hard Billed | Soft Billed |
|---|---|---|---|---|---|---|---|---|---|
| 400034 | 2 | 301777 | M | 5/26/2004 | S | $7,351.25 | $7,351.25 | $0.00 | $0.00 |
| 400034 | 2 | 301977 | M | 6/9/2004 | S | $13,931.77 | $12,025.00 | $61.60 | $1,845.17 |
| 400034 | 2 | 303369 | M | 7/14/2004 | S | $7,794.36 | $6,812.50 | $0.00 | $981.86 |
| 400034 | 2 | 304048 | M | 8/13/2004 | S | $3,311.72 | $2,231.25 | $0.00 | $1,080.47 |
| 400034 | 2 | 304740 | M | 9/8/2004 | S | $1,893.75 | $1,893.75 | $0.00 | $0.00 |
| 400034 | 2 | 306434 | M | 10/18/2004 | S | $2,989.00 | $2,975.00 | $14.00 | $0.00 |
| 400034 | 2 | 307061 | M | 11/8/2004 | S | $9,829.72 | $9,475.00 | $0.00 | $354.72 |
| 400034 | 2 | 307918 | M | 12/10/2004 | S | $4,781.25 | $4,781.25 | $0.00 | $0.00 |
| 400034 | 2 | 308273 | M | 12/23/2004 | S | $500.00 | $500.00 | $0.00 | $0.00 |
| 400034 | 2 | 308807 | M | 1/13/2005 | S | $716.71 | $675.00 | $9.50 | $32.21 |
| 400034 | 2 | 309320 | M | 2/9/2005 | S | $4,450.00 | $4,450.00 | $0.00 | $0.00 |
| 400034 | 2 | 311085 | M | 4/11/2005 | S | $19,093.75 | $19,093.75 | $0.00 | $0.00 |
| 400034 | 2 | 312534 | M | 6/8/2005 | S | $11,563.39 | $11,031.25 | $299.35 | $232.79 |
| 400034 | 2 | 313397 | M | 7/11/2005 | S | $2,705.55 | $2,681.25 | $24.30 | $0.00 |
| 400034 | 2 | 313997 | M | 7/27/2005 | S | $1,079.00 | $0.00 | $1,079.00 | $0.00 |
| 400034 | 2 | 315860 | M | 10/14/2005 | S | $1,462.50 | $1,462.50 | $0.00 | $0.00 |
| 400034 | 2 | 317742 | M | 12/13/2005 | S | $568.75 | $568.75 | $0.00 | $0.00 |
| 400034 | 2 | 317904 | M | 12/22/2005 | S | $500.00 | $500.00 | $0.00 | $0.00 |
| 400034 | 2 | 327976 | M | 9/25/2006 | S | $4,213.82 | $4,200.00 | $13.82 | $0.00 |
| 400034 | 2 | 328978 | M | 10/16/2006 | O | $2,975.00 | $2,975.00 | $0.00 | $0.00 |
| 400034 | 2 | 329922 | M | 11/14/2006 | O | $19,973.59 | $19,950.00 | $23.59 | $0.00 |
| | | | | | | | $115,632.50 | $1,525.16 | $4,527.22 |
| | | | | | | $121,684.88 | | | $121,684.88 |

# EXHIBIT D

| Client | Matter | Bill # | Bill Type | Date | * Status | Total Billed | Total A/R |
|---|---|---|---|---|---|---|---|
| 400034 | 2 | 301777 | M | 5/26/2004 | S | $7,351.25 | $0.00 |
| 400034 | 2 | 301977 | M | 6/9/2004 | S | $13,931.77 | $0.00 |
| 400034 | 2 | 303369 | M | 7/14/2004 | S | $7,794.36 | $0.00 |
| 400034 | 2 | 304048 | M | 8/13/2004 | S | $3,311.72 | $0.00 |
| 400034 | 2 | 304740 | M | 9/8/2004 | S | $1,893.75 | $0.00 |
| 400034 | 2 | 306434 | M | 10/18/2004 | S | $2,989.00 | $0.00 |
| 400034 | 2 | 307061 | M | 11/8/2004 | S | $9,829.72 | $0.00 |
| 400034 | 2 | 307918 | M | 12/10/2004 | S | $4,781.25 | $0.00 |
| 400034 | 2 | 308273 | M | 12/23/2004 | S | $500.00 | $0.00 |
| 400034 | 2 | 308807 | M | 1/13/2005 | S | $716.71 | $0.00 |
| 400034 | 2 | 309320 | M | 2/9/2005 | S | $4,450.00 | $0.00 |
| 400034 | 2 | 311085 | M | 4/11/2005 | S | $19,093.75 | $0.00 |
| 400034 | 2 | 312534 | M | 6/8/2005 | S | $11,563.39 | $0.00 |
| 400034 | 2 | 313397 | M | 7/11/2005 | S | $2,705.55 | $0.00 |
| 400034 | 2 | 313997 | M | 7/27/2005 | S | $1,079.00 | $0.00 |
| 400034 | 2 | 315860 | M | 10/14/2005 | S | $1,462.50 | $0.00 |
| 400034 | 2 | 317742 | M | 12/13/2005 | S | $568.75 | $0.00 |
| 400034 | 2 | 317904 | M | 12/22/2005 | S | $500.00 | $0.00 |
| 400034 | 2 | 327976 | M | 9/25/2006 | S | $4,213.82 | $0.00 |
| 400034 | 2 | 328978 | M | 10/16/2006 | O | $2,975.00 | $2,975.00 |
| 400034 | 2 | 329922 | M | 11/14/2006 | O | $19,973.59 | $19,973.59 |
| | | | | | | $121,684.88 | $22,948.59 |