UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS WILSON, DONALD P. TWOHIG, DONALD D. TWOHIG and THOMAS SHANNAHAN, Plaintiffs | : | |
| vs. | : | C.A. No. 03-575L |
| CHARLES D. MOREAU, in his individual capacity and in his capacity as agent for the City of Central Falls; JOHN P. KUZMISKI, in his capacity as finance director and treasurer of the City of Central Falls; RICHARD B BESSETTE, individually and in his capacity as agent for the City of Central Falls; MARTIN JOYCE, Individually and in his capacity as Acting Personnel Specialist of the City of Central Falls; RAYMOND COONEY, individually and in his capacity as City Solicitor of the City of Central Falls; ALBERTO CARDONA, individually and in his capacity as agent for the City of Central Falls; KEVIN GUINDON, individually and in his capacity as a Central Falls Police Officer; MARK BRAYALL, Individually and in his capacity as a Central Falls Police officer, Defendants | : | |

**PLAINTIFFS' NOTICE OF APPEAL**

The final Order and Judgment having entered in this case on November 1, 2006 and having been filed on November 2, 2006, Plaintiffs herewith give their timely notice of appeal to the United States Court of Appeals, First Circuit as follows:

**Count Five – 42 USC 1983**

Plaintiff Wilson takes his appeal from judgment for Defendant Moreau.

**Count Six – 42 USC 1983**

All Plaintiffs take their appeal from judgment for Defendants Kuzmiski, Moreau, Joyce and Bessette.

Additionally, Plaintiff Donald P. Twohig takes his appeal from judgment for Defendants Cooney and Brayall.

Additionally, Plaintiff Donald D. Twohig takes his appeal from judgment for Defendant Cardona.

**Count Seven – Defamation**

Plaintiffs Donald P. Twohig and Donald D. Twohig take their appeal from judgment for Defendants Kuzmiski and Moreau.

**Count Eight – Invasion of Privacy**

Plaintiffs Donald P. Twohig and Donald D. Twohig take their appeal from judgment for Defendants Kuzmiski and Moreau.

Additionally, Plaintiff Donald P. Twohig takes his appeal from judgment for Defendants Cooney and Bessette.

Additionally, Plaintiff Donald D. Twohig takes his appeal from judgment for Defendant Cardona

**Count Nine -- Infliction of Emotional Distress**

Plaintiffs Donald D. Twohig and Donald P. Twohig take their appeal from judgment for all Defendants except Defendant Guindon.

**Count Ten – State Computer Crimes**

Plaintiff Donald P. Twohig takes his appeal from judgment for Defendants Moreau and Brayall.

RESPECTFULLY SUBMITTED,
PLAINTIFFS
By Their Attorneys,

Sara M. Quinn, Esq. #2798
QUINN & QUINN, L.L.P.
179 Sisson Street
Providence, Rhode Island 02903
401 621-7087
smquinn@cox.net

Leon A. Blais, Esq.
BLAIS PARENT & QUINN
Suite 300
20 Cabot Blvd.
Mansfield, MA 02048
508 618-1280
617 812-0459
LBlais@BlaisParent.com

***Certification***

I herewith certify that on November 16, 2006 I served a copy of the foregoing Notice of Appeal, first class postage prepaid, to:

Elizabeth Noonan, Esq.
Adler, Pollack and Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

Marc DeSisto, Esq.
Michael DeSisto, Esq.
206 Angell Street
Providence, RI 02903

Leon A. Blais