**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **THOMAS WILSON, et al.** | : | |
| **Plaintiffs** | : | |
| **v.** | : | **C.A. No. 03-575L** |
| **CHARLES D. MOREAU, et al.** | : | |
| **Defendants.** | : | |

**AFFIDAVIT OF J. RICHARD RATCLIFFE**

I, J. Richard Ratcliffe, being first duly sworn on oath, hereby depose and say that:

1) I am an attorney licensed to practice law in the State of Rhode Island since 1981. I have been engaged in the practice of law full time since 1983. I have focused my practice on civil and criminal trials and appellate practice and am currently the managing partner at Ratcliffe, Burke Harten & Elias, LLP.

2) In the course of my practice, I have had experience in the defense and prosecution of Federal Civil Rights actions in both the Rhode Island and Massachusetts District Courts.

3) In the course of my practice and experience, I have become familiar with the hourly rates charged by attorneys in Rhode Island.

4) I have served as an expert witness regarding attorneys' fees' petitions in the past and have had the opportunity to learn the hourly rates charged by those attorneys in the matters that I reviewed.

5) My clients in this engagement are the Defendants Charles D. Moreau, John P. Kuzmiski, Richard B. Bessette, Martin Joyce, Raymond Cooney, Alberto Cardona, Kevin Guindon and Mark Brayall.

6) I am aware that the Defendants were employees or contractors of the City of Central Falls ("City").

7) I was approached concerning engagement by the one of the City's attorneys in this case, Adler Pollock & Sheehan P.C. ("AP&S), AP&S has asked me to render an expert opinion in accordance with Local Rule 54.1 regarding the fee customarily charged in the locality for similar legal services. Aside from rendering this limited opinion, I am a disinterested party in this litigation.

8) AP&S has asked me to render an expert opinion concerning the reasonableness of the hourly rates charged as part of the attorneys' fees claimed by DeSisto Law Office for its representation of the City as set forth in the Affidavit of Marc DeSisto ("DeSisto Affidavit") and the attorneys' fees claimed by AP&S for its representation of the City as set forth in the Affidavit of Elizabeth McDonough Noonan ("Noonan Affidavit").

9) I have reviewed the DeSisto Affidavit and DeSisto Law bills, the Noonan Affidavit and the AP&S bills, the First Amended Complaint, *Wilson, et al. v. Moreau, et al.*, 440 F. Supp. 2d 81 (D.R.I. 2006) and the Order and Judgment entered on November 2, 2006.

10) My professional opinion is that hourly rates of between $250 and $300 per hour are customarily charged for federal trial work in Rhode Island. In my experience and based upon my awareness of the fees typically charged by experienced trial attorneys, $300 per hour is at the upper end of what is customarily charged for work.

11) A review of the relevant case law reveals that as of 2004, the Rhode Island Federal Court concluded that the appropriate rate was $225 per hour for a well-established, highly regarded trial attorney in the Rhode Island legal community. *Rhode Island Medical Society v. Whitehouse*, 323 F. Supp. 2d 283, 294 & 316 (D. R.I. 2004) (upholding Magistrate

Judge Lovegreen's decision to award maximum of $225 per hour), *Estates of Ungar and Ungar Ex Rel Strachman v. Palestinian Authority*, 325 F. Supp. 2d 15, 68-69 (D.R.I. 2004) (Report and Recommendation of Magistrate Judge Martin). I am not aware of a subsequent federal case in Rhode Island addressing the hourly rates for attorneys.

12) The hourly rates charged for Attorneys Marc DeSisto, Michael DeSisto and Kathleen Daniels of $125, $115 and $115, respectively, per hour are below the rates accepted by the Federal Court in 2004, and are below the rate customarily charged in the area.

13) The hourly rates charged for Attorney Noonan of $300, $325 and $350 (rates for 2004, 2005 and 2006) are at or slightly above the upper limit of what is customarily charged in the area for this type of work, but consistent with the prevailing rates charged by law firms in Rhode Island similar to AP&S. In fee shifting cases, based on the above cited case law, it may be appropriate to discount such rates.

14) Based on the foregoing, my opinion is that the hourly rates charged by the Attorneys for the City are consistent with the fees customarily charged in the locality for similar

legal services considering that DeSisto Law's rates are below market rate and AP&S' rates are slightly above the rate for fee shifting cases.

J. Richard Ratcliffe

State of Rhode Island
County of Providence

Subscribed and sworn to before me at Providence this 17 th day of November, 2006.

Notary Public
My Commission Expires: 7/27/10

# CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within document has been filed electronically on this 15th day of November, 2006 and is available for viewing and downloading from the ECF system.

Marc DeSisto, Esq.
Michael DeSisto, Esq.
206 Angell Street
Providence, RI 02903

Leon A. Blais, Esq.
Sara M. Quinn, Esq.
Cabot Business Park
20 Cabot Boulevard
Mansfield, MA 02048

/s/ Elizabeth McDonough Noonan

*399863_1.doc*