UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THOMAS WILSON, DONALD P. TWOHIG, DONALD D. TWOHIG and THOMAS SHANNAHAN, Plaintiffs | |
| vs. | C.A. No. 03-575L |
| CHARLES D. MOREAU, in his individual capacity and in his capacity as agent for the City of Central Falls; JOHN P. KUZMISKI, in his capacity as finance director and treasurer of the City of Central Falls; RICHARD B BESSETTE, individually and in his capacity as agent for the City of Central Falls; MARTIN JOYCE, Individually and in his capacity as Acting Personnel Specialist of the City of Central Falls; RAYMOND COONEY, individually and in his capacity as City Solicitor of the City of Central Falls; ALBERTO CARDONA, individually and in his capacity as agent for the City of Central Falls; KEVIN GUINDON, individually and in his capacity as a Central Falls Police Officer; MARK BRAYALL, Individually and in his capacity as a Central Falls Police officer, Defendants | |

**ASSENTED MOTION BY PLAINTIFFS FOR CONTINUANCE OF HEARING ON MOTION FOR FEES**

Plaintiffs hereby file their assented motion to continue the hearing on Motion for Fees presently scheduled for January 11, 2007 at 11:00 am.

This motion has been assented to by counsel for Defendants who are the moving parties.

Plaintiffs' counsel, Attorney Leon Blais, had previously scheduled a family vacation.

Attorney Blais is available after January 22, 2007 on any dates other than January 24,

2007 and January 31, 2007 on which other court appearances have been docketed.

RESPECTFULLY SUBMITTED,
PLAINTIFFS
By Their Attorneys,

/s/ Sara M. Quinn

QUINN & QUINN, L.L.P.
179 Sisson Street
Providence, Rhode Island 02903
401 621-7087
smquinn@cox.net

/s/ Leon A. Blais

Leon A. Blais, Esq.
BLAIS PARENT & QUINN
Suite 300
20 Cabot Blvd.
Mansfield, MA 02048
508 618-1280
617 812-0459
LBlais@BlaisParent.com

***Certification***

I herewith certify that on December 21, 2006 a true copy of the within document as been filed electronically and is available for viewing and downloading from the ECF System.

Elizabeth Noonan, Esq.
Adler, Pollack and Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
enoonan@apslaw.com

Marc DeSisto, Esq.
Michael DeSisto, Esq.
206 Angell Street
Providence, RI 02903
marc@desistolaw.com

____________________________
Sara M. Quinn