MANDATE

03-00575
USDCRI
Judge Lagueux

# United States Court of Appeals
## For the First Circuit

---

No. 06-2630

THOMAS WILSON; DONALD P. TWOHIG;
DONALD D. TWOHIG; THOMAS SHANNAHAN,

Plaintiffs, Appellants,

v.

CHARLES D. MOREAU, individually and as Agent for the City of Central Falls; JOHN KUZMISKI, in his capacity as Finance Director and Treasurer of the City of Central Falls; RICHARD B. BESSETTE, individually and in his capacity as Agent for the City of Central Falls; MARTIN JOYCE, individually and as Acting Personnel Specialist for the City of Central Falls; RAYMOND COONEY, individually and in his capacity as City Solicitor for the City of Central Falls; ALBERTO CARDONA, individually and in his capacity as Agent for the City of Central Falls; KEVIN GUINDON, individually and in his official capacity as a Police Officer for the City of Central Falls; MARK BRAYALL, individually and in his official capacity as Police Officer for the City of Central Falls,

Defendants, Appellees.

---

ROBERT LUKE, individually and in his capacity as an employee of IT Systems, LTD; IT SYSTEMS LTD., a Rhode Island Corporation,

Defendants.

---

**JUDGMENT**

Entered: June 29, 2007

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

By the Court:

RICHARD CUSHING DONOVAN

Richard Cushing Donovan, Clerk

Certified and Issued as Mandate under Fed. R. App. R 41.

Richard Cushing Donovan, Clerk

M. [signature]

Deputy Clerk

Date: 7/23/07

[cc: Leon A. Blais, Esq., Sara M. Quinn, Esq., Marc DeSisto, Esq, Michael A. DeSisto, Esq., Kathleen M. Daniels, Esq., Elizabeth M. MCDonough Noonan, Esq.]