**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **THOMAS WILSON, et al.** | : | |
| | : | |
| **Plaintiffs** | : | |
| | : | |
| **v.** | : | **C.A. No. 03-575L** |
| | : | |
| **CHARLES D. MOREAU, et al.** | : | |
| | : | |
| **Defendants.** | : | |

**DEFENDANTS CHARLES D. MOREAU, JOHN P. KUZMISKI, RICHARD B. BESSETTE, MARTIN JOYCE, RAYMOND COONEY, ALBERTO CARDONA, KEVIN GUINDON AND MARK BRAYALL'S OBJECTION TO PLAINTIFFS' MOTION TO STRIKE THEIR SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR ATTORNEYS' FEES PURSUANT TO RULE 54(d)(2)(B)AND 42 U.S.C. § 1988**

Defendants Charles D. Moreau, John P. Kuzmiski, Martin Joyce, Raymond Cooney, Alberto Cardona, Kevin Guindon and Mark Brayall hereby object to Plaintiffs' Motion to Strike their Supplemental Memorandum of Law in Support of their Motion for Attorneys' Fees Pursuant to Rule 54(d)(2)(B) and 42 U.S.C. § 1988. The basis for this Objection is set forth in the Memorandum of Law filed contemporaneously herewith.

Respectfully submitted,

/s/ Elizabeth McDonough Noonan
ELIZABETH McDonough NOONAN (#4226)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903-1345
enoonan@apslaw.com
Tel: (401) 274-7200
Fax: (401) 351-4607
Date: October 22, 2007

**CERTIFICATION OF SERVICE**

I hereby certify that a true copy of the within document has been filed electronically on this 22nd day of October, 2007 and is available for viewing and downloading from the ECF system.

Marc DeSisto, Esq.
Michael DeSisto, Esq.
206 Angell Street
Providence, RI 02903

Leon A. Blais, Esq.
Sara M. Quinn, Esq.
Cabot Business Park
20 Cabot Boulevard
Mansfield, MA 02048

/s/ Elizabeth McDonough Noonan

*432751_1.doc*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **THOMAS WILSON, et al.** | : | |
| | : | |
| **Plaintiffs** | : | |
| | : | |
| **v.** | : | **C.A. No. 03-575L** |
| | : | |
| **CHARLES D. MOREAU, et al.** | : | |
| | : | |
| **Defendants.** | : | |

**DEFENDANTS CHARLES D. MOREAU, JOHN P. KUZMISKI, RICHARD B. BESSETTE, MARTIN JOYCE, RAYMOND COONEY, ALBERTO CARDONA, KEVIN GUINDON AND MARK BRAYALL'S MEMORANDUM OF LAW IN SUPPORT OF THEIR OBJECTION TO PLAINTIFFS' MOTION TO STRIKE THEIR SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR ATTORNEYS' FEES PURSUANT TO RULE 54(d)(2)(B)AND 42 U.S.C. § 1988**

Defendants Charles D. Moreau, John P. Kuzmiski, Martin Joyce, Raymond Cooney, Alberto Cardona, Kevin Guindon and Mark Brayall ("Defendants") hereby object to Plaintiffs' Motion to Strike their Supplemental Memorandum of Law in Support of their Motion for Attorneys' Fees Pursuant to Rule 54(d)(2)(B) and 42 U.S.C. § 1988. Defendants object on the grounds that the materials they submitted were submitted in response to the Court's statement during the initial hearing on this matter that it would require more than had been submitted to date. There is no doubt that the requisite motion, memorandum, affidavits of counsel, including billing records and the affidavit of an attorney as to the reasonableness of the hourly fee were submitted within 14 days of entry of final judgment. At the hearing on the motion on January 25, 2007, the matter was held in abeyance pending the appeal in the First Circuit Court of Appeals.

Defendants submitted the Supplemental Memorandum and Supplemental Affidavit of Elizabeth McDonough Noonan to attempt to sort through the billing records of Adler Pollock &

Sheehan, P.C. and provide a different format of the same records that had previously been provided to the Court. The billing records provided most recently are in a spreadsheet format, rather than a monthly invoice format as had been previously provided. Defendants also excluded fees they felt were not related to the civil rights actions, which it had not done before. The Supplemental Memorandum provides the case law supporting the exclusion of those fees.

Based on the foregoing, Defendants assert they were only attempting to provide a clearer way to analyze the fees by not only excluding the fees unrelated to the civil rights action, but also by dividing the fees into three categories: pre-amended complaint, discovery and motion for summary judgment, and trial and post-trial. For each category, a total was provided which may assist the Court, if it determined fees would be appropriate, in calculating each category separately. Accordingly, Defendants request that the Plaintiffs' Motion to Strike be denied.

Respectfully submitted,

/s/ Elizabeth McDonough Noonan
ELIZABETH McDonough NOONAN (#4226)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903-1345
enoonan@apslaw.com
Tel: (401) 274-7200
Fax: (401) 351-4607
Date: October 22, 2007

**CERTIFICATION OF SERVICE**

I hereby certify that a true copy of the within document has been filed electronically on this 22nd day of October, 2007 and is available for viewing and downloading from the ECF system.

Marc DeSisto, Esq.
Michael DeSisto, Esq.
206 Angell Street
Providence, RI 02903

Leon A. Blais, Esq.
Sara M. Quinn, Esq.
Cabot Business Park
20 Cabot Boulevard
Mansfield, MA 02048

/s/ Elizabeth McDonough Noonan

*432751_1.doc*