UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THOMAS WILSON, DONALD P. TWOHIG,
DONALD D. TWOHIG and THOMAS
SHANNAHAN,

Plaintiffs,

v. C.A. No. 03-575-L

CHARLES D. MOREAU, in his individual capacity and in his capacity as agent for the City of Central Falls; JOHN KUZMISKI, in his capacity as finance director and treasurer of the City of Central Falls; RICHARD B. BESSETTE, individually and his capacity as agent for the City of Central Falls; MARTIN JOYCE, individually and his capacity as Acting Personnel Specialist of the City of Central Falls; RAYMOND COONEY, individually and in his capacity as City Solicitor of the City of Central Falls; ALBERTO CARDONA, individually and in his capacity as agent for the City of Central Falls; KEVIN GUINDON, individually and in his capacity as a Central Falls Police Officer; MARK BRAYALL, individually and in his capacity as a Central Falls Police officer,

Defendants.

**ORDER**

This matter came on for hearing before this Honorable Court on October 24, 2007, on Defendants' Motion for Attorneys' Fees and Plaintiffs' Motion to Strike Defendants' Supplemental Memorandum in Support of their Motion for Attorneys' Fees. For the reasons set forth from the bench, the Court denies both Motions.

ENTER: Dated: 10/24/07

Ronald R. Lagueux

**Ronald R. Lagueux**
Senior U.S. District Judge

PER ORDER:

Deputy Clerk